IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRACEY WHITE, et al., ) | |
| ) | |
|     Plaintiffs ) | |
| ) | |
| v. ) | Cause No. 14-cv-01490 - HEA |
| ) | |
| THOMAS JACKSON, et al. ) | |
| ) | |
|     Defendants. ) | |

**SEPARATE MOTION OF DEFENDANTS JON BELMAR AND ST. LOUIS COUNTY, MISSOURI TO DISMISS THE CLAIMS FILED BY PLAINTIFFS THEOPHILUS GREEN AND DAMON COLEMAN IN THE SECOND AMENDED COMPLAINT**

Come now Defendants Jon Belmar and St. Louis County, pursuant to Federal Rule of Civil Procedure 12 (b) (6), and move to dismiss the claims of Plaintiffs Theophilus Green and Damon Colemen asserted in the Second Amended Complaint as follows:

1. Defendants Belmar and St. Louis County filed a Motion to Dismiss with Supporting Memorandum of Law all of the claims of Plaintiffs Theophilus Green and Damon Coleman on November, 26, 2014. Since filing the Motion and Memorandum of Law, however, this Court granted Plaintiffs leave to file a Second Amended Complaint.

2. Defendants Belmar and St. Louis County ask the Court to adopt the November 26, 2014 Motion to Dismiss and accompanying Memorandum of Law as their responsive pleadings to the Second Amended Complaint, and to dismiss the Second Amended Complaint for the same reasons and grounds as are set forth in the November 26, 2014 Motion to Dismiss and Memorandum of Law in Support of the Motion to Dismiss.

WHEREFORE, Defendants Jon Belmar and St. Louis County ask this Court to adopt the November 26, 2014 Motion to Dismiss and accompanying Memorandum of Law as their

responsive pleadings to the Second Amended Complaint, and to dismiss the Second Amended Complaint for the same reasons and grounds as are contained in the November 26, 2014 Motion to Dismiss and Memorandum of Law in Support of the Motion to Dismiss.

Respectfully Submitted,

ROBERT H. GRANT
DEPUTY COUNTY COUNSELOR


_____/s/ Michael E. Hughes_____
Michael E. Hughes #23360MO
Associate County Counsel
Mhughes2@stlouisco.com
Priscilla F. Gunn #29729MO
Assistant County Counselor
Pgunn@stlouisco.com
41 S. Central, Ninth Floor
Clayton, MO 63105
(314) 615-7042
(314) 615-3732 (fax)

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served electronically via this Court's Electronic Filing System to all counsel of record.

____/s/ Michael E. Hughes_____
Michael E. Hughes