IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRACEY WHITE, et al. | ) |
| Plaintiffs | ) ) ) |
| v. | ) Cause No. 14-cv-01490 - HEA |
| THOMAS JACKSON, et al. | ) ) ) |
| Defendants. | ) |

### NOTICE OF PARTICIPATION IN RULE 16 TELEPHONE CONFERENCE FILED BY DEFENDANTS JON BELMAR AND ST. LOUIS COUNTY

COME NOW Defendants Jon Belmar and St. Louis County, by and through their counsel, and advise the Court that Michael E. Hughes will likely be in trial in State Court on May 5, 2015. If he is not in trial then he will participate in the Rule 16 telephone conference. His direct line is 314-615-7009. If Hughes is not available for the conference, then Priscilla F. Gunn will participate in the Rule 16 telephone conference on May 5, 2015 at 10:30 a.m. The direct telephone number of Priscilla Gunn is 314-615-8535.

PETER J. KRANE
COUNTY COUNSELOR

/s/ Michael E. Hughes
Michael E. Hughes     #23360MO
Associate County Counselor
Mhughes2@stlouisco.com
Priscilla F. Gunn     #29729MO
Assistant County Counselor
pgunn@stlouisco.com
41 So. Central Avenue, 9th Floor
Clayton, MO. 63105
314-615-7009; Fax 314-615-3732
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served electronically via this Court's Electronic Filing System to all counsel of record this 27th day of April, 2015

/s/  Michael E. Hughes