UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRACEY WHITE ET AL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No.: 4:14CV01490 HEA |
| | ) |
| THOMAS JACKSON, ET AL, | ) |
| | ) |
| Defendants. | ) |

## ***DEFENDANTS CITY OF FERGUSON, THOMAS JACKSON, AND JUSTIN COSMA'S MEMORANDUM IN SUPPORT OF THEIR JOINT MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT (DOC. NO. 81)***

COME NOW Defendants, the City of Ferguson, Thomas Jackson and Justin Cosma ("Defendants"), and for their Memorandum in Support of their Joint Motion to Dismiss Plaintiffs' Third Amended Complaint (Doc. No. 81), state:

On May 27, 2015, Plaintiffs filed their Third Amended Complaint, *inter alia*, naming additional police officers as defendants.  On December 15, 2014, these Defendants filed their Motion to Dismiss Plaintiffs' Second Amended Complaint.  On March 16, 2015, this Court denied Defendants' Motion to Dismiss, but dismissed certain of Plaintiffs' claims pertaining to intentional infliction of emotional distress and negligent supervision against St. Louis County. Doc. No. 70.

Specifically, Plaintiffs failed to allege each and every element of intentional infliction of emotional distress (*see Cent. Mo. Elec. Co-op. v. Balke*, 119 S.W.3d 627, 636 (Mo.App. W.D. 2003)) and their claim for intentional infliction of emotional distress is barred as it is predicated

on their claims for assault, battery, and/or false arrest (*see K.G. v. R.T.R.*, 918 S.W.2d 795, 799 (Mo. banc 1996)).  Doc. 70.  In addition, there is no indication Defendants were acting outside their scope of employment (*see Dibrill v. Normandy Assocs.*, 383 S.W.3d 77, 87 (Mo.App. W.D. 2012)).  Doc. No. 70.

Pursuant to the law of the case doctrine and the previous legal arguments raised and decided, this Court should dismiss Plaintiffs' claims against Defendants under any stated theories of intentional infliction of emotional distress and negligent supervision.  *Downing v. Riceland Foods, Inc.*, No. 4:13CV321 CDP, 2014 WL 5800171, at *3 (E.D. Mo. Nov. 7, 2014) (Judge Catherine D. Perry) (citing Arizona v. California, 460 U.S. 605, 618 (1983)).

Defendants re-assert and re-allege the points raised on their Motion to Dismiss Plaintiffs' Second Complaint (Doc. Nos. 50 and 51), and recognize if the rationale and analysis of that ruling, now the law of the case, is applied, this aspect of Defendants' Motion to Dismiss would be denied.

WHEREFORE, Defendants respectfully request that this Court should grant their Motion to Dismiss, and for such other relief as this Court deems just and proper.

/s/Peter J. Dunne
Peter J. Dunne   #31482MO
Robert T. Plunkert   #62064MO
PITZER SNODGRASS, P.C.
Attorneys for Defendants City of Ferguson,
Chief Thomas Jackson, and Officer Justin
Cosma
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
(314) 421-3144 (Fax)

2

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court this 10th day of June, 2015, to be served by operation of the Court's electronic filing system upon the following:

- Gregory L. Lattimer, Attorney for Plaintiffs, 1200 G. Street, N.W., Suite 800, Washington, D.C. 20005, lattlaw@aol.com;
- Malik Z. Shabazz, Attorney for Plaintiffs, 1200 G. Street, N.W., Suite 800, Washington, D.C. 20005, attorneyshabazz@yahoo.com;
- Reginald A. Green, Attorney for Plaintiffs, One Georgia Center, Suite 605, 600 West Peachtree Street, N.W., Atlanta, Georgia 30308, rgreene@greenelegalgroup.com; and
- Michael E. Hughes, Attorney for Defendants St. Louis County and Chief Jon Belmar, 41 S. Central Ave, Clayton MO 63105, mhughes2@stlouisco.com, pgunn@stlouisco.com.

/s/ Peter J. Dunne

{01409477.DOCX;1}