UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRACEY WHITE, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:14CV1490 HEA |
| THOMAS JACKSON, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Ferguson Defendants' Motion to Dismiss, [Doc. No. 87], which requests that the Court dismiss from Plaintiffs' Third Amended Complaint Plaintiffs' claims for intentional infliction of emotional distress and negligent supervision, based on the Court's rationale and analysis in dismissing these claims from Plaintiffs' Second Amended Complaint. Plaintiffs filed a Response conceding that these claims should be dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that the Ferguson Defendants' Motion to Dismiss [Doc. No. 87] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' claims for intentional infliction of emotional distress and negligent supervision are **DISMISSED** from Plaintiff's Third Amended Complaint.

Dated this 25th day of June, 2015.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE