IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRACEY WHITE, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Cause No. 14-cv-01490 - HEA |
| ) | |
| THOMAS JACKSON, et al. ) | Jury Trial Demanded |
| ) | |
| Defendants. ) | |

**REQUEST FOR ADDITIONAL TIME TO DETERMINE IF SERVICE WAS OBTAINED ON INDIVIDUAL DEFENDANTS, AND IF SO TO FILE RESPONSIVE PLEADINGS**

COME NOW Defendants Jon Belmar and St. Louis County who state as follows:

1. On this date, June 25, 2015, the attorneys for Jon Belmar and St. Louis County received by electronic mail notifications that plaintiffs' counsel filed Docs 91-102. Defendants' counsel had no prior notification that any St. Louis County police officers had been served.

2. Priscilla Gunn, an attorney representing Jon Belmar and St. Louis County spoke to Gregory Lattimer, an attorney representing plaintiffs, and advised him of the situation. Mr. Lattimer agreed not only to send the executed summonses to Ms. Gunn, but also to an extension of time of ten days to file answers.

3. Additional time is needed to sort out who has been served, and to prepare answers or other responsive pleading on behalf of the officers who have been served.

WHEREFORE the undersigned, with consent of plaintiffs' counsel, requests that all named St. Louis County defendants who were purportedly served on June 4, 2015 be given additional time, up to and including Monday, July 6, 2015 to file answers or other responsive pleadings.

1

PETER J. KRANE
COUNTY COUNSELOR

_/s/ Michael E. Hughes_____
Michael E. Hughes     #23360MO
Associate County Counselor
Mhughes2@stlouisco.com
Priscilla F. Gunn     #29729MO
Assistant County Counselor
pgunn@stlouisco.com
41 So. Central Avenue, 9th Floor
Clayton, MO. 63105
314-615-7009; Fax 314-615-3732
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served electronically to all Counsel of Record via this Court's Electronic Filing System this 25th day of June, 2015

_/s/_ Michael E. Hughes_____