IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRACEY WHITE, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Cause No. 14-cv-01490 - HEA |
| ) | |
| THOMAS JACKSON, et al., ) | |
| ) | |
| Defendants. ) | |

**ST. LOUIS COUNTY DEFENDANTS' REPLY TO, AND WITHDRAWAL OF MOTION TO COMPEL DISCOVERY DIRECTED TO PLAINTIFFS KAI AND SANDY BOWERS**

COME NOW Defendants Jon Belmar, Sgt. David Ryan, P.O. Terence McCoy, P.O. Michael McCann, Det. Derik Jackson, Det. Aaron Vinson, Det. William Bates, Det. Nicholas Payne, P.O. Daniel Hill, P.O. Antonio Valentine, and St. Louis County, and for their Reply to Motion to Compel Discovery Directed to Plaintiffs Kai and Sandy Bowers state that they have received discovery responses from Plaintiffs Kai and Sandy Bowers.  Defendants therefore, withdraw their Motion to Compel.  The Ferguson defendants joined in the motion, but are also in agreement that the Motion can be withdrawn.

          PETER J. KRANE
          COUNTY COUNSELOR


          __/s/ Priscilla F. Gunn_____
          Michael E. Hughes #23360MO
          Associate County Counselor
          Mhughes2@stlouisco.com
          Priscilla F. Gunn #29729MO
          Assistant County Counselor
          Pgunn@stlouisco.com
          41 S. Central, Ninth Floor
          Clayton, MO 63105

(314) 615-7042
(314) 615-3732 (fax)

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was sent by the Court's electronic filing system to all attorneys of record this 22 day of September, 2015.

_____/s/ Priscilla F. Gunn_____