UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRACEY WHITE ET AL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No.: 4:14CV01490 HEA |
| | ) |
| THOMAS JACKSON, ET AL, | ) |
| | ) |
| Defendants. | ) |

### *DEFENDANTS MATT DELIA, BRANDON MCKINNON, RYAN DEVOUTON, CITY OF FERGUSON, THOMAS JACKSON, AND JUSTIN COSMA'S RESPONSE TO PLAINTIFFS' MOTION FOR FURTHER AND FINAL MODIFICATION OF THE COURT'S CASE MANAGEMENT ORDER*

COME NOW Defendants Matt Delia, Brandon McKinnon, Ryan DeVouton, City of Ferguson, Thomas Jackson, and Justin Cosma ("Defendants") and for their Response to Plaintiff's Motion for Further and Final Modification of the Court's Case Management Order, oppose Plaintiff's motion (Doc. No. 132) for all reasons set forth in St. Louis County's Response in Opposition (Doc. No 133). Defendants join in St. Louis County's suggested alternative, as well.

WHEREFORE, Defendants respectfully request that this Court deny Plaintiff's Motion for Further and Final Modification of the Court's Case Management Order, or, in the alternative, modify with the alternative dates proposed by St. Louis County, and for such further relief as this Court deems just and proper.

{01523065.DOCX;1}

        /s/Robert T. Plunkert
        Peter J. Dunne   #31482MO
        Robert T. Plunkert   #62064MO
        PITZER SNODGRASS, P.C.
        Attorneys for Defendants City of Ferguson,
        Chief Thomas Jackson, Officers Justin Cosma,
        Matt Delia, Devouton, and McKinnon
        100 South Fourth Street, Suite 400
        St. Louis, Missouri 63102-1821
        (314) 421-5545
        (314) 421-3144 (Fax)

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court this 12th day of November, 2015, to be served by operation of the Court's electronic filing system upon the following:

- Gregory L. Lattimer, Attorney for Plaintiffs, 1200 G. Street, N.W., Suite 800, Washington, D.C. 20005, lattlaw@aol.com;
- Malik Z. Shabazz, Attorney for Plaintiffs, 1200 G. Street, N.W., Suite 800, Washington, D.C. 20005, attorneyshabazz@yahoo.com;
- Reginald A. Green, Attorney for Plaintiffs, One Georgia Center, Suite 605, 600 West Peachtree Street, N.W., Atlanta, Georgia 30308, rgreene@greenelegalgroup.com; and
- Michael E. Hughes, Attorney for Defendants St. Louis County and Chief Jon Belmar, 41 S. Central Ave, Clayton MO 63105, mhughes2@stlouisco.com, pgunn@stlouisco.com.

        /s/ Robert T. Plunkert