IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TRACEY WHITE et. al.,     *

      Plaintiffs,     *

vs.     * Case No. 4:14-cv-01490 (HEA)

    *

THOMAS JACKSON, et. al.,

    *

      Defendants.

## CERTIFICATE REGARDING DISCOVERY

The undersigned hereby certifies that a copy of Plaintiffs' Interrogatories to Justin Cosma, Plaintiffs' Requests for Production of Documents to Justin Cosma, Plaintiffs' Interrogatories to David Ryan, Plaintiffs' Requests for Production of Documents to David Ryan, Plaintiffs' Interrogatories to Terrence McCoy, Plaintiffs Requests for Production of Documents to Terrence McCoy, Plaintiffs' Interrogatories to Officer Michael McCann, Plaintiffs' Requests for Production of Documents to Officer Michael McCann, Plaintiffs' Interrogatories to Detective Derik Jackson, Plaintiffs' Requests for Production of Documents to Detective Derik Jackson, Plaintiffs' Interrogatories to Joe Patterson, Plaintiffs' Requests for Production of Documents to Joe Patterson, Plaintiffs' Interrogatories to Aaron Vinson, Plaintiffs' Requests for Production of Documents to Aaron Vinson, Plaintiffs' Interrogatories to William Bates, Plaintiffs' Requests for Production of Documents to William Bates, Plaintiffs' Interrogatories to Nicholas Payne, Plaintiffs' Requests for Production of Documents to Nicholas Payne, Plaintiffs' Interrogatories to Daniel Hill, Plaintiffs' Requests for Production of Documents to Daniel Hill, Plaintiffs' Interrogatories to Antonio Valentine , Plaintiffs' Requests for Production of Documents to Antonio Valentine, Plaintiffs'



PLAINTIFF'S EXHIBIT 1

Interrogatories to Lt. Delia, Plaintiffs' Requests for Production of Documents to Lt. Delia, Plaintiffs' Interrogatories to Officer Devouton, Plaintiffs' Requests for Production of Documents to Officer Devouton, Plaintiffs' Interrogatories to Officer McKinnon, Plaintiffs' Requests for Production of Documents to Officer McKinnon, Plaintiffs' Interrogatories to City of Ferguson, Missouri, Plaintiffs' Requests for Production of Documents to City of Ferguson, Missouri, Plaintiffs' Interrogatories to St. Louis County, Missouri, and Plaintiffs' Requests for Production of Documents to St. Louis County, Missouri, were served on counsel for the defendants on July 16, 2015 via electronic mail. Undersigned counsel will retain the originals of these documents in his possession, without alteration, until the case is concluded in Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

By /s/ Gregory L. Lattimer
Gregory L. Lattimer [371926DC]
1200 G Street, N.W., Suite 800
Washington, D.C. 20005
Tel. (202) 434-4513
Fax: (866) 764-6442
Lattlaw@aol.com

Malik Z. Shabazz [458434DC]
Black Lawyers for Justice
1200 G Street, N.W., Suite 800
Washington, D.C. 20005
Tel: (202) 434-4528
Fax: (202) 248-4478
attorneyshabazz@yahoo.com

Reginald A. Greene[308674GA]
Greene Legal Group, LLC
One Georgia Center, Suite 605
600 West Peachtree Street, N.W.
Atlanta, Georgia 30308
Tel. (404) 574-4308
Fax: (404) 574-4308
rgreene@greenelegalgroup.com

Counsel for the Plaintiffs