**From:** Lattimer Law <lattlaw@aol.com>
**To:** mhughes2 <mhughes2@stlouisco.com>; pgunn <pgunn@stlouisco.com>; rgreene <rgreene@greenelegalgroup.com>; attorney.shabazz <attorney.shabazz@yahoo.com>
**Subject:** Discovery Responses
**Date:** Mon, Aug 31, 2015 7:26 pm

Dear Counsel:

I have had an opportunity to review some of your client's responses to plaintiff's interrogatories and they are incredulous. I have never seen interrogatory responses where none of the interrogatories are answered. Your clients have either objected to plaintiff's discovery requests or hid behind Federal Rule of Civil Procedure 33(d), which I note reads in relevant part as follows:

Option to Produce Business Records. If the answer to an interrogatory may be determined by examining, auditing, compiling, abstracting, or summarizing **a party's business records** (including electronically stored information), and if the burden of deriving or ascertaining the answer will be substantially the same for either party, the responding party may answer by

In attempting to hide behind Rule 33(d), the defendant officers have referred the plaintiff to police reports that they did not even author. If the fact they they did not author the subject reports were not enough, it is not even arguable that police reports are the business records of any of the individual defendants.

G. Lattimer
Law Offices of Gregory L. Lattimer
1200 G Street, N.W. Suite 800
Washington, D.C. 20005
(202) 434-4513 (Tel)
(202) 638-0095 (Tel)
(866) 764-6442 (Fax)

445 Park Avenue, #900213
9th Floor
New York, N.Y. 10022

**CONFIDENTIALITY NOTIC E :** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.



PLAINTIFF'S EXHIBIT 3