UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Tracey White, et al.          )
                              )
Plaintiff(s),                 )
                              )
                              )
v.                            )   Case No.   14-cv-01490-HEA
                              )
Thomas Jackson, et al.        )
                              )
Defendant(s).                 )
                              )

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

**Option 1**

☐  The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* ***If the parties require more time to complete mediation, lead counsel must file a motion with the Court.***

**Option 2**

☒  An ADR conference was held on: ___December 1, 2015___.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____N/A_____

The ADR referral was concluded on___December 1, 2015__. The parties [☐ did   ☒ did not] achieve a settlement.                                                                *Check One*

**Option 3**

☐  Although this case was referred to ADR, a conference WAS NOT HELD.

*[signature: Booker T. Shaw]*

Date___12/14/2015___ Neutral_____Booker T. Shaw_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

White
Plaintiff(s),

v.

Jackson
Defendant(s).

Case No. 14-cv-01490-HEA

EMAIL ADDRESS FORM FOR PARTIES WHO PARTICIPATED IN AN ALTERNATIVE DISPUTE RESOLUTION CONFERENCE

**PLEASE DO NOT FILE THIS FORM THROUGH CM/ECF**

**YOU MAY EITHER:**

**1) SEND THE EMAIL ADDRESSES IN AN EMAIL DIRECTLY TO; OR**

**2) EMAIL THIS FORM TO:**

Betty Ann Skrien, Executive Assistant, at:

**betty_ann_skrien@moed.uscourts.gov**

Please provide the email addresses of **parties** participating in the ADR conference. The participants will be sent an email with a link to a brief (5 minute), anonymous survey. A participant is defined as a plaintiff, defendant, insurance representative, in-house counsel or corporate representative. **Counsel of record need not provide name and email address.**

| Name (printed): | Email address: |
|---|---|
| Jon Belmar | Jbelmar@stlouisco.com |
| Peter Krane | pkrane@stlouisco.com |
| Tracey White | " |
| William Davis | " |
| DeWayne Matthews | " |
| Theophilis Green | " |
| Damon Copeman | " |
| Antwan Harris | " |
| Nathan Burns | " |
| Kerry White | " |

Date 12/14/15   Neutral Booker T. Shaw