**SAINT LOUIS COUNTY POLICE DEPARTMENT**
**INVESTIGATIVE REPORT**
**14 - 44393**

Incident(s) Related To

| | | |
|---|---|---|
| 14-45038 | SAINT LOUIS COUNTY | RELATED REPORT |

# SAINT LOUIS COUNTY POLICE DEPARTMENT
## INVESTIGATIVE REPORT
## 14 - 44393 - ORIGINAL

### INVESTIGATIVE INFORMATION

| | | | |
|---|---|---|---|
| Offense | REFUSAL TO DISPERSE | Call Received | ON VIEW |
| Juris Reporting | SAINT LOUIS COUNTY | Reporting Officer | 2744 - MENZENWERTH |
| For Jurisdiction | FERGUSON | Reporting Dept. | PLANNING AND ANALYSIS |
| Case Status | CLEARED BY ARREST | | |

### CAD Details

| | | | |
|---|---|---|---|
| Date/Time Received | 08/11/2014 20:30 MONDAY | Nature | PEACE DISTURBANCE |
| Date/Time Dispatch | 08/11/2014 20:30 MONDAY | Date/Time Arrival | 08/11/2014 20:30 MONDAY |
| Unit Num. | 9999 | COGIS | 2160 |
| PCT/Dist | CENTRAL COUNTY PRECINCT | Sector | |

### Incident Location

| | |
|---|---|
| Street Address | WEST FLORISSANT AVE AND CANFIELD DR, SAINT LOUIS COUNTY, MISSOURI |
| Apt/Suite/Rm # | Location Desc |

### Caller Information

| | |
|---|---|
| Caller Name | |
| Street Address | |
| Apt/Suite/Rm # | Location Desc |
| Area Code | Phone # |

### Occurrence Details

| | | | |
|---|---|---|---|
| Date/Time From | 08/11/2014 20:30 MONDAY | Date/Time To | |
| Premise | STREET/HIGHWAY/SIDEWALK/ALLEY | | |
| Street Address | WEST FLORISSANT AVE AND CANFIELD DR, SAINT LOUIS COUNTY, MISSOURI | | |
| Apt/Suite/Rm # | | Location Desc | |

### Burglary Details

| | |
|---|---|
| Entry Point | Exit Point |
| Entry Method | Tools Used |
| ☐ Visible Point of Entry? | |
| Weapon/Object Used | |

### Other Agency

| | |
|---|---|
| Agency/Personnel | |

### Management

| | | | |
|---|---|---|---|
| Date/Time Entered | 02/20/2015 13:45 FRIDAY | Entered By | 2909 - WOLFF |

### Approval Record(s)

| | | | |
|---|---|---|---|
| FINAL APPROVAL | 05/04/2015 02:52 MONDAY | Approved By | 3418 - SHELTON |
| SUPERVISOR REVIEW | 05/04/2015 01:28 MONDAY | Approved By | 2701 - MORROW |

## VICTIM BUSINESS INFORMATION

☑ Will Prosecute

| | |
|---|---|
| Business Name | ST LOUIS COUNTY |
| Business Type | GOVERNMENT |
| Additional Info | |

**BUSINESS Address**

| | |
|---|---|
| Street Address | 7900 FORSYTH BLVD, SAINT LOUIS, MISSOURI, 63105 |
| Apt/Suite/Rm # | Location Desc |

**BUSINESS Phone**

| | | | |
|---|---|---|---|
| Area Code | 314 | Contact Name | |
| Phone # | 889-2341 | Ext. | |

## ADDITIONAL PARTY #1 INFORMATION

| | | | |
|---|---|---|---|
| Person Role(s) | WITNESS, POLICE OFFICER | | |

**Person Information**

| | | | |
|---|---|---|---|
| Last Name | DEVOUTON | Middle Name | |
| First Name | DSN 207 | Suffix Name | |
| SSN | | Ethnicity | |
| License Number | | License State | |
| Race | | Sex | |
| DOB | | Age | |
| Resident Status | | | |
| Additional Info | | | |
| Employer | MARYLAND HEIGHTS PD | Occupation | POLICE OFFICER |
| Email Address | | | |

## ADDITIONAL PARTY #2 INFORMATION

| | | | |
|---|---|---|---|
| Person Role(s) | WITNESS, POLICE OFFICER | | |

**Person Information**

| | | | |
|---|---|---|---|
| Last Name | MCKINNON | Middle Name | |
| First Name | | Suffix Name | |
| SSN | | Ethnicity | |
| License Number | | License State | |
| Race | | Sex | |
| DOB | | Age | |
| Resident Status | | | |
| Additional Info | | | |
| Employer | MARYLAND HEIGHTS POLICE DEPARTMENT | Occupation | POLICE OFFICER |
| Email Address | | | |

