IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

EXHIBIT N

TRACEY WHITE, et al.,            )
                                 )
        Plaintiffs,              )
                                 )
    vs.                          )   Cause No. 14-cv-01490-HEA
                                 )
THOMAS JACKSON, et al.,          )
                                 )
        Defendants.              )

VIDEO DEPOSITION OF TRACEY WHITE

Taken on behalf of the Defendants
RYAN, McCOY, McCANN, BELMAR, and ST. LOUIS COUNTY

September 29, 2015

Reported by: Christine A. LePage, CCR #1000

LePAGE REPORTING SERVICE
1465 Wilkesboro Drive
Dardenne Prairie, Missouri 63368
(314) 616-2113

1   court, for example, if they're under the age of 17?
2       A   Yes.
3       Q   So he was 17?
4       A   Yes.
5       Q   And it's not true that you were thrown to the
6   ground inside the McDonald's restaurant?
7       A   I was not thrown to the ground inside of a
8   McDonald's restaurant.
9       Q   And it's true that -- It's true that your son
10  was not arrested inside the McDonald's restaurant?
11      A   That's true.
12      Q   It's true that you were not arrested inside the
13  McDonald's restaurant?
14      A   That's true.
15      Q   You've sued several individual officers saying
16  that they arrested you and assaulted you, one is Officer
17  Cosma.  Do you know what he looks like?
18      A   No, sir.
19      Q   Do you know one way or the other if an Officer
20  Cosma arrested you?
21      A   I don't recall Officer Cosma arresting me, I
22  only -- No, I don't know that.
23      Q   And also Officer Cosma did not assault you?
24      A   I'm not certain that it was Officer Cosma, I'm
25  not certain it was him.

| | | |
|---|---|---|
| 1 | Q | And what about Officer McCoy? |
| 2 | A | I'm not certain.  They didn't have on badges. |
| 3 | Q | What about Officer McCann? |
| 4 | A | I'm not certain that -- of an Officer McCann. |
| 5 | Q | What about Officer Ryan? |
| 6 | A | No, I'm not. |
| 7 | Q | Could you tell me now what Ryan looks like? |
| 8 | A | No, sir. |
| 9 | Q | Can you tell me what McCann looks like? |
| 10 | A | No, sir. |
| 11 | Q | Can you tell me what McCoy looks like? |
| 12 | A | No, sir. |
| 13 | Q | Can you tell me what Cosma looks like? |
| 14 | A | No, sir. |
| 15 | Q | The officer who threw you on the ground, you |

16  indicated you don't know what color uniform he was

17  wearing; is that correct?

| | | |
|---|---|---|
| 18 | A | I don't recall what color uniform. |
| 19 | Q | Do you recall what his race was? |
| 20 | A | Caucasian. |
| 21 | Q | Okay. |
| 22 | A | Yeah, he appeared to be Caucasian. |
| 23 | Q | So at the time you were on the ground and being |

