IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| EXHIBIT |
| --- |
| Q |

TRACEY WHITE, et al.,        )
                             )
     Plaintiffs,             )
                             )
  vs.                        )   Cause No. 14-cv-01490-HEA
                             )
THOMAS JACKSON, et al. ,     )
                             )
     Defendants.             )

VIDEO DEPOSITION OF WILLIAM DAVIS

Taken on behalf of the Defendants
RYAN, McCOY, McCANN, BELMAR, and ST. LOUIS COUNTY

September 29, 2015

Reported by:  Christine A. LePage, CCR #1000

LePAGE REPORTING SERVICE
1465 Wilkesboro Drive
Dardenne Prairie, Missouri 63368
(314) 616-2113

1    produced on October 26th at 8:15 a.m. at St. Louis County
2    administrative headquarters where we are right now.  Do I
3    have that understanding correctly everybody?
4           MR. LATTIMER:  That's correct.
5           MR. HUGHES:  Yes.  With further understanding
6    that we all agree we may have to talk about the scheduling
7    orders, but we'll just leave that for the future.
8       Q    (by Mr. Plunkert)  Okay.  And, Mr. Davis, I will
9    try to be more clear with my questions, and I don't
10   honestly remember where I was in my questions, so allow me
11   a little bit of retracing steps and we'll see what you
12   know about Mr. Cosma and Mr. Jackson; is that okay?
13      A    Okay.
14      Q    And I want to ask you, I believe you testified
15   that you knew Tom Jackson and Justin Cosma were involved
16   in your arrest, and I want to ask you, is that still your
17   testimony or do you want to change it?
18      A    Well, I guess I'll change it.
19      Q    Okay.  So I'll ask you again, do you know if
20   Officer Cosma or Tom Jackson were involved in your arrest?
21      A    I cannot recall.
22      Q    And by your arrest, I'm referring to that on
23   October -- I'm sorry, on August 13th of 2014; you
24   understand that?
25      A    Yes, sir.

```
 1         Q    Okay.  And you don't know if they were involved
 2    in it?
 3         A    No.  No, sir.
 4         Q    Okay.  And that's because the officer who
 5    actually placed the twist ties on you, you didn't see the
 6    name plate, right?
 7         A    No, sir.
 8         Q    That individual was in brown and a black vest,
 9    correct?
10         A    Huh?
11         Q    That individual that put the twist ties on your
12    wrists was in a brown shirt with a black vest, right?
13         A    No, sir, he just had on -- he was just a regular
14    officer, he didn't have no black thing on.
15         Q    Okay.  And was it a brown shirt or another color
16    shirt?
17         A    It was just a St. Louis County suit.
18         Q    Okay.  Do you recall what color that was?
19         A    Brown.
20         Q    Okay.  Now, you mentioned -- Do you have your
21    inhaler with you today, sir?
22         A    No, sir.
23         Q    Okay.  Do you make it a practice to carry it
24    around with you where you go?
25         A    Well, I take my asthma medicine occasionally,
```