IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**EXHIBIT R**

TRACEY WHITE, et al.,         )
                              )
        Plaintiffs,           )
                              )
    vs.                       )   Cause No. 14-cv-01490-HEA
                              )
THOMAS JACKSON, et al.,       )
                              )
        Defendants.           )

**DEPOSITION OF DAVID RYAN**

Taken on behalf of the Plaintiffs

October 1, 2015

Reported by:  Christine A. LePage, CCR #1000

LePAGE REPORTING SERVICE
1465 Wilkesboro Drive
Dardenne Prairie, Missouri 63368
(314) 616-2113

```
 1        Q    Okay.  And what I'm asking is were they under
 2   your supervision or the supervision of the captain or
 3   somebody else?
 4        A    My men were under my supervision.
 5        Q    Your men were under your supervision, okay.  And
 6   your men effectuated the arrest of Ms. White, correct?
 7        A    One of my men were there and then two others
 8   were from St. Charles County.
 9        Q    Okay.  And whose authority were they under?
10        A    It would have been the St. Louis County police
11   department at the time, because we were in charge of that
12   scene.
13        Q    Okay.
14        A    And then I was running that scene at that time.
15        Q    Okay.  And Mr. Davis, same thing?
16        A    Yes, sir.
17        Q    Okay.  Ever been involved in any lawsuits
18   before?
19        A    Yes, sir.
20        Q    When I ask that question, that question does not
21   go to your personal life, it only goes to your
22   professional life.  So with that qualification -- In other
23   words, I'm not asking you about your personal business.
24        A    Understood.
25        Q    What I'm asking you about is your professional
```

```
 1  Miss White, correct?
 2       A    I don't even know who he is.
 3       Q    So based on your presence at the scene, your
 4  view of the videos, the people that were involved in those
 5  arrests, to your knowledge, were with St. Louis County,
 6  correct?
 7       A    Or St. Charles County.
 8       Q    Okay.  Those would be the two, right?
 9       A    Yes, sir.
10       Q    And quickly I'd like to discuss the chain of
11  command.  You've already discussed that you're the
12  sergeant, that you have several men under your authority,
13  correct?
14       A    Yes, sir.
15       Q    And you report to the lieutenant colonel of
16  St. Louis County, correct?
17       A    Right now or then or --
18       Q    I apologize, that wasn't clear.  On the day that
19  we're talking about, the arrests of Miss White and
20  Mr. Davis.
21       A    Yes, sir.
22       Q    And you mentioned that St. Louis County took
23  control over the area at least at that time, correct?
24       A    Yes, sir.
25       Q    Did you -- Were you familiar at all with the
```

45

```
 1   City of Ferguson's policies or procedures?
 2        A    No, sir.
 3        Q    Okay.  Safe to say that you weren't -- you were
 4   not relying upon any of their policies or trying to follow
 5   those policies because you didn't know about them, right?
 6        A    Correct.
 7        Q    Did you receive any orders from anyone at the
 8   City of Ferguson, including the former chief, Tom Jackson,
 9   with respect to the actions that you -- that you took
10   during these arrests and the time immediately preceding?
11        A    No, sir.
12        Q    Any directives that you had came from your chain
13   of command within St. Louis County, right?
14        A    Correct, sir.
15        Q    Thank you very much for your time, sir.
16             MR. HUGHES:  I have no questions.
17             MR. LATTIMER:  That's it.  Thank you, sir.
18             MR. HUGHES:  He'll waive signature.
19                              *
20                              *
21     BY AGREEMENT OF COUNSEL AND WITH CONSENT OF THE WITNESS
22                THE SIGNATURE IS HEREBY WAIVED.
23
24
25
```