IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

EXHIBIT U

TRACEY WHITE, et al.,         )
                              )
         Plaintiffs,          )
                              )
    vs.                       )   Cause No. 14-cv-01490-HEA
                              )
THOMAS JACKSON, et al.,       )
                              )
         Defendants.          )

VIDEO DEPOSITION OF JON BELMAR

Taken on behalf of the Plaintiffs

October 27, 2015

Reported by:  Christine A. LePage, CCR #1000

LePAGE REPORTING SERVICE
1465 Wilkesboro Drive
Dardenne Prairie, Missouri 63368
(314) 616-2113

```
 1      Q     All right.  So with regard to -- You were in
 2   command of the incident -- You were the incident commander
 3   beginning on October 11th, correct?
 4      A     August 11th.
 5      Q     I'm sorry, I keep saying October.
 6      A     And we talked about that, but, yes.
 7      Q     And that extended to August 14th when I think
 8   the governor made Captain Johnson incident commander,
 9   correct?
10      A     One of two executive orders.
11      Q     All right.  So during that period of August 11th
12   through August 14th -- well, August 13th, you were the
13   person in charge, right?
14      A     I shared that responsibility with Chief Jackson,
15   and then I was fortunate enough to have Captain Johnson
16   and either Colonel Adkins or Major Jones from the
17   St. Louis Metropolitan police department assist me along
18   with my commanders.
19      Q     Okay.  But you were the ultimate person in this
20   situation?
21      A     I was, yes.
22      Q     All right.  So if -- The folks that were using
23   force, there were guidelines that you all explained to
24   them were the parameters in which force were to be used,
25   correct?
```

1    A    Yes.

2    Q    And those parameters would have to be consistent
3  with the Fourth Amendment, correct?

4    A    They would be.

5    Q    And there were parameters in which you all
6  explained to everyone about arrests, correct?

7    A    Yes, sir.

8    Q    And that would have to be consistent with
9  probable cause, correct?

10   A    Yes, sir.

11   Q    And so if people were using force that was not
12 consistent with the Fourth Amendment, that would be a
13 problem; would you agree?

14   A    If that force was not reasonable, it would be a
15 problem.

16   Q    All right.  And if they were making the arrests
17 that were not consistent with probable cause, that would
18 also be a problem, correct?

19   A    Yes, sir.

20   Q    All right.  So in terms of arrests, a lot of
21 arrests were made on the basis of failure to disperse,
22 correct?

23   A    Yes.

24   Q    I think St. Louis County made 142 during the
25 period of August 9th through the 25th?

1  A    We were not investigating the internal
2  justification of whether the shoot actually was involved
3  in policy, you know, did he -- And most of the time you're
4  never going to see a variance, but there's the potential
5  for that.
6  Q    Okay.  And you came to a conclusion into your
7  investigation?
8  A    We documented the facts and circumstances of
9  this investigation through many means, and we presented
10 those facts and circumstances to the prosecuting
11 attorney's office.
12 Q    I see.  And the prosecuting attorney determined
13 whether to go to the grand jury, and the grand jury
14 determined whether to find probable cause or to return a
15 true bill?
16 A    And there was also a subsequent parallel
17 investigation through the Department of Justice.
18 Q    Okay.  Thank you.  With respect to training,
19 you've mentioned POST a few times, and I want you to kind
20 of elaborate on what you testified.  Specifically, POST is
21 something that is mandated by Missouri statute, correct?
22 A    Yes, sir.
23 Q    And specifically Missouri, as a state, and the
24 state legislature has mandated how many hours one must
25 take, say, in a police academy in order to become what we

```
 1    call POST certified, correct?
 2       A    Yes, sir.
 3       Q    And I believe it's the Department of Public
 4    Safety who puts -- sets forth those protocols?
 5       A    DPS does through the POST commission.
 6       Q    Okay.  And the -- Do you know the number of
 7    hours --
 8       A    So if you're already a commissioned police
 9    officer, you have to obtain 48 hours within a 36-month
10    period, but you can do more than that if you want to, and
11    you can take training that's not POST certified training,
12    but you're going to have to get POST certified training in
13    certain categories within -- 48 hours of that within 36
14    months, and that is a mandate.
15       Q    And that's in order to comply with state
16    statute, correct?
17       A    It's ordered to -- well, and to maintain your
18    certification.
19       Q    And with respect to training programs -- We'll
20    stop right here.
21            MR. PLUNKERT:  How much time do we have left?
22            THE VIDEOGRAPHER:  I can give you four.
23       Q    (by Mr. Plunkert)  Okay.  With respect to
24    training programs, you mentioned that some may not be POST
25    certified, but if you're going to get your credits for 36
```

```
 1   hours of continuing education, those would have to be
 2   accredited through POST?
 3        A    To be credited to POST, yes.  It doesn't mean
 4   the training that you would receive that wasn't POST
 5   certified wouldn't be good training, it's just that, you
 6   know, you certainly want to make sure you hit your
 7   markers.
 8        Q    And in order for a program to be accredited by
 9   POST, are you familiar with the process?
10        A    Yeah.  So you're going to have to either give an
11   outline of a lesson plan or the actual lesson plan, and
12   you're also going to have to get -- I don't think they say
13   it this way, but the outcomes of the lesson plan.  So in
14   other words, you have to demonstrate to POST, and we do
15   ours through the academy and they give it to POST, that
16   this is the outline of our lesson plan, this is what we
17   want the student to understand, and this is the goal that
18   we hope to get from this, this is who the instructor is,
19   and this is why the instructor has any business whatsoever
20   teaching this class.
21        Q    Now, it's the responsibility of the State of
22   Missouri to determine the coursework and the accreditation
23   of the training, correct?
24        A    I don't know if they always determine -- Well,
25   yeah, the answer's yes, I mean, you have to get it in
```

```
 1   certain categories, legal, interpersonal, stuff like that.
 2       Q   And that's in order, again, that's in order for
 3   an officer to keep the officer's license to be a law
 4   enforcement officer, correct?
 5       A   Yes, sir.
 6       Q   And as chief, you require that your officers
 7   maintain that continuing education with the State of
 8   Missouri, correct?
 9       A   Yes, sir.
10       Q   Let's see.  Sir --
11           MR. PLUNKERT:  Well, why don't we change tapes?
12           THE VIDEOGRAPHER:  Okay.  We're going off the
13   record at 4:45 p.m.
14           (Whereupon a six-minute recess was taken.)
15           THE VIDEOGRAPHER:  Okay.  We're back on the
16   record at 4:51 p.m.
17       Q   (by Mr. Plunkert)  Chief, just to wrap up our
18   conversation regarding training, the Missouri Department
19   of Public Safety also sets forth the curriculum for the
20   continuing education and gives certain topics; is that
21   correct?
22       A   Yeah, we talked about that briefly, criminal
23   law, skill development, I forgot the other one, I just
24   said it a minute ago, but interpersonal relations, things
25   such as that.
```