IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

EXHIBIT V

TRACEY WHITE, et al.,           )
                                )
        Plaintiffs,             )
                                )
    vs.                         )   Cause No. 14-cv-01490-HEA
                                )
THOMAS JACKSON, et al.,         )
                                )
        Defendants.             )

DEPOSITION OF RICHARD MUNDY

Taken on behalf of the Plaintiffs

October 26, 2015

Reported by:  Christine A. LePage, CCR #1000

LePAGE REPORTING SERVICE
1465 Wilkesboro Drive
Dardenne Prairie, Missouri 63368
(314) 616-2113

1    Q    Okay.  You were somewhere else?

2    A    I know I was down by the burnt out QuikTrip.

3    Q    Okay.  Now, on the 11th, there was an arrest of
4  two gentlemen, Theophilus Green and Damon Coleman, this
5  occurred in a parking lot, and I can show you a video to
6  refresh your recollection, but my question is going to be
7  were you involved in that?

8    A    Those names do not sound familiar to me.

9    Q    Okay.

10   A    Because on the 11th we would have been the
11  arrest team for the St. Louis Metropolitan police
12  department, their SWAT team.

13   Q    Yes.

14   A    And I don't remember, and, again, effecting
15  arrests on them.

16   Q    Okay.  You were asked some questions about Chief
17  Tom Jackson.  You understand that at the time he was the
18  chief of the City of Ferguson, correct?

19   A    Yes, he was.

20   Q    You also understand that as of the 11th and the
21  13th, the control of that region and the policing of that
22  region was turned over to St. Louis County, correct?

23   A    Yes.

24   Q    And you also took your orders from your
25  superiors within St. Louis County, correct?

1    A    Yes.

2    Q    Did you take any orders from Chief Tom Jackson

3  at that point?

4    A    Honestly, I never saw Chief Jackson, so whatever

5  command orders were given trickled down to us.

6    Q    Okay.  Now, he's named as a defendant in this

7  lawsuit, I'll represent to you.  So my question is did you

8  ever hear about any involvement at all of Chief Tom

9  Jackson regarding the several plaintiffs that Mr. Lattimer

10 named off earlier?

11   A    As far as me personally seeing Chief Jackson?

12   Q    Yes.

13   A    No, sir, I did not.

14   Q    Okay.  You ever heard of Justin Cosma, Officer

15 Justin Cosma?

16   A    I don't know Justin Cosma.

17   Q    Okay.  Now, with respect to the City of

18 Ferguson, when you were conducting arrests or involved in

19 any arrests, you were arresting on either St. Louis County

20 ordinances or state statutes, correct?

21   A    Yes.

22   Q    Did you ever review the training policies or the

23 general orders of the City of Ferguson?

24   A    I did not personally, no.

25   Q    Okay.  In other words, when you were conducting

73

```
 1    your behavior, it wasn't to comply with the City of
 2    Ferguson's general orders, was it?
 3         A    No, it was -- Well, our use of force policies,
 4    every policy that we have at St. Louis County we
 5    represented during this incident, and we basically used
 6    state charges, and I know -- I think we went -- I don't
 7    know if we went to the County counselor on some issues or
 8    not.  Actually, no, that was another -- I'm sorry.  It was
 9    the state charges.
10         Q    In other words, you were complying with your
11    internal St. Louis County's?
12         A    Yes.
13         Q    Okay.  And you weren't aware of what City of
14    Ferguson's may have said, right?
15         A    No, I was not.
16         Q    Okay.  That's all I have.  Thank you very much.
17              MS. GUNN:  So you want to waive signature?
18              THE WITNESS:  (Witness nods.)
19              MS. GUNN:  Okay.  We'll waive signature.
20                               *
21                               *
22     BY AGREEMENT OF COUNSEL AND WITH CONSENT OF THE WITNESS
23               THE SIGNATURE IS HEREBY WAIVED.
24
25
```