

*Steven V. Stenger*
*County Executive*

# Saint Louis COUNTY ADMINISTRATION

*Pamela J. Reitz, CPFO*
*Director of Administration*

February 16, 2014

RE: <u>Certificate of Insurance</u>

St. Louis County Government has received your request for a Certificate of Insurance and Proof of Insurance Forms. Often, St. Louis County has been asked to execute various hold harmless clauses, an act unauthorized by current policy and statute. St. Louis County is providing this letter in lieu of all Insurance Certificates and Proof of Insurance Forms.

This letter will remain in effect from date of issuance, unless you are notified otherwise, or the requirement ceases; therefore, repeated requests for renewal Certificates will not be necessary. In those instances where several requests from different segments of a corporation are received, this letter will be forwarded to the insurance department of that corporation.

With certain exceptions (other insurance) St. Louis County maintains a program of Self-Insurance for claims arising out of **liability, property damage and auto fleet** based on limitations, which are $2,687,594 per occurrence with $403,139 maximum recovery, one person. In addition, St. Louis County is a qualified **Self-Insured under Workers' Compensation**.

St. Louis County will notify you if substantial changes in this program occur.

Sincerely,

*Bruce O. Kozozenski*

Bruce O. Kozozenski
Risk Manager

**EXHIBIT**
County
Exhibit C