IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ORIGINAL

TRACEY WHITE, et al.,           )
                                )
          Plaintiffs,           )
                                )
    vs.                         )        Cause No. 14-cv-01490-HEA
                                )
THOMAS JACKSON, et al.,         )
                                )
          Defendants.           )


VIDEO DEPOSITION OF WILLIAM DAVIS

Taken on behalf of the Defendants
RYAN, McCOY, McCANN, BELMAR, and ST. LOUIS COUNTY

September 29, 2015


Reported by:  Christine A. LePage, CCR #1000

LePAGE REPORTING SERVICE
1465 Wilkesboro Drive
Dardenne Prairie, Missouri 63368
(314) 616-2113

EXHIBIT
County
Exhibit G
tabbies

1    A    Yes, sir.

2    Q    And you were present the whole time?

3    A    Yes, sir.

4    Q    Okay.  So you saw and heard everything she said?

5    A    Yes, sir.

6    Q    And I guess you heard your attorney at some

7    point say that I didn't say who else was in the room,

8    there was a sergeant in the room, and so I identified him.

9    He's not in the room now; is that correct?

10    A    Yes, sir, he's not.

11    Q    But Mr. Lattimer hasn't identified one of his

12    clients who is in the room, but that's okay, I will, so

13    there's another man in the room; is that correct?

14    A    Yes, sir.

15    Q    And I believe that's Mr. Theophilus Green?

16    A    Yes, sir.

17    Q    Do you know him?

18    A    No, sir.

19    Q    And you had time -- You had a long chance to

20    look at the officer that was here during your mother's

21    deposition, correct?

22    A    Yes, sir.

23    Q    And have you seen him before?

24    A    No, sir.

25    Q    Okay.  So are you saying that he, as far as you

1  know, he was not involved in your arrest?

2      A    No, sir.

3      Q    He was not?

4      A    He wasn't.

5      Q    Okay.  And you agree he was not involved in your

6  arrest?

7      A    Yes, sir.

8      Q    And did you see your mother arrested?

9      A    Actually I did, I did see her arrested.

10     Q    Okay.  So that officer was not involved in your

11  mother's arrest as far as you know?

12     A    Yes, sir, he wasn't.

13     Q    He was not?

14     A    He was not.

15     Q    Okay.  And did you ever see that officer inside

16  the McDonald's on Wednesday, August 13th, 2014?

17     A    No, sir.

18     Q    Okay.  Do you recall seeing him outside the

19  McDonald's?

20     A    No, sir.

21     Q    Okay.  And let me ask you a question I asked

22  your mother.  What have you looked at in preparation for

23  your deposition?

24     A    Well, actually I didn't have a chance to look

25  over it.  I said I didn't have a chance to look over it.

1    A    Yes, sir.

2    Q    Okay.  And you're aware that you were named in a

3  lawsuit and you sued some police officers?

4    A    Yes, sir.

5    Q    And in that lawsuit it is alleged, as I

6  indicated to your mom, that in Paragraph 37 it is alleged

7  that there was civil unrest in the streets of Ferguson,

8  Missouri.  Were you aware that was alleged?

9    A    Actually I wasn't aware that that was alleged.

10   Q    Okay.  Do you agree that there was civil unrest

11 in the streets of Ferguson, Missouri?

12   A    Yes, sir.

13   Q    How do you know that?

14   A    Because the people -- the people over there was

15 just sad about what happened to Michael Brown, just so

16 much chaos and just stress.

17   Q    Okay.  You were aware that there was chaos in

18 the streets of Ferguson?

19   A    Yes, sir.

20   Q    Were you aware that buildings were burned?

21   A    Yes, sir.

22   Q    You were aware there was looting?

23   A    Yes, sir.

24   Q    You were aware that there was gunshots in the

25 streets of Ferguson?

1    A    Yes, sir.

2    Q    You were aware that rocks and bottles were

3    thrown at police?

4    A    Yes, sir.

5    Q    And did you know that because people told that

6    to you or did you watch TV or you were there yourself?

7    A    I know that because I was watching CNN and I saw

8    what was going on.

9    Q    Okay.  So and then on August 13th, 2014, you

10   went to West -- in the area of West Florissant Avenue with

11   your mother; is that correct?

