Joseph Patterson
October 2, 2015

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TRACEY WHITE, et al.,          )
                               )
        Plaintiffs,            )
                               )
   vs.                         )   Cause No. 14-cv-01490-HEA
                               )
THOMAS JACKSON, et al.,        )
                               )
        Defendants.            )

DEPOSITION OF JOSEPH PATTERSON

Taken on behalf of the Plaintiffs

October 2, 2015

Reported by: Christine A. LePage, CCR #1000

LePAGE REPORTING SERVICE
1465 Wilkesboro Drive

Dardenne Prairie, Missouri 63368

(314) 616-2113

EXHIBIT
County
Exhibit O

```
 1  14:23:25   by any citizen?
 2  14:23:25        A    Not that I'm aware of.
 3  14:23:27        Q    Have you ever been subjected to any discipline
 4  14:23:28   by the department?
 5  14:23:30        A    No, sir.
 6  14:23:30        Q    Ever had your police powers suspended or
 7  14:23:32   revoked?
 8  14:23:34        A    No, sir.
 9  14:23:38        Q    We are here today regarding Mr. Dwayne Matthews
10  14:23:43   and his arrest which occurred on August 13th of 2014.  Do
11  14:23:57   you recall that arrest?
12  14:23:58        A    Yes.  Yes, I do.
13  14:24:00        Q    Tell me what you recall about it.
14  14:24:02        A    On August 13th, 2014, I was assigned, along with
15  14:24:04   other members of the Bureau of Drug Enforcement, street
16  14:24:06   enforcement unit, to act as an arrest team for the bureau
17  14:24:10   of patrol support, tactical operations unit, our
18  14:24:13   assignment included assisting the bureau of tactical
19  14:24:17   operations to maintain crowd control and make arrests of
20  14:24:21   all violators.
21  14:24:25             At approximately 9 p.m. we were on the skirmish
22  14:24:25   line near West Florissant and Canfield when the crowd
23  14:24:30   became hostile, there was -- I believe there was reports
24  14:24:32   of gunfire, there was at least one Molotov cocktail that
25  14:24:34   was thrown and several rocks and bottles.  Commanders on
```

| | | |
|---|---|---|
| 1 | 14:24:38 | the scene declared it an unlawful assembly after |
| 2 | 14:24:40 | numerous -- I would say dozens of warnings, and ordered |
| 3 | 14:24:43 | the crowd to disperse heading northbound on West |
| 4 | 14:24:47 | Florissant, away from Canfield, heading in the direction |
| 5 | 14:24:49 | toward Chambers. |
| 6 | 14:24:51 | As we dispersed the crowd, the vast majority of |
| 7 | 14:24:57 | the people did leave, I would say that 90 percent plus of |
| 8 | 14:25:00 | the crowd did disperse and follow the orders, and after |
| 9 | 14:25:02 | dozens and dozens of warnings, people finally left on |
| 10 | 14:25:04 | their own.  There were still several individuals that |
| 11 | 14:25:08 | refused to leave, so that the line was actually brought |
| 12 | 14:25:10 | forward. |
| 13 | 14:25:10 | And I may be getting my directions wrong on West |
| 14 | 14:25:13 | Florissant.  When I'm saying north, I mean West Florissant |
| 15 | 14:25:15 | towards Chambers Road.  That road kind of curves and it |
| 16 | 14:25:21 | runs north/northwest probably more than anything, so if I |
| 17 | 14:25:23 | speak out of line, I apologize, when I'm saying north, I |
| 18 | 14:25:27 | mean toward Chambers Road. |
| 19 | 14:25:28 | So the crowd was asked to move toward Chambers |
| 20 | 14:25:30 | Road, and the skirmish line, as we call it, which was a |
| 21 | 14:25:34 | line of officers, at that time included probably 50 to 100 |
| 22 | 14:25:36 | uniformed police officers, some in tactical gear, some in |
| 23 | 14:25:40 | regular patrol uniforms, there was smoke and tear gas that |
| 24 | 14:25:43 | was deployed, so gas masks and helmets were worn, some |
| 25 | 14:25:45 | officers had shields, some didn't. |