## ADDITIONAL PARTY #3 INFORMATION

| | | | |
|---|---|---|---|
| Person Role(s) | WITNESS, POLICE OFFICER | | |

**Person Information**

| | | | |
|---|---|---|---|
| Last Name | FEAZEL | Middle Name | |
| First Name | DSN 3774 | Suffix Name | |
| SSN | | Ethnicity | |
| License Number | | License State | |
| Race | | Sex | |
| DOB | | Age | |
| Resident Status | | | |
| Additional Info | | | |
| Employer | ST LOUIS COUNTY POLICE DEPARTMENT | Occupation | POLICE OFFICER |

**BUSINESS Address**

| | |
|---|---|
| Street Address | 7900 FORSYTH BLVD, SAINT LOUIS, MISSOURI, 63105 |
| Apt/Suite/Rm # | Location Desc |

**BUSINESS Phone**

| | | | |
|---|---|---|---|
| Area Code | 314 | Contact Name | |
| Phone # | 889-2341 | Ext. | |
| Email Address | | | |

## SUSPECT INFORMATION

| | | | |
|---|---|---|---|
| Role | ARRESTED-BOOKED AT JUSTICE SERVICES | | |
| Numeric Identifier(s) | | | |
| Charge(s) | REFUSAL TO DISPERSE | | |
| Caution Code(s) | | | |
| | ☐ Medical Assistance | ☐ Miranda Given | ☒ Released |
| | ☐ Send A Teletype | ☐ Using Computer Equipment | |
| | ☒ Warrant To Be Applied For By Reporting Officer | | |

### Person Information

| | | | |
|---|---|---|---|
| Last Name | GREEN | Middle Name | |
| First Name | THEOPHILUS | Sur Name | THIRD |
| Alias | | Ethnicity | NOT OF HISPANIC ORIGIN |
| SSN | 3874 | ☐ Employed | |
| License Number | | License State | |
| Race | BLACK | Sex | MALE |
| DOB | 1988 | Marital Status | UNKNOWN |
| Age | 25 | Resident Status | RESIDENT |
| Person Code | ADULT | Birth Place | , |
| School District | | | |
| Additional Info | | | |

### Personal Descriptors

| | | | |
|---|---|---|---|
| Height | 6 ft 5 in. | Weight | 185.0 lb. |
| Eye Color | BROWN | Hair Color | BLACK |
| How Worn | | | |
| Physical Desc. | | | |
| Clothing Desc. | | | |
| Scars/Marks/Tattoos | | | |

### HOME Address

| | |
|---|---|
| Street Address | |
| Apt/Suite/Rm # | Location Desc |

### HOME Phone

| | | | |
|---|---|---|---|
| Area Code | 314 | Contact Name | |
| Phone # | 757-4493 | Ext. | |
| Email Address | | | |

### Physical State/Emotions

| | |
|---|---|
| Physical State | |
| Emotions | |
| Emotions Comments | |

### Related Victim Business

1. GREEN, THEOPHILUS, THIRD IS THE STRANGER OF ST LOUIS COUNTY

## NARRATIVE

Your attention is directed to original report number 14-45038 as prepared by Detective Edwin Menzenwerth DSN 2744, assigned to the Division of Operational Support, Planning and Analysis Unit. This incident reflects the protracted and acute period of rioting that occurred within Saint Louis County as well as many of the municipalities contained therein between August 9, 2014, and August 26, 2014.

On August 11, 2014, Mister William Howe, Executive Director of the Division of Operational Support ordered Detective Menzenwerth, and those

assigned to assist him in this endeavor, to conduct an investigation into the riots that occurred within the above noted time frame to include arrests that were directly related to those riots. The following is an account of the arrest of Mister Theophilus Green and Mister Damon Coleman whose unlawful actions as documented in this narration directly contributed to that period of civil unrest.

On Saturday August 16, 2014, during the course of that period of riotous behavior, the Honorable Jeremiah W. (Jay) Nixon, Governor of the State of Missouri, set his hand and caused to be affixed the Great Seal of the State of Missouri to Executive Order 14-08 declaring that a State of Emergency existed in the State of Missouri. Governor Nixon further directed that the Missouri State Highway Patrol, through its Superintendent, to command all operations necessary to ensure public safety and protect civil rights in the City of Ferguson and, as necessary, surrounding areas during the period of this emergency. Governor Nixon further ordered that such other local law enforcement agencies, as deemed necessary by the Superintendent of the Missouri State Highway Patrol to maintain order in the City of Ferguson, should assist the Missouri State Highway Patrol when requested by the Superintendent and such law enforcement agencies, when operating in the City of Ferguson, should cooperate with directives of the Missouri State Highway Patrol.