24  cuffed, it was at that point you said that an officer

25  placed his knee on your back?

```
 1      Q     Do you understand that you've sued Tom Jackson?
 2      A     Is he with the City of Ferguson?  Yes.
 3      Q     Well, I'm going to ask you for any knowledge
 4   that you have whatsoever regarding Tom Jackson and your
 5   arrest in 2014, specifically on August 13th.  First, do
 6   you know who Tom Jackson is?
 7      A     I do not.
 8      Q     Okay.  I'll represent to you that he's my client
 9   that you've sued.  My question is what, and to your
10   knowledge, what is it that either that you allege or that
11   you believe Mr. Jackson did to you?
12            MR. LATTIMER:  I'm going to object, Ms. White
13   didn't file the complaint, her counsel did.  But you can
14   answer to the extent that you know.
15      A     And the question was?
16      Q     (by Mr. Plunkert)  Please let me know any
17   activity or actions that Mr. Jackson took with respect to
18   your August 13th arrest or beyond.
19      A     None that I'm aware of.
20      Q     You also are aware that I represent Officer
21   Justin Cosma, correct?
22      A     If he's --
23      Q     I'll represent to you --
24      A     Yes.  Yes.
25      Q     -- I do represent Mr. Cosma, Officer Cosma.  My
```

```
 1   question to you, have you ever met Officer Cosma before?
 2       A    I don't believe I have.  I'm not knowledgeable
 3   of it.
 4       Q    And, again, on August 13th of 2014, you're
 5   unable to describe his appearance, are you?
 6       A    I'm not able to describe him.
 7       Q    Okay.  Do you know if he's Caucasian or
 8   African-American?
 9       A    I don't know if he's Caucasian or
10   African-American.
11       Q    You don't know his height or his hair color,
12   correct?
13       A    I do not know his height or hair color.
14       Q    And are you aware that you sued him as well?
15       A    I am now because you told me that he was your
16   client.
17       Q    Okay.  Tell me in your words any action Officer
18   Cosma made with respect to your August 13th of 2014
19   arrest, if any.
20       A    I'm unaware of his direct actions to me, no one
21   was wearing badges.
22       Q    Do you know why, then, you sued Officer Cosma?
23            MR. LATTIMER:  Objection, as I said, she didn't
24   sue anybody, her counsel filed the complaint based upon
25   information that was provided.
```

```
 1   make a concise objection and if I want to know more about
 2   the objection I'll ask you and you can expound on it, but
 3   until then you make sure that it's concise and the witness
 4   will answer subject to the objection.
 5            MR. LATTIMER:  But normally people don't ask
 6   questions that they know are improper, not knowingly.
 7            MR. PLUNKERT:  Well, let me reask this question.
 8            MR. LATTIMER:  I mean, because you know it's
 9   improper.
10            MR. PLUNKERT:  No, I disagree.  But I'll reask
11   it.
12            MR. LATTIMER:  You think that she filed the
13   complaint?
14            MR. PLUNKERT:  I believe you filed a complaint
15   on her behalf.
16            MR. LATTIMER:  Right.  You've said that her
17   lawyers filed the complaint, but you're asking her about
18   what certain things did after she's told you that she
19   couldn't identify any of the officers, and that the only
20   way the officers were identified was because her counsel
21   investigated and identified them.
22            MR. PLUNKERT:  Well, this is not -- I'm not
23   asking you any more for clarification on your objections,
24   so I'll reask the question.
25       Q    (by Mr. Plunkert)  Ma'am, let me ask you a
```

```
 1   different question, okay?  Do you understand that you're a
 2   plaintiff in a federal lawsuit?
 3        A    Yes.
 4        Q    And do you understand that as a plaintiff you
 5   have named Justin Cosma as a defendant?
 6             MR. LATTIMER:  Objection, misstates the facts.
 7        Q    (by Mr. Plunkert)  Go ahead.
 8        A    I understand that you've stated that you
 9   represent these individuals and that I'm here today and
10   that my attorney has filed the suit on my behalf.
11        Q    Okay.  And I want to know any basis whatsoever
12   that you, Miss White, have with respect to Justin Cosma's
13   actions at really any point in time.
14             MR. LATTIMER:  Are you asking in her personal
15   view or/and the view of her and her counsel?  Within her
16   counsel's knowledge or that just within her knowledge?
17             MR. PLUNKERT:  I believe the question asked for
18   you, so it's hers.
19             MR. LATTIMER:  Well, you, in form of discovery,
20   when you use the word "you" --
21             MR. PLUNKERT:  Sir, I don't know if this --
22             MR. LATTIMER:  -- the instructions in
23   interrogatories were in the possession of a lawyer as
24   well, and so what I'm asking you now is make clear to her
25   that you're talking about her personal, just her, not her
```

1    counsel.

2         MR. PLUNKERT:  Could you please read back the

3    question?

4         (Whereupon the pending question was read by the

5    court reporter.)

6    A    Me personally?  I'm not aware of him.

7    Q    (by Mr. Plunkert)  If at any point in this

8    deposition you do think about how you -- if you're able to

9    identify Mr. Cosma in any way in these proceedings, please

10   let me know and we can stop answering whatever question

11   we're on, we'll take that up, okay?

12   A    Yes, sir.

13   Q    Now, let me ask you about the allegations.  Is

14   it your understanding that you have alleged there was

15   excessive force used against you on August 13th of 2014?

16   A    Yes, sir.

17   Q    Okay.  Specifically when you -- and I heard your

18   testimony earlier, you mentioned that there was -- that

19   you were thrown to the ground, there was a knee placed in

20   your back, correct?

21   A    Yes.

22   Q    And is that what you are alleging is the

23   excessive force, ma'am?

24   A    Throw to the ground with the knee, yes.

25   Q    Okay.  Any other action besides being thrown to

```
 1   you believe there was a knee placed in your back that just
 2   isn't on this video?
 3        A    It could be, when I was -- Well, is there
 4   another time when I think that a knee was placed in my
 5   back?
 6        Q    Right.
 7        A    I'm not certain.
 8        Q    You remember -- Well, we'll play it at 3:23.
 9   Okay.  We finished the last video, which is 101 of
10   Exhibit D, ma'am, and that exhausts the videos.  At any
11   point was your recollection refreshed as to where Justin
12   Cosma may have been, if on the scene at all?
13        A    I don't -- No, sir.
14        Q    Okay.  Does it refresh your recollection as to
15   what involvement, if any, Tom Jackson had?
16        A    No, sir.
17        Q    Okay.  I have now here in front of you
18   Exhibit E, and that's a Google map, ma'am, isn't it?
19        A    Yes, sir.
20        Q    Okay.  You notice how there's a McDonald's
21   that's marked?
22        A    Yes, sir.
23        Q    Okay.  Are you able to -- That's a fair and
24   accurate depiction, an overhead depiction of the subject
25   area, correct?
```