12   A    Yes, sir, that's correct.

13   Q    Was that the first time you had been there since

14   the shooting of Michael Brown?

15   A    No, sir.

16   Q    How many times had you been there before that?

17   A    Probably about -- Probably like five, about five

18   times.

19   Q    About what?

20   A    About five times.

21   Q    Five times.  When you went there five times

22   before, did you go with your mother before?

23   A    No, sir, it was probably between me going with

24   my mother or my dad.

25   Q    So how many times did you go with your mom

1  before?

2       A    Probably like three times.

3       Q    How many times with your dad?

4       A    Probably two.

5       Q    And did you go there with any friends, anyone

6  else?

7       A    No.  No, sir.

8       Q    And when you went there three times with your

9  mom, is this three times before August 13th?

10      A    Yes, sir.

11      Q    Okay.  Where did you go with your mom?

12      A    We had went to Walgreens or to the salon, hair

13  salon.

14      Q    So you went to Ferguson, you went to West

15  Florissant?

16      A    Uh-huh.

17      Q    Did you go there during the day or during the

18  night?

19      A    Mainly during the day.

20      Q    Did you go there at night at all?

21      A    I can't remember.

22      Q    I kind of think if I went there at night I would

23  remember it.

24           MR. LATTIMER:  Doesn't matter what you think or

25  what you remember.

1    A    I'm talking about before Michael Brown got shot,

2  sir, not during the time of the incident happening, I'm

3  talking about way before that time, before August 13th,

4  probably like in January or December.

5    Q    (by Mr. Hughes)  Okay.  After Michael Brown --

6  Let's start over.  After Michael Brown was shot, you

7  remember when he was shot?

8    A    Yes, sir.

9    Q    And you agree that after he was shot there

10  developed some civil unrest in the streets; is that

11  correct?

12    A    Yes, sir.

13    Q    And you knew about it?

14    A    Uh-huh.

15    Q    And -- Is that a yes?

16    A    Yes, sir.

17    Q    And then on August 13th, we know that you and

18  your mom went over to the area of West Florissant; is that

19  correct?

20    A    Yes, sir.

21    Q    Okay.  Before August 13th and after Michael

22  Brown was shot, how many times did you go to Ferguson?

23  How many times did you go to West Florissant?

24    A    I just answered that question for you, I said

25  five times.

1      Q    Okay.  That's what I understood, okay.  So after

2    Michael Brown was shot, and before this date, Wednesday,

3    August 13th, you went there five times?

4      A    You're asking me the same question I already

5    answered.

6      Q    Right, okay.  And tell me what you saw the three

7    times you went there after Michael Brown was shot, what

8    did you see?

9      A    Okay, so before Michael Brown was shot --

10     Q    No, I'm talking about after Michael Brown was

11   shot.

12     A    All right.  After he was shot, the QuikTrip had

13   got burnt down and then the hair salon had got broken

14   into.

15     Q    Okay.  You saw the QuikTrip had burned down and

16   you saw the hair salon had gotten broken into?

17     A    Uh-huh.  Yes, sir.

18     Q    What else did you see?

19     A    Well, the rest of it on TV I saw -- I saw people

20   walking down the street and officers shooting tanks and

21   stuff at them, throwing tear gas and stuff.

22     Q    I'm talking about when you went there in person

23   three times with your mom and two times with your dad.

24          MR. LATTIMER:  You got this all wrong, you're

25   confusing the situation.  He's told you he did not go

1          MR. LATTIMER:  Answer it again.  Let's try to

2     make this as short and sweet as possible.  Answer his

3     question.

4          A    Okay.  So after Michael Brown was shot, when I

5     went there, the QuikTrip, it was still up until we had

6     left from there, and then when I -- like as soon as I went

7     home I turned on the TV, I was watching CNN, and then I

8     found out the people over there in Ferguson, they burnt

9     down the QuikTrip and then they broke into the hair salon.

10         Q    (by Mr. Hughes)  Okay.  And then did you go back

11    and see that for yourself?

12         A    No, sir, I didn't.

13         Q    Okay.  Is there anything different that you saw

14    when you went there with your father two times?