| | | |
|---|---|---|
| 1 | 14:25:49 | We were stretched across West Florissant Avenue |
| 2 | 14:25:51 | from the private property fence line to the private |
| 3 | 14:25:57 | property fence line on both sides of the street, so |
| 4 | 14:25:58 | basically a human chain of police officers, and in the |
| 5 | 14:26:02 | interior of that human chain in the center there was two |
| 6 | 14:26:02 | armored vehicles that were equipped with loud speakers and |
| 7 | 14:26:06 | police lights.  Those police vehicles were continually |
| 8 | 14:26:08 | making announcements to disperse the crowd, move back, |
| 9 | 14:26:12 | move back, and as I said before, the vast majority of the |
| 10 | 14:26:13 | people did move back. |
| 11 | 14:26:15 | We took that line, that skirmish line of |
| 12 | 14:26:15 | officers, from West Florissant and Canfield and made our |
| 13 | 14:26:19 | way to Chambers Road to clear that intersection.  In the |
| 14 | 14:26:21 | process of doing so, near the intersection of West |
| 15 | 14:26:23 | Florissant and Highmont, we came across a subject that was |
| 16 | 14:26:27 | later identified as Dwayne Matthews, and that was my first |
| 17 | 14:26:28 | encounter with him. |
| 18 | 14:26:28 | Q    All right.  Was Mr. Matthews with anyone? |
| 19 | 14:26:30 | A    Mr. Matthews at the time of his arrest was |
| 20 | 14:26:32 | alone, but had came from the area that was deemed unlawful |
| 21 | 14:26:36 | assembly in a crowd full of people that were to our north, |
| 22 | 14:26:38 | and as I said, again, I may have my directions off, he was |
| 23 | 14:26:42 | coming from the area of Chambers Road. |
| 24 | 14:26:43 | Q    Had you seen him with any of the members of the |
| 25 | 14:26:45 | crowd? |

| | | | |
|---|---|---|---|
| 1 | 14:26:45 | A | I could see someone come from the crowd, but due |
| 2 | 14:26:47 | | to the tear gas and smoke, I could not tell you that I |
| 3 | 14:26:51 | | specifically saw him with a set number of individuals with |
| 4 | 14:26:57 | | him in his close personal space. I can tell you the area |
| 5 | 14:27:00 | | that he was occupying was deemed to be clear and he was |
| 6 | 14:27:04 | | not allowed to advance past our line of police due that |
| 7 | 14:27:06 | | the fact it was, number one, an unlawful assembly, number |
| 8 | 14:27:10 | | two, there was an active crime scene. |
| 9 | 14:27:12 | Q | **How can you assemble with yourself?** |
| 10 | 14:27:13 | A | Say again. |
| 11 | 14:27:15 | Q | **How can you assemble by yourself?** |
| 12 | 14:27:17 | A | I don't understand the question. |
| 13 | 14:27:19 | Q | **You said he was alone, right?** |
| 14 | 14:27:19 | A | Correct. He was alone at the time of his |
| 15 | 14:27:21 | | arrest, but he didn't appear from nowhere, so he obviously |
| 16 | 14:27:23 | | came from the crowd, he didn't manifest unless he's got |
| 17 | 14:27:27 | | supernatural abilities. |
| 18 | 14:27:27 | Q | **Well, you say he came from the crowd, you'd seen** |
| 19 | 14:27:28 | | **him with the crowd. He could have come from someplace** |
| 20 | 14:27:32 | | **other than with the crowd, right?** |
| 21 | 14:27:34 | | MR. HUGHES: Calls for speculation, conjecture. |
| 22 | 14:27:34 | A | I would have no idea to know that. |
| 23 | 14:27:38 | Q | **(by Mr. Lattimer) Right, that's what I'm** |
| 24 | 14:27:38 | | **saying, you don't know where he came from, you just know** |
| 25 | 14:27:40 | | **he came from the direction of the crowd, right?** |