As such, a Unified Command was established at the direction of Colonel Ronald K. Replogle, Superintendent of the Missouri State Highway Patrol. The command of the Unified Command, hereafter referred to as the Command Post, was established within Buzz Westfall Plaza at 8023 West Florissant, Jennings Missouri 63136. On Wednesday August 27, 2014, as a result of a period wherein there was no riotous behavior, Colonel Replogle, as Commander of the Unified Command, declared that peace had been restored thus concluding that period of unrest. On Wednesday, September 3, 2014, Governor Nixon set his hand and caused to be affixed the Great Seal of the State of Missouri to Executive Order 14-10 terminating Executive Order 14-08.

All officers contained herein were sworn officers who were assigned to the Command Post and were licensed through the State of Missouri, Department of Public Safety, Police Officer Standards and Training Program. Further, all officers were clad in such a manner as to clearly identify themselves as law enforcement personnel.

On August 11, 2014, at approximately 8:30 pm the below noted commissioned officers of the Maryland Heights Police Department Community Response Unit (CRU) arrested Mister Theophilus Green and Mr. Damon Coleman near 9241 West Florissant Avenue. The following is an account of the initial investigation into that specific matter.

On September 11, 2014, Det. Nick Payne, DSN 3803, of the St. Louis County Police Department, Division of Criminal Investigation, Bureau of Drug Enforcement, assisted Det. Menzenwerth and conducted an investigation of the arrest of Mr. Green and Mr. Damon. Det. Payne made contact with Lt. Matt Delia of the Maryland Heights Police Department, commander of the CRU, who advised the facts of these arrests as he knew them.

Lt. Delia stated that on the evening of the arrests, members of the Maryland Heights CRU were staged with the St. Louis County Police Tactical Operations Unit(TAC) at the command post. The officers from Maryland Heights CRU, along with St. Louis County Tactical Operations were directed to respond to the area of West Florissant and Canfield to disperse a riotous crowd who were becoming violent by throwing rocks and bottles at officers in that area.

As members of the Maryland Heights CRU arrived they, along with multiple other officers, were assigned to a skirmish line stretching across West Florissant Avenue to begin establishing control on West Florissant from the 9200 block and northbound until the large and riotous crowd dispersed.

While set up in the skirmish line, they watched the activity and listened as members of the St. Louis County TAC Unit advised the crowd numerous times, through loud verbal commands, to disperse. The TAC Unit advised the crowd by use of a fully marked patrol vehicles' public address system.

The crowd refused to disperse and continued to occupy the street. Loud verbal commands continued to be given to disperse or arrests for failure to disperse would occur. Lt. Delia stated that the crowd refused to disperse and continued to assault officers on scene. He stated St. Louis County TAC eventually deployed Gas. After this, the line began to move northbound and as it did, he and some of the members of CRU observed two subjects to the left, or west, approximately 30-40 yards away. He said he saw the subjects standing on the parking lot in between Sam's Market and the Public Storage.

He further said they observed these two subjects, in addition to failing to disperse from the area, make throwing motions with their arms. He cannot say with any certainty if they threw anything, but it appeared that way. He stated because they refused to leave the area, he directed his CRU officers to arrest the two subjects. Maryland Heights Officers Devouton, DSN 207, and McKinnon DSN 179, responded to the location of the two subjects and placed them under arrest without incident. He said they then escorted them to St. Louis County Police Officer Brandon Feazel, DSN 3774, nearby, who took custody of them, and then they returned to the line. He stated no further to Det. Payne. this concluded Det. Payne's investigation.

On this same date, Det. Brinkman, DSN 3728, from the St. Louis County Police, Division of Criminal Investigation, Drug Enforcement Unit, assisted Det. Menzenwerth by making contact with PO Feazel. PO Feazel stated that he was assigned to the area of the 9200 block of West Florissant on the concerned date. He stated that at about 8:30pm, he was requested by members of Maryland Heights PD to secure prisoners Green and Coleman. PO Feazel said he, along with an unknown Missouri State Highway Patrolman, took custody of the two prisoners until turning them over to PO Tiongson, DSN 1986, of the Prisoner Conveyance Unit, a short time later. PO Feazel stated no further. This concluded Det. Brinkman's investigation.

Mister Green and Mister Coleman were later conveyed to St. Louis County Justice Services for booking. A separate report number, 14-44397, was drawn for Mister Coleman at the time of arrest. It contains the same facts as this narrative.

This matter will be presented to the Office of the Saint Louis County Councilor for consideration.