15         A    No, sir, it still looked the same.

16         Q    All right.  When you went there those three

17    times with your mom and two times with your dad, did you

18    just drive in a car and look or did you get out and walk

19    around?

20         A    We just drove in a car and looked.

21         Q    Okay.  Let's talk about August 13th.  Do you

22    remember that day, Wednesday, August 13th, 2014?

23         A    Yes, sir.

24         Q    Okay.  So what did you do earlier that day?

25         A    Okay.  So on that day my stepdad, he had dropped

1    he was saying like this McDonald's is not cooperating

2    right, this and that, just saying like real bad things

3    about that McDonald's.

4            And then so I decided to listen to him, get my

5    stuff.  And then but like as I was walking out, I was a

6    little startled because I was trying to figure out what

7    was going on at first to see if they was pushing us out of

8    nowhere or if they just wanted us to go, like walk off

9    somewhere, so I was just looking around, walking around

10   the McDonald's.

11           So I got my stuff and then I had walked out, and

12   my mother was standing right there by the door talking to

13   this other SWAT member that had on all black.  And then I

14   had walked out the McDonald's with my mother, and then we

15   had walked across the McDonald's parking lot.

16           So we was walking to our right, and I turned my

17   head, and I saw a group of police officers and like SWAT

18   members in like different colored uniforms like forming a

19   line, like drawing out sticks and stuff.  And then we

20   continued to walk to our right, and then we just stood

21   there at first to figure out what was going on.

22           And then the SWAT members, they started to push

23   us forward, they told us to move, so we started to move,

24   and we were just continuing to walk.  So like they still

25   pushing us backward in this neighborhood that we didn't

1    Q    And then you had to walk somewhere, you had to

2    walk a while to get to the rally; is that right?

3    A    Yes, sir, yeah, we was walking down the street

4    to the peace rally.

5    Q    And how long were you at the rally?

6    A    Probably about ten minutes.  But we had left

7    from there after the police officers started coming in

8    with their tanks and sticks and stuff.

9    Q    Did you hear any of the speakers at the rally?

10   A    I can't recall.

11   Q    You said, and this was your term, that then it

12   got heated.  Was it the crowd getting heated?

13   A    No -- Yes, sir, because the officers started

14   like coming in with their sticks saying, "What are you all

15   doing," just messing up the whole peace rally, just

16   intruding, just like pushing and shoving and just breaking

17   up the peace rally.

18   Q    And where exactly was this peace rally?

19   A    This was in the middle of the street in

20   Ferguson, towards the burnt down QuikTrip.

21   Q    Okay.  When you say the middle of the street, do

22   you mean the middle of West Florissant?

23   A    Yeah.  So, yeah, it was like -- All right, this

24   is the middle, (indicating,) so the burnt down QuikTrip

25   was like right here, (indicating,) so they was just like

1  relevancy, materiality, lack of foundation, he couldn't

2  possibly know what other people wanted to do or did and

3  why.  You can answer to the extent you can.

4          MR. HUGHES:  Can you read back the question?  I

5  want to make sure he hears the question.

6          (Whereupon the pending question was read by the

7  court reporter.)

8          MR. LATTIMER:  Same objection.

9      A    I'm not sure.

10     Q    (by Mr. Hughes)  Well, you said things got

11 heated, and so --

12     A    As far as, I mean, the officers were saying

13 like, "Get out the street," and just started -- officers

14 was yelling something, "Get out the street, get out the

15 street," and stuff like that, and taking out sticks and

16 stuff.

17     Q    Was this over a loud speaker?

18     A    I don't remember.

19     Q    All right.  Were police being yelled at?

20          MR. LATTIMER:  Objection as to relevance and

21 materiality.

22     A    I wasn't really aware of everybody else, I was

23 only aware of myself and what I was doing.

24     Q    (by Mr. Hughes)  Did you see objects thrown at

25 the police?

1    the time?

2        A    No, sir, I didn't hear nothing.

3        Q    Okay.

4        A    All I heard was the officers just yelling and

5    drawing out their sticks and pulling up with tanks and

6    stuff.

7        Q    And, okay, you heard officers yelling, and

8    obviously -- it was obvious to you that the officers

9    wanted people to leave the street?