| | | |
|---|---|---|
| 1 | 14:36:08 | officers in the area. |
| 2 | 14:36:08 | Q   So how do you know they were throwing things at |
| 3 | 14:36:10 | other police? |
| 4 | 14:36:12 | A   Because through the police radio we were getting |
| 5 | 14:36:12 | reports then at even West Florissant and Chambers at the |
| 6 | 14:36:15 | lot of the Mobil they were also experiencing a hostile |
| 7 | 14:36:17 | environment. |
| 8 | 14:36:19 | Q   So let's make it clear.  Did you see anybody |
| 9 | 14:36:21 | throwing anything at the police? |
| 10 | 14:36:21 | A   Yes. |
| 11 | 14:36:23 | Q   At the time that you encountered Mr. Matthews? |
| 12 | 14:36:23 | A   No, not at that exact moment, because, as I said |
| 13 | 14:36:27 | before, he was alone. |
| 14 | 14:36:28 | Q   And, in fact, did you see anybody doing anything |
| 15 | 14:36:30 | towards the police at the time that you encountered |
| 16 | 14:36:32 | Mr. Matthews? |
| 17 | 14:36:34 | A   Well, there was only -- the only other people |
| 18 | 14:36:36 | around besides Mr. Matthews was other police officers. |
| 19 | 14:36:40 | Q   Okay.  So Mr. Matthews wasn't throwing anything |
| 20 | 14:36:43 | at the police, right? |
| 21 | 14:36:45 | A   Not at the time of his arrest, no. |
| 22 | 14:36:45 | Q   At any time did you see him throwing anything at |
| 23 | 14:36:47 | the police? |
| 24 | 14:36:49 | A   No, because the first time I saw him was at the |
| 25 | 14:36:51 | time of his arrest. |

| | | |
|---|---|---|
| 1 | 14:36:51 | Q   And at that time he was not doing anything that |
| 2 | 14:36:57 | would be considered assaultive towards the police; is that |
| 3 | 14:36:58 | correct? |
| 4 | 14:37:00 | A   I would beg to differ.  When he was running at |
| 5 | 14:37:04 | us and he refused our orders to stop. |
| 6 | 14:37:04 | Q   That's assault? |
| 7 | 14:37:06 | A   I am assuming that an assault could be imminent, |
| 8 | 14:37:08 | and that's when we're going to start probably taking some |
| 9 | 14:37:10 | more actions. |
| 10 | 14:37:12 | Q   But that may be a basis for you to stop and |
| 11 | 14:37:13 | detain someone, but it is certainly not a basis for you to |
| 12 | 14:37:17 | arrest, is it? |
| 13 | 14:37:17 | A   I would say that combined with the fact that he |
| 14 | 14:37:21 | was present in an unlawful assembly is certainly a basis |
| 15 | 14:37:21 | for arrest. |
| 16 | 14:37:23 | Q   So there's probable cause for an assault because |
| 17 | 14:37:25 | someone is observed -- |
| 18 | 14:37:27 | A   No. |
| 19 | 14:37:27 | Q   Let me finish the question.  -- is observed |
| 20 | 14:37:28 | running towards the police? |
| 21 | 14:37:30 | A   I never said that there was a probable cause for |
| 22 | 14:37:32 | assault, he was never arrested for assault. |
| 23 | 14:37:34 | Q   I'm asking that.  When I asked you before you |
| 24 | 14:37:36 | told me you beg to differ because I said -- I asked you |
| 25 | 14:37:40 | was coming towards the police an assault, and you said you |

| | | | |
|---|---|---|---|
| 1 | 14:39:23 | A | Yes. |
| 2 | 14:39:24 | Q | **And at that point he did stop?** |
| 3 | 14:39:25 | A | He stopped only for a brief moment -- |
| 4 | 14:39:27 | Q | **I understand.** |
| 5 | 14:39:27 | A | -- and he continued going forward. |
| 6 | 14:39:28 | Q | **But you did say he stopped, right?** |
| 7 | 14:39:30 | A | For a brief moment. |
| 8 | 14:39:32 | Q | **Right. So brief, ten minutes, one second, you** |
| 9 | 14:39:34 | | **stop you stop, right?** |
| 10 | 14:39:36 | A | Yeah. |
| 11 | 14:39:36 | Q | **Okay. So he stopped at that point, right?** |
| 12 | 14:39:38 | A | For like -- only stopped probably because I |
| 13 | 14:39:40 | | guess he was -- I don't know -- My fear at the time of |
| 14 | 14:39:42 | | that case was that there was a lot going on, okay, and I |
| 15 | 14:39:45 | | realized that those loud speakers can be sort of difficult |
| 16 | 14:39:47 | | to hear at close distance because they're made to project |
| 17 | 14:39:51 | | over a long area. He had came so close to us that I was |
| 18 | 14:39:57 | | fearing that he was not hearing the loud speakers |
| 19 | 14:40:00 | | appropriately, because I had no idea why a person would |
| 20 | 14:40:04 | | act so unreasonably after hearing so many warnings from |
| 21 | 14:40:06 | | those loud speakers to come forward. |
| 22 | 14:40:06 | | So here's exactly what I decided in my mind at |
| 23 | 14:40:08 | | that time. Although that I was standing in a cloud of |
| 24 | 14:40:10 | | tear gas, which is very, very irritating if you've ever |
| 25 | 14:40:12 | | been exposed to it, there's tear gas and smoke in the area |