10       A    Yeah, but they was --

11            MR. LATTIMER:  There's no question pending.

12       Q    (by Mr. Hughes)  And so I think the answer was

13   yes.  So what you said earlier then is you and your mom

14   only stayed at the rally for ten minutes, right?

15       A    Yes, sir.

16       Q    So at that point, would it be a fair statement

17   that you and your mom did what the police asked to do,

18   that is to leave the street?

19       A    Yeah, we did.

20       Q    And then you then decided to go the McDonald's?

21       A    Yes, yeah, after we left from the rally we had

22   walked to the right side of the street and we continued to

23   walk on the sidewalk to the McDonald's.

24       Q    Okay.  And how long did it take you to get to

25   the McDonald's?

1    A    Probably about 15 minutes.

2    Q    Okay.  Fifteen-minute walk.  And then you arrive

3    at the McDonald's, and sounds like you stayed there for --

4    A    About an hour.

5    Q    -- a pretty good period of time.  What?

6    A    Yes, sir.

7    Q    How long?  An hour, you said?

8    A    Yeah, probably about an hour.

9    Q    Can you give me your best estimate what time you

10   arrived at the McDonald's?

11   A    I can't recall.

12   Q    All right.  But anyway, you stayed there for an

13   hour, while you were there you ordered some food and you

14   sat down and you ate the food?

15   A    Yes, sir.

16   Q    Okay.  And then also you wanted to have dessert?

17   A    Yes, sir.

18   Q    So you went up and ordered dessert?

19   A    Yes, sir.

20   Q    Okay.  And while you were there, did you talk to

21   anybody besides your mom?

22   A    That's about it, I was just talking to my

23   mother.

24   Q    Okay.  And then at some point your mom gets up

25   and walks out the door of McDonald's; is that right?

1    A    Yeah, yes, sir, because she had told me that her

2  phone had died and she was going to look for my stepdad

3  that was coming to pick us up.

4    Q    Did you have a cell phone then?

5    A    No, sir.

6    Q    Do you have one now?

7    A    No, sir.

8    Q    Okay.  And after your mom walked out of the

9  McDonald's because the cell phone had died, you remained,

10  you already said that.  How long did you remain inside the

11  McDonald's before you went outside?

12    A    I was in there for about an hour.

13    Q    Okay.  Maybe you didn't understand my question,

14  but maybe you did, maybe you answered, but maybe I didn't

15  ask a clear question.  After your mom walked outside, she

16  never -- she did not come back in?

17    A    That's correct.

18    Q    After she walked outside, how long did you

19  remain inside McDonald's by yourself?

20    A    Around an hour.

21    Q    Okay.  Before she walked outside, how long were

22  you and your mom inside McDonald's together?

23    A    We was in there about -- together probably

24  around, I don't know, probably like 25 minutes or 20

25  minutes.

1    Q    So you were inside McDonald's either, you know,

2    sometimes with your mom and sometimes by yourself, and if

3    you added that together, you were inside McDonald's about

4    an hour and 25 minutes; is that a fair statement?

5    A    Yes, sir.

6    Q    Okay.  And then while your mom is outside the

7    McDonald's, you said some SWAT people come in; is that

8    correct?

9    A    Yes, sir.

10   Q    Now, before they came in, did you see any

11   officers come in the McDonald's and talk to anybody?

12   A    Can you say the question again?

13   Q    Yeah.  You told us at some point the SWAT

14   members came inside McDonald's?

15   A    Yes, sir.

16   Q    Before that happened --

17   A    Yes, sir.

18   Q    -- did any officers come inside the McDonald's

19   for any reason?

20   A    No.

21   Q    Okay.  Like I guess what I'm saying is did any

22   officers who were not dressed in SWAT gear come in and

23   talk to customers or talk to the manager or talk to

24   employees that you saw?

25   A    No, sir.

1    Q   Okay.  So if they did, you just didn't see; is

2   that correct?

3    A    No, what your question was, you just asked me if

4   any other officer came in there before the SWAT came

5   there, and I said no.

6    Q    Okay.  I mean, were you looking at the door the

7   whole time?