| | | | |
|---|---|---|---|
| 1 | 14:40:13 | | lingering, I removed my gas mask so that I could speak to |
| 2 | 14:40:17 | | him just in a more of a conversational tone, and I said, |
| 3 | 14:40:19 | | "This is the police, stop," you know. |
| 4 | 14:40:23 | Q | **And he stopped?** |
| 5 | 14:40:23 | A | For a brief moment, and then he said, "I'm |
| 6 | 14:40:25 | | coming through." |
| 7 | 14:40:27 | Q | **Uh-huh.** |
| 8 | 14:40:27 | A | And he continued forward.  And at that point, |
| 9 | 14:40:28 | | that is when Detective Jackson first -- |
| 10 | 14:40:32 | Q | **Shot him?** |
| 11 | 14:40:32 | A | -- shot at him with his less-lethal round. |
| 12 | 14:40:36 | Q | **Because he was going home?** |
| 13 | 14:40:38 | A | Because he refused all the warnings and then |
| 14 | 14:40:40 | | continued -- |
| 15 | 14:40:40 | Q | **To do what?** |
| 16 | 14:40:40 | A | To stop and disperse the area. |
| 17 | 14:40:42 | Q | **You have to help me on this.  You say he ignored** |
| 18 | 14:40:43 | | **the warnings to stop and then you say he stopped.  So** |
| 19 | 14:40:51 | | **didn't he comply at least --** |
| 20 | 14:40:58 | A | He complied -- |
| 21 | 14:40:58 | Q | **-- momentarily?** |
| 22 | 14:40:58 | A | Momentarily he did comply. |
| 23 | 14:41:00 | Q | **Okay.  And then he said he was going through?** |
| 24 | 14:41:02 | A | He said, "I'm coming through." |
| 25 | 14:41:04 | Q | **Okay.  And then he shot?** |

```
 1  14:50:32   don't know what to tell you.
 2  14:50:34       Q    What area was that that had no tear gas?
 3  14:50:36       A    The Chambers and West Florissant area, at that
 4  14:50:38   point, if he truly came from that area, there was nothing
 5  14:50:40   that had been launched that far back at that point.
 6  14:50:43       Q    How do you know?
 7  14:50:43       A    Because the SWAT team was with us, we were with
 8  14:50:45   them, they were the only ones launching gas.
 9  14:50:47       Q    How do you know?
10  14:50:49            MR. HUGHES:  How does he know, what, that the
11  14:50:49   SWAT team was with them?
12  14:50:51            MR. LATTIMER:  No, that there was no tear gas at
13  14:50:57   Chambers and West Florissant.
14  14:50:58            MR. HUGHES:  Do you want him to explain who
15  14:51:00   deployed tear gas?
16  14:51:02            MR. LATTIMER:  Yeah.
17  14:51:02       Q    (by Mr. Lattimer)  How do you know who deployed
18  14:51:02   tear gas?
19  14:51:04       A    Because I was standing right next to them.
20  14:51:06       Q    Those people deployed tear gas.  How do you know
21  14:51:08   other people didn't deploy tear gas?
22  14:51:08       A    Because they were the only people there to
23  14:51:10   deploy tear gas.
24  14:51:12       Q    So there was no other police officers, no other
25  14:51:13   police forces, nobody else who could have deployed tear
```

```
 1  14:53:17  that's one thing, you know, other officers may have
 2  14:53:21  testified to that, but I guess when you said are you the
 3  14:53:23  arresting officer, he said, I think, the effect that it
 4  14:53:28  would be on the booking sheet, if there is a booking
 5  14:53:30  sheet, so that's the confusion.
 6  14:53:32           MR. LATTIMER:  I'm not confused.
 7  14:53:34           MR. HUGHES:  Okay.
 8  14:53:34      Q    (by Mr. Lattimer)  All right.  So now that we
 9  14:53:40  got that, he's coming toward you and nobody else is, and
10  14:53:47  so he's shot because he didn't listen?
11  14:54:00      A    That's not true.
12  14:54:00      Q    Well, why was he shot?
13  14:54:02      A    He was shot because he continued his forward
14  14:54:04  advancement toward police officers after refusing dozens
15  14:54:06  upon dozens of warnings to it, and he continued that, so
16  14:54:08  at that point we don't have to wait to be assaulted to use
17  14:54:12  force.  So we have no idea what his intentions are,
18  14:54:13  especially after he proclaims to us that I'm coming
19  14:54:17  through, after he's been told numerous times that he will
20  14:54:17  not be allowed to lawfully come through, we only have that
21  14:54:23  time in the world that he is going to commit a crime and
22  14:54:25  he's going to do it through us, those are his words, he's
23  14:54:28  coming through, so at that point, fearing an assault was
24  14:54:30  imminent, that is when Detective Jackson first deployed
25  14:54:34  the less-lethal rounds.
```