8    A    No, sir, I wasn't looking at the door the whole

9   time.  The whole time I was in there I was just sitting in

10  there eating my food and watching CNN on the television.

11   Q    Okay.  So you weren't watching the door, who was

12  walking in and walking out; is that correct?

13   A    No, sir, I wasn't.

14   Q    And you weren't watching what's going on behind

15  the counter?

16   A    No, sir, I wasn't.

17   Q    Okay.  But you were watching CNN on the

18  television inside McDonald's?

19   A    On the television inside the McDonald's,

20  (witness nods.)

21   Q    Was CNN doing footage of Ferguson, Missouri

22  then, is that it?

23   A    Yes, sir, they was.

24   Q    Okay.  While you're inside McDonald's, you

25  eventually walk out.  Is it a fair statement that no

1    police officer touched you inside the McDonald's?

2        A    They didn't.

3        Q    Okay.  So we're in agreement with that?

4            MR. PLUNKERT:  Did you say they did not?

5            THE WITNESS:  Yeah, that's what I just said,

6    they did not.

7            MR. LATTIMER:  You emphasized that question?

8            MR. PLUNKERT:  I didn't hear him properly,

9    Mr. Lattimer.

10       Q    (by Mr. Hughes)  So you walked outside, and you

11   do find your mom?

12       A    Yes, sir, I did.

13       Q    When you walk outside and find your mom, is she

14   then talking to anyone or is she just standing there or

15   what?

16       A    Yes, sir, I said as I was inside the McDonald's,

17   and then after the SWAT members had told us to get out of

18   the McDonald's, I said I was walking towards the door and

19   I saw my mother talking to another SWAT member.

20       Q    Well, just so I understand, when you say SWAT,

21   do you --

22       A    He was dressed in all black.

23       Q    In what?

24       A    All black.

25       Q    All black.  Did he have a helmet?

```
 1        A    No.

 2        Q    Okay.  Whoever it was your mom was talking to

 3    did not have a helmet?

 4        A    No, sir, he didn't.

 5        Q    That's correct?

 6        A    Yes, sir.

 7        Q    Okay.  And at the time your mom was talking to

 8    this man, this officer who was wearing all black but not a

 9    helmet, did the officer -- did that officer have any, you

10    know, weapons or sticks or anything in his hand?

11        A    No, sir.

12        Q    Okay.  So that officer and your mom -- Well,

13    that officer that your mom was talking to, can you

14    describe him any other way?  Was he tall? short? black?

15    white?

16        A    He was tall, and I think he was black.

17        Q    He was what?

18        A    He was black.

19        Q    Okay.  Your mom was talking to a black officer?

20        A    Yes, sir.

21        Q    Okay.  And was your mom having -- talking to him

22    in a normal voice --

23        A    Yes, sir.

24        Q    -- or was she yelling or, I mean, anything about

25    the conversation that stood out?
```

1          MR. LATTIMER:  Objection as to relevance and

2    materiality.

3          Q    (by Mr. Hughes)  Just gathering the facts.

4          A    Yes, sir, she was just talking to him normally.

5          Q    Okay.  And do you know what -- did you hear what

6    she was talking about or what this African-American

7    officer was talking about?

8          A    Just a little bit, just saying where should we

9    go after we leave this McDonald's, saying what should we

10   do, that's all I heard her say to him.

11         Q    Okay.  And did he answer, that you heard?

12         A    He answered, but I couldn't hear what he was

13   saying, because he was talking kind of low, there was a

14   lot of commotion and stuff in the background.

15         Q    Okay.  And did you and your mom remain standing

16   together in front of the McDonald's or did you immediately

17   start walking away, you and your mom?

18         A    Well, after I walked outside and met her by the

19   door, me and her stood there for about a minute, and then

20   we had walked off on the side of the McDonald's across the

21   McDonald's parking lot.

22         Q    Okay.  So that was my question.  I remember you

23   said when you were giving your narrative that you and your

24   mom walked away to -- on the McDonald's parking lot.  So I

25   was just wondering how long it was that you were talking

1    to your mom before you did that, and the answer I think

2    you just said was about a minute; is that right?

3        A    Are you talking about inside the McDonald's or

4    outside?