| | | |
|---|---|---|
| 1 | 15:04:32 | the rest of us standing around. |
| 2 | 15:04:34 | Q   Okay.  And so he announces "Less lethal, less |
| 3 | 15:04:38 | lethal," and Mr. Matthews is still coming towards the |
| 4 | 15:04:40 | police with his left palm open and his right hand around |
| 5 | 15:04:47 | an object that you believe was a cell phone? |
| 6 | 15:04:49 | A   That I believe was a cell phone. |
| 7 | 15:04:51 | Q   Yeah, that you believe was a cell phone, and |
| 8 | 15:04:57 | that's when he shot? |
| 9 | 15:04:58 | A   Yes. |
| 10 | 15:04:58 | Q   And that's when he shot how many times, do you |
| 11 | 15:05:04 | recall? |
| 12 | 15:05:04 | A   I heard a series of three to five, but there was |
| 13 | 15:05:08 | a lot of -- there was a lot of yelling and stuff going on |
| 14 | 15:05:10 | at the same time, so I'd have to refer to the report for |
| 15 | 15:05:13 | the exact amount of shots, but at the time I heard what I |
| 16 | 15:05:15 | thought was three to five. |
| 17 | 15:05:15 | The problem with the shotguns, when you're |
| 18 | 15:05:19 | standing that close to them, there's a lot of noise with |
| 19 | 15:05:21 | the racking of the shotgun and then the discharge of the |
| 20 | 15:05:23 | round, and sometimes those are happening almost |
| 21 | 15:05:25 | simultaneously, so it's difficult to hear as opposed to a |
| 22 | 15:05:28 | pistol round where it's your singular pops, there's sort |
| 23 | 15:05:32 | of a compound sound profile of a shotgun with the racking |
| 24 | 15:05:34 | back, racking forward, and then the round going off, it's |
| 25 | 15:05:38 | a little more difficult to tell the distinctive shotgun |

| | | |
|---|---|---|
| 1 | 15:06:45 | where a baton strike -- you know, he was outside of |
| 2 | 15:06:49 | personal distance for a baton strike and he was outside of |
| 3 | 15:06:51 | distance for OC spray, it wouldn't have had any effect, so |
| 4 | 15:06:58 | other than that I had a big pistol, and obviously that was |
| 5 | 15:07:02 | not going to happen, that certainly was not the justified |
| 6 | 15:07:04 | use of force. |
| 7 | 15:07:04 | Q    Okay.  So what happened next? |
| 8 | 15:07:08 | A    After the rounds took, what I would say, taken |
| 9 | 15:07:10 | effect, I guess, is fair to say, you definitely see a |
| 10 | 15:07:12 | physical reaction from them, he fell or hobbled or |
| 11 | 15:07:15 | stumbled into -- off to his left-hand side, which would |
| 12 | 15:07:19 | have been our right side, over the -- next to the sidewalk |
| 13 | 15:07:21 | was sort of a culvert, probably had two to three feet of |
| 14 | 15:07:25 | water in it from recent rains, and he fell into that.  At |
| 15 | 15:07:28 | that point, that's when -- I guess it was Detective Bates |
| 16 | 15:07:30 | and Detective Vinson moved forward and tried to grab him |
| 17 | 15:07:34 | to pull him out of that culvert. |
| 18 | 15:07:36 | Q    **Did you go down into that -- I mean, you had the** |
| 19 | 15:07:43 | **street, the sidewalk, well, a grassy knoll then the** |
| 20 | 15:07:45 | **sidewalk, and then there was a bit of grass, and then this** |
| 21 | 15:07:49 | **culvert you're talking about sort of dropped down?** |
| 22 | 15:07:51 | A    It's a pretty steep drop, yeah. |
| 23 | 15:07:57 | Q    **Steep drop, okay.  Did you go down into that** |
| 24 | 15:07:58 | **area?** |
| 25 | 15:07:58 | A    I did not. |