5        Q    No, outside, outside.

6        A    Yeah.  Yes, sir.

7        Q    And then you mentioned that the police, or you

8    said the SWAT members were forming a line?

9        A    Yes, sir, they was.

10       Q    Okay.  And was there -- were you just waiting

11   for this line of officers to come up to you or did you and

12   your mom walk through the parking lot and just start

13   walking somewhere to get away from the line?

14       A    Well, at first at the time I was startled and I

15   was scared and nervous all at the same time because I

16   didn't know what was going on, so I just -- I was just

17   walking with my mother, and we walked -- we had walked to

18   the right, because to the left was a group of officers in

19   different colored uniforms and stuff.

20            So after we walked across the parking lot, we

21   just stood there and we talked a little bit and then we --

22   and then we stood there, and then after the officers

23   started to like move forward and start to push us, then

24   that's when we started moving backward to the area that we

25   didn't belong to.

1      Q      Okay.  So when you say you didn't belong to the

2   area, that was a street you weren't familiar with; is that

3   what you mean?

4      A      Yes, sir, yeah, that's exactly what I mean.

5      Q      Okay.  Now, when you say "we," you're not

6   talking about just you and your mom only, you're talking

7   about a group; is that correct?

8      A      Yes, sir.

9      Q      Okay.  And how large was the group?

10     A      I'm not sure, but it was a lot of people.

11     Q      Okay.  There was a group consisting of a lot of

12  people that were being moved by police?

13     A      Yes, sir.

14     Q      And they were being moved up to some street that

15  you were not familiar with?

16     A      That's true.

17     Q      And while you were being moved to the right up

18  the street, to a street you were not familiar with, was

19  your mom then saying anything to the police that you

20  recall?

21     A      Well, at the time me and her was just following

22  directions, just listening to what the officers was

23  telling us to do, so we just continued to walk up the

24  street, but my mom, she kept on trying to talk to the

25  officers, telling them that we -- that we didn't belong to

1      A    Yes, sir, when I -- when I looked, I saw my

2    mother, she had got -- she had got slammed on the ground,

3    and it was a whole bunch of officers surrounding her, and

4    one of the officers was on top of her, and I heard her

5    saying, "You all choking me," and stuff like that, and I

6    was a little -- I was kind of upset, I wanted to fight

7    back, but I didn't, so I just listened, I followed

8    directions and kept moving so nothing would happen to me,

9    because I was scared at the time, and I didn't know what

10   the officers were going to do to me, even if I did did

11   something.

12      Q    Okay.  Getting back to the question I asked you

13   before, you watched the video; is that correct?

14      A    Yes, sir, I did.

15      Q    You had never seen it before?

16      A    No, I haven't.  The only video I saw was the one

17   on CNN when I saw myself inside the McDonald's when the

18   CNN reporter was recording inside of McDonald's and I was

19   in the background behind the officer.

20      Q    And, okay, getting back to the video.  You saw

21   that your mother was being escorted with two officers; is

22   that correct?

23      A    Yes, sir.

24      Q    Okay.  And you saw -- On the video you saw your

25   mother raised her leg, and that's when she went to the

```
1    ground?

2              MR. LATTIMER:  Objection.

3        A    No, sir.

4              MR. LATTIMER:  She did testify that that didn't

5    happen.

6        A    No, sir, that did not happen, I don't agree with

7    to that.

8        Q    (by Mr. Hughes)  I mean, you saw that on the

9    video?

10       A    No, I didn't, I didn't see that part.

11       Q    You didn't see that part where your mom was

12   walking and she kind of --

13             MR. LATTIMER:  Asked and answered.

14       Q    (by Mr. Hughes)  -- raises her right leg and --

15   her right leg and left leg and then she's down and then

16   the officer --

17       A    No, sir, I didn't see that, unless my eyes was

18   playing tricks on me, but I didn't see that.

19       Q    Now, did you hear what the officers were saying

20   to your mom before she was arrested?

21       A    The only part that I heard was that "You're

22   being arrested, you're being arrested," that's all I

23   heard.

24       Q    That's fine.  I'm here to discover what you saw

25   and what you heard.  So how far away were you from your
```

1     mom when you heard -- You said I only heard, "You're being

2     arrested, you're being arrested."  How far away were you

3     from your mom at that point?