Joseph Patterson
October 2, 2015

Page 52

| | | |
|---|---|---|
| 1 | 15:07:58 | Q   All right.  So you never went down near the |
| 2 | 15:08:00 | water? |
| 3 | 15:08:00 | A   I went right up to the edge, and then Detective |
| 4 | 15:08:04 | Vinson actually had to jump in to get him out.  And if you |
| 5 | 15:08:08 | can imagine, sort of Vinson's in the water trying to get |
| 6 | 15:08:10 | the gentleman to grab his hand, and Detective Bates is |
| 7 | 15:08:13 | basically pulling on Detective Vinson to pull both of them |
| 8 | 15:08:15 | out, because it was little bit of a -- it was a pretty |
| 9 | 15:08:19 | steep sort of slippery slope, I don't want to use a bad |
| 10 | 15:08:21 | term, but it was pretty steep, and if it's something that |
| 11 | 15:08:23 | you got into, you almost had to crawl out of it. |
| 12 | 15:08:27 | Q   All right.  And so anybody else go down there? |
| 13 | 15:08:30 | A   To my recollection it was only Detective Vinson |
| 14 | 15:08:32 | physically inside submerged in the water up to probably -- |
| 15 | 15:08:36 | almost nearly his gun belt trying to get the gentleman |
| 16 | 15:08:38 | out, and then Detective Bates was partially in grabbing at |
| 17 | 15:08:42 | Detective Vinson trying to pull him back up to the |
| 18 | 15:08:45 | sidewalk area. |
| 19 | 15:08:45 | Q   Okay.  So what happens next? |
| 20 | 15:08:45 | A   They finally were able, after a few seconds, to |
| 21 | 15:08:49 | pull him out and then he was put down to the ground, but |
| 22 | 15:08:51 | that's when -- once he got put down on the ground, he |
| 23 | 15:08:58 | started kind of thrashing and kicking about, and they were |
| 24 | 15:09:00 | having a difficult time, I mean, he's wet, they were wet |
| 25 | 15:09:04 | at this point, trying to get him to be secured, they were |

| | | |
|---|---|---|
| 1 | 15:09:06 | having a very difficult time securing his arms and legs, |
| 2 | 15:09:08 | they were just kind of moving about.  He was yelling at |
| 3 | 15:09:10 | that point. |
| 4 | 15:09:10 | So at that point we're saying, "Stop resisting, |
| 5 | 15:09:12 | stop resisting," he's been told he's under arrest, and I'm |
| 6 | 15:09:15 | watching those two guys struggle with him pretty good, and |
| 7 | 15:09:19 | everybody else that's standing around was carrying an |
| 8 | 15:09:21 | object, and those -- because Detective Vinson and |
| 9 | 15:09:23 | Detective Bates were in the designated what we call like |
| 10 | 15:09:25 | hands-on, so they were going to physically try and put the |
| 11 | 15:09:28 | handcuffs on him. |
| 12 | 15:09:28 | Detective Jackson, as you know, had a |
| 13 | 15:09:32 | less-lethal shotgun, our sergeant, I believe, was carrying |
| 14 | 15:09:34 | his rifle, so I was going to be -- I kind of looked around |
| 15 | 15:09:36 | and realized I was the only other person to kind of get in |
| 16 | 15:09:38 | to try and help get this under control. |
| 17 | 15:09:40 | So as Detective Vinson and Detective Bates were |
| 18 | 15:09:43 | attempting to control Mr. Matthews, he continued to thrash |
| 19 | 15:09:45 | about, I actually told him, "Stop resisting, we're going |
| 20 | 15:09:49 | to pepper spray you, stop resisting."  After a few more |
| 21 | 15:09:51 | moments, he continued thrashing about, and I retrieved my |
| 22 | 15:09:58 | department-issued oleoresin capsicum spray from my belt, |
| 23 | 15:10:04 | OC spray, it's just a standard personal use one, it wasn't |
| 24 | 15:10:06 | like a big fire extinguisher style or anything, just a |
| 25 | 15:10:08 | normal duty one, I pulled it from my gun belt, I gave him |