4          A    I was about five feet away from her.

5          Q    Okay.  But before that, even though you're just

6     five feet away, you did not hear what the officer was

7     saying to your mom; is that correct?

8               MR. LATTIMER:  Objection, misstates the

9     testimony, he said he heard them say, "You're being

10    arrested."

11              MR. PLUNKERT:  Can we keep the objections brief?

12              MR. HUGHES:  Yeah, stop telling him -- giving

13    him -- telling him what to say.

14              MR. LATTIMER:  As soon as you start answering

15    proper questions, as soon as you stop -- as soon as you

16    stop taking this deposition in places that it shouldn't be

17    going, as soon as you stop wasting time, then we'll get to

18    that, but you're trying to trick somebody, you're asking

19    questions, he's answered the questions, and then you want

20    to play tricks, you want to play games, and you think I'm

21    going to let that happen, it's not.  Then you want me

22    to -- Then you want to tell me, well, make this type of

23    objection, make that type of objection.  Ask proper

24    questions.  Conduct the deposition properly.

25              MR. PLUNKERT:  This is discovery.

1     MR. LATTIMER:  Stop trying to put words in his

2     mouth, stop saying that you're doing a discovery

3     deposition when you're actually acting like you're at

4     trial.  Stop doing that.

5             MR. PLUNKERT:  This is disruptive at this point.

6             MR. HUGHES:  Yeah.

7             MR. LATTIMER:  I'm disruptive?

8             MR. PLUNKERT:  Yes, sir.

9             MR. LATTIMER:  Okay, right.  And so what's next?

10            MR. HUGHES:  I'm going to ask the court reporter

11     to read Mr. Davis's statement, the part where he -- you

12     know, a little while ago where he said --

13            MR. LATTIMER:  He heard him say "I'm arresting

14     you, you're arrested, you're arrested," that's what he

15     said.

16            MR. HUGHES:  -- when I asked a question did you

17     hear what the police said to your mom before she was

18     arrested.  Can you find that question?  When I asked that

19     question and what his answer was.

20            (Whereupon the following question and answer

21     were read by the court reporter:

22            QUESTION:  Now, did you hear what the officers

23     were saying to your mom before she was arrested?

24            ANSWER:  The only part that I heard was that

25     "You're being arrested, you're being arrested," that's all

1    Q    And you heard the answer -- And you heard her

2    read that your answer was "I only heard that you've been

3    arrested, you're being arrested;" is that correct?

4    A    Yes, sir, that's correct.

5    Q    So then, again, my question was, did you hear

6    what the police said before they arrested her, and so is

7    your answer no?

8    A    No.

9    Q    And so you were about five feet away from her,

10   but you just did not hear?

11   A    Yes, sir.

12   Q    Okay.  So were you just focused on something

13   else at the time?

14   A    No, at the time there was a lot of commotion and

15   other sounds in the background, so I couldn't hear what

16   they was saying to her.

17   Q    All right.

18   A    It was a lot going on at the time.

19   Q    Okay.  Let's -- Why don't you explain to me what

20   you meant when you said a lot was going on at the time,

21   there was a lot of commotion.

22   A    That means that there were -- there were a lot

23   of other people in the background like talking and

24   screaming and stuff in the background and other officers

25   in the back just telling us to keep moving forward.

1    Q    Okay.

2    A    But I had stopped, because an officer had locked

3    me up.

4    Q    Okay.  So let's -- You just said -- When I asked

5    you what you meant by a lot of commotion, a lot going on,

6    you just said there was a lot of people in the background

7    talking and screaming?

8    A    Yes, sir.

9    Q    So do you hear them -- what they were talking

10   about and what they were screaming about?

11        MR. LATTIMER:  Objection as to relevance and

12   materiality.

13   A    They was just saying that can we please go home.

14   Q    (by Mr. Hughes)  Were people making any threats

15   at the police officers?

16   A    I cannot recall.

17   Q    You just don't recall one way or the other?

18   A    Yeah.  Yes, sir.

19   Q    So after your mom -- After you heard your mom --

20   After you heard that "You're being arrested, you're being

21   arrested," did you observe an officer putting some cuffs

22   on your mom at that point?