Joseph Patterson
October 2, 2015

Page 54

| | | |
|---|---|---|
| 1 | 15:10:11 | another warning, "Stop or you're going to get pepper |
| 2 | 15:10:12 | sprayed, stop, stop resisting," and he continued.  I gave |
| 3 | 15:10:15 | him a one-second burst just right above his eyebrows, and |
| 4 | 15:10:19 | then once that took effect, I would say a second, maybe no |
| 5 | 15:10:21 | longer than two, it was obvious that that started to hurt |
| 6 | 15:10:25 | him, and then that's when he literally just sort of, I |
| 7 | 15:10:27 | would say, gave up and they were able to put his hands |
| 8 | 15:10:30 | behind his back, and then that's when I guess the |
| 9 | 15:10:32 | beginning of the video that we have of his first encounter |
| 10 | 15:10:34 | with him begins. |
| 11 | 15:10:36 | **Q    Okay.  And at that point he's saying, "I was** |
| 12 | 15:10:38 | **just trying to go home"?** |
| 13 | 15:10:40 | A    Then he was sort of given like a -- yeah, he |
| 14 | 15:10:43 | started -- he went from being a little more aggressive and |
| 15 | 15:10:45 | certainly defensive resistant, and then he got -- I guess |
| 16 | 15:10:47 | with the pain of the OC spray and probably -- and I'm sure |
| 17 | 15:10:51 | it was an emotional thing for him to have to be arrested |
| 18 | 15:10:57 | and all this other stuff, he seemed to kind of soften up, |
| 19 | 15:10:58 | and that's when he tried to -- kept explaining himself, "I |
| 20 | 15:11:00 | was trying to do this, I'm just trying to do that." |
| 21 | 15:11:02 | And from that point on we immediately brought |
| 22 | 15:11:04 | him over to -- it was the two St. Charles County SWAT |
| 23 | 15:11:08 | officers, one which was an actual paramedic, they were |
| 24 | 15:11:12 | aware that the use of force was given, and so we thought |
| 25 | 15:11:13 | it was the most prudent thing to allow him to look at a |

Joseph Patterson
October 2, 2015

Page 55

| | | |
|---|---|---|
| 1 | 15:11:17 | paramedic before he went too far, so we handed him off to |
| 2 | 15:11:21 | those guys and we continued on.  But from the time he was |
| 3 | 15:11:23 | handcuffed to the time we gave him to the medic, he was |
| 4 | 15:11:25 | completely calm and cooperative, and I would say -- I |
| 5 | 15:11:27 | would almost say he was apologetic. |
| 6 | 15:11:28 | **Q   Did anybody ever try to ascertain where he** |
| 7 | 15:11:32 | **lived?** |
| 8 | 15:11:32 | A    No. |
| 9 | 15:11:36 | **Q   Did anybody have any conversation as to where he** |
| 10 | 15:11:40 | **was going?** |
| 11 | 15:11:40 | A    There was no time for conversation, that |
| 12 | 15:11:42 | happened pretty rapidly, the situation -- I mean, from the |
| 13 | 15:11:44 | time of contact when we first saw him till the time he was |
| 14 | 15:11:47 | in handcuffs was less than a minute, so you can imagine |
| 15 | 15:11:49 | the fluid situation of us trying to advance forward and |
| 16 | 15:11:51 | him coming at us, these things kind of went -- they went |
| 17 | 15:11:58 | quickly, so there wasn't much time for a sit down and |
| 18 | 15:12:00 | discuss, you know, where he actually lived or how would he |
| 19 | 15:12:04 | get there. |
| 20 | 15:12:04 | At that point with the crowd being the way that |
| 21 | 15:12:08 | it was and the external circumstances of the situation, no |
| 22 | 15:12:10 | one was allowed to be around there, so we were not |
| 23 | 15:12:13 | allowing anyone to come through, period.  Now, earlier in |
| 24 | 15:12:15 | the night when things were more calm and the area was |
| 25 | 15:12:19 | still blocked off, we were trying to accommodate people. |