23   A    Well, at that point, like I said, I seen some

24   officers surrounding my mother when she was on the ground.

25   Q    Well, allow me to repeat the question, and I

1      Q    All right.  So you just said when you looked

2   over there she was on the ground?

3      A    Yes, sir.

4      Q    So as I think that means, you did not see her go

5   down to the ground, it's just when you looked over there

6   she was already on the ground?

7      A    Yes, sir.

8      Q    Okay.  And so you don't know how it was that she

9   got on the ground?

10     A    No, sir.

11     Q    That's correct then, right?

12     A    Yeah.

13     Q    All right.  And so let me talk about there was

14  an officer that arrested you?

15     A    Yes, sir.

16    ·Q    Now, in the video that we were watching during

17  your mom's deposition, you walked by -- you walked past --

18  you were seen in the video carrying what looked like a

19  large soda and an iPad and maybe an ice cream, but you

20  were carrying that stuff; is that correct?

21     A    That's correct, I was holding that stuff, but --

22     Q    And so at this point you weren't handcuffed, at

23  that point?

24     A    Yes, sir, yeah, at that point I wasn't

25  handcuffed, but, like I said, that video that I saw was

1     A    No, he didn't say that, he said, "You coming

2  with us, too," and then he just grabbed me and turned me

3  around, and then like he shoved me and then he put some

4  plastic handcuffs behind me, and he was Caucasian.

5     Q    Do you remember before you were arrested an

6  officer told you you need to leave the area?

7     A    Can you say the question again?

8     Q    Do you remember before you were told you're

9  being -- you're under arrest, an officer or detective told

10  you you have to leave, you have to move on?

11     A    No, sir.

12     Q    Do you remember an African-American officer --

13  Well, do you remember having a discussion with an

14  African-American officer?

15     A    When?

16     Q    After your mom was being arrested.

17     A    No, sir.

18     Q    Do you remember saying, "Don't hurt my mom"?

19     A    Oh, yes, sir.

20     Q    And do you remember the officer said, "They're

21  not hurting her"?

22     A    Yes, sir.

23     Q    And do you remember that officer then told you

24  to leave the area?

25     A    No, sir, I don't remember that.

1    other officer?

2         A    Well, no -- Well, at that time, I was arrested

3    at that time.

4         Q    How is it that you know you were arrested?

5         A    Because I had plastic handcuffs behind my back.

6         Q    So you don't remember an officer saying, "You're

7    under arrest"?

8         A    Actually I do remember that.

9         Q    Okay.

10        A    But he didn't say it like that, he just said,

11   "Oh, you're coming with us, too," that's what he said, he

12   didn't say, "Oh, you're under arrest."

13        Q    Okay.  When the officer said, "You're coming

14   with us, too" --

15        A    Yes, sir.

16        Q    -- is it true that you just put your hands

17   behind your back and allowed them to cuff you?

18        A    Yes, sir.

19        Q    Okay.  So you didn't -- There wasn't any

20   resistance or --

21        A    Yes, sir.

22        Q    Is that correct?

23        A    Yeah, that's correct.

24        Q    There wasn't any force used?

25        A    Yes, sir.

1       Q    And at the time you were arrested, is it correct

2  that the rest of the crowd, other than you and your mom,

3  had moved on, had moved down?

4       A    Yes, sir.

5       Q    Okay.  So at the time that your mom was arrested

6  and you were arrested, the rest of the crowd was no longer

7  around, but it was just you and your mom there; is that

8  correct?

9       A    Yes, sir, that's correct.

10      Q    Okay.  And you mentioned that you were put

11  into -- I'm not going to use the term you used, but you

12  were put in a police wagon, why don't I use that term,

13  okay?

14      A    Yes, sir.

15      Q    Before you were put in a police wagon, were you

16  put in a car or you were taken directly to the police

17  wagon?

18      A    I was put in a car first.

19      Q    Okay.  And that was not the same car your mom

20  was put in; is that correct?

21      A    Yes, sir, that's correct.

22      Q    Okay.  And did you -- Was that car driven to the

23  police wagon?

24      A    I don't recall.

25      Q    Well, at some point you were transferred from