IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ORIGINAL

TRACEY WHITE, et al.,          )
                               )
          Plaintiffs,          )
                               )
     vs.                       )     Cause No. 14-cv-01490-HEA
                               )
THOMAS JACKSON, et al.,        )
                               )
          Defendants.          )

DEPOSITION OF KAI BOWERS

Taken on behalf of the Defendants
BELMAR and ST. LOUIS COUNTY

February 5, 2016

Reported by:  Christine A. LePage, CCR #1000

LePAGE REPORTING SERVICE
1465 Wilkesboro Drive
Dardenne Prairie, Missouri 63368
(314) 616-2113

EXHIBIT

County
Exhibit T

1      A    No, ma'am.

2      Q    The incident that we're here to talk about

3  happened on August 12th or August 13, it was like -- you

4  know, kind of started on, I guess, on the 12th and it

5  went -- covered midnight and it went into the 13th of

6  2014; is that correct?

7      A    Yes, ma'am.

8      Q    Best of your memory?  So I wanted to know if you

9  had had any prior, meaning before that date, encounters

10  with police officers from any jurisdictions.

11         MR. GREENE:  I'll object to form.  What time

12  frame?

13         MS. GUNN:  Any time before August 12th.

14         MR. GREENE:  His whole life?  Since the age of

15  18?

16         MS. GUNN:  Correct.

17         MR. GREENE:  Which one?  Whole life or since the

18  age of 18?

19         MS. GUNN:  His whole life.

20      Q    (by Ms. Gunn)  Before August 12th, had you ever

21  had any encounters with police officers?

22      A    Yes.

23      Q    So tell me about the first one.

24      A    My first encounter with the police was probably

25  when I was 17, probably because -- so that would be --

1    main reasons for why we were out there is because my

2    cousin, Kerry, he's a photographer, and he was out there

3    taking pictures and doing a lot of recording and stuff

4    like that.

5              So when it first happened and the QuikTrip got

6    burned down and all that stuff, he started coming out

7    there and taking his pictures, it was a lot of people out

8    there protesting, so around the time where all the

9    protesting and all that stuff was going on, that's around

10   the time I started coming out there, because I was going

11   out there with him.

12        Q     (by Ms. Gunn)  With Kerry?

13        A     Yes.

14        Q     Did you go out there with anybody else besides

15   Kerry?

16        A     No.

17        Q     And Kerry took a lot of pictures on that day?

18        A     Yes.

19        Q     Were there a lot of different media, like

20   newspaper or TV?

21        A     Yes, it was a lot of different newspaper, TV,

22   and all of that out there.

23        Q     So there were a lot of people out there

24   taking --

25        A     Yes, there was a lot of different cameramen out

1    there taking pictures and stuff like that.

2         Q    And they were from all different kinds of

3    organizations taking pictures?

4         A    Yes.

5         Q    And there were a lot of individuals taking

6    pictures, too; is that right?

7         A    Yes.

8         Q    So did you have any problems with the police

9    when you were there on the day after the QuikTrip burned?

10        A    No.

11        Q    Did you have any personal encounters with the

12   police on that day?

13        A    No.

14        Q    Did you -- Were you protesting yourself?

15        A    Yes.

16        Q    Okay.  How did you protest, or what did you do

17   to protest?

18        A    It was people out there and they was walking

19   around passing little signs and stuff out for people to

20   hold, so I was holding a sign and doing stuff like that,

21   that's about it.

22        Q    What did the sign say?

23        A    The signs just said, "Hands Up, Don't Shoot,"

24   and stuff like that, different slogans that people had

25   came up with it.

```
 1        A     Yes.

 2        Q     How far did you live from that area?

 3        A     I stay probably about ten minutes from Ferguson.

 4        Q     And was Kerry White the only person who was with

 5   you that day?

 6        A     No, my brother was with me.

 7        Q     And how long was your brother with you?

 8        A     The whole time.

 9        Q     Oh, okay.  I was kind of confused, because I

10   thought before you said that you were only with Kerry, but

11   you were also with your brother?

12        A     Yes.

13        Q     Your brother Sandy?

14        A     Yes.

15        Q     Do you have any other brothers?

16        A     Yes.

17        Q     Who are your other brothers?

18        A     I got another brother named Byron.

19        Q     Well, then when was the next time that you

20   returned to the Ferguson area?

21        A     It would have had to been the next day.

22        Q     And that would have been the 12th, you think?

23        A     Yes, probably so.

24        Q     You think the 12th.  So what time did you get to

25   Ferguson on the 12th?
```

1     A     Around the same -- we probably got out there a

2     little later on the 12th probably.

3     Q     Like about what time?

4     A     Probably like around 5 or 6.

5     Q     Was it still light out?

6     A     Yes, it was still light out.

7     Q     And so where did you -- And who were you with

8     when you went back there on the 12th?

9     A     My cousin Kerry and my brother.

10    Q     So what did you do on the 12th?

11    A     The same routine, take pictures and stuff like

12    that.

13    Q     And where did you go?

14    A     On West Florissant, like -- we actually like --

15    when we go to West Florissant we'll be -- we'll just walk

16    around like where all the protesting is going on, take

17    pictures and stuff like that.

18    Q     Did you personally take any pictures?

19    A     No.

20    Q     Did you have a camera?

21    A     No.

22    Q     Did you have a cell phone?

23    A     Yes.

24    Q     Did you take any pictures with your cell phone?

25    A     No.

1       Q     So how long did you stay at the West Florissant

2    and in the Ferguson area on the 12th?

3       A     I can't recall like exactly like how long I

4    stayed out there.

5       Q     Did you stay until it got dark?

6       A     Yes.

7       Q     And then did you do any protesting on the

8    12th yourself?

9       A     Yes, every time I went out there I would join in

10   on the protesting, whether it's just telling people to

11   blow they horn or holding a sign or anything.

12      Q     And did you have any problems until it got dark?

13   Well, let me strike that.  Did you have any problems with

14   your protesting on the 12th?

15      A     No.

16      Q     Okay.  So you said -- Did you leave the West

17   Florissant or Ferguson area on the 12th?

18      A     Is the 12th the night I got arrested?

19      Q     Yes.

20      A     All right.  Well, that particular night, it was

21   like when the cars was leaving, like people weren't

22   actually done protesting, because like certain -- like

23   certain times they had just -- I don't know if they get

24   tired of being out there or whatever before they'll just

25   start tear-gassing, everybody it's time to leave, nobody

1    he did the deposition, I was locked up and I was talking

2    to him on the phone while I was locked up, and he was

3    telling me that he went and did the deposition, and I was

4    asking him like what type of stuff they asked you, and

5    he's like, oh, they asked me just like basically what was

6    going on and stuff like that.

7         Q    Anything else you remember him telling you?

8         A    No, he actually didn't tell me, then he just was

9    telling me basically what was asked.

10        Q    Have you talked to him since then about his

11   deposition?

12        A    No.

13        Q    How about Kerry, did you talk to him about his

14   deposition?

15        A    No.

16        Q    All right.  So if I understand correctly, that

17   you basically went to the West Florissant area on the

18   12th and were there, you know, from like late afternoon, I

19   assume; is that right?

20        A    Yes.

21        Q    Until you got arrested?

22        A    Yes.

23        Q    And you didn't leave the area at all?

24        A    Besides going to get something to eat, didn't

25   leave the area.

1       Q      So did Kerry drive you to the area?

2       A      Yes.

3       Q      What kind of car did he have?

4       A      An Impala.

5       Q      And what color was the Impala?

6       A      White.

7       Q      And you don't know the year of the car?

8       A      No.

9       Q      Were you -- Where did he park his car when you

10      were out walking around?

11      A      He parked his car at I think on the Red's

12      Barbecue lot.

13      Q      On Red's Barbecue?

14      A      Yes.

15      Q      And where had you parked the car the day before?

16      A      The same, around the same area.

17      Q      So you're out there.  Do you remember what time

18      you went to go get something to eat?

19      A      No, I don't remember the exact time, it was too

20      far away.

21      Q      Do you remember doing anything other than

22      walking around and getting something to eat on that day?

23      A      No.  No.

24      Q      And do you remember about, did I ask you this

25      already, what time you went to get something to eat?  I'm

1    don't want you to guess about anything, I mean, you know,

2    there's certain things that you can give your best

3    estimate about, but I just -- I want you to tell me what

4    you recall specifically and not to guess about, you know,

5    whether something happened, okay?

6         A    Okay.

7         Q    So do you remember specifically any tear gas

8    before you went to --

9         A    Yes.

10        Q    -- to the Rally's?

11        A    Yes.

12        Q    You do.  Do you remember any protester -- Strike

13   that.  Do you remember anybody throwing rocks?

14        A    No.

15        Q    Did you ever see anybody throw rocks at the

16   police?

17        A    No.

18        Q    Did you ever see anybody throw anything at the

19   police?

20        A    No.

21        Q    Did you ever hear any gunshots?

22        A    No.

23        Q    And how big a crowd was there on the 12th before

24   you left to go to --

25        A    It was a big crowd, I couldn't possibly estimate

1    that?

2         A    Like to where the police were throwing tear gas

3    and arresting people and stuff like that, because you see

4    on the news every night these many protesters got arrested

5    and all type of stuff.

6         Q    Okay.  So then at about 10 o'clock you left and

7    you went to Rally's; is that right?

8         A    Yes.

9         Q    In Kerry's car?

10        A    Yes.

11        Q    And where was the Rally's?

12        A    On Chambers.

13        Q    And so tell me the route that you took to get to

14   the Rally's.

15        A    The actually route, I don't know the exact route

16   that we took to get to the Rally's because it was so much

17   stuff blocked off and stuff like that, you would have had

18   to go around stuff to get to places you needed to go, so I

19   don't know exactly what route we took.

20        Q    What street was the Rally's on?

21        A    The Rally's was on Chambers and Halls Ferry.

22        Q    Chambers and Halls Ferry?

23        A    Yes.

24        Q    Did you go inside the Rally's?

25        A    No, you can't go inside Rally's.

1       Q     You ordered like drive-through?

2       A     Yes.

3       Q     Do you remember what you ordered?

4       A     No.

5       Q     Do you remember what you were wearing that

6  night?

7       A     No.

8       Q     Do you know what your brother was wearing?

9       A     No.

10      Q     How about Kerry, do you remember what he was

11  wearing?

12      A     No.

13      Q     Okay.  So when you got into Kerry's car, where

14  were you sitting?

15      A     In the front seat.

16      Q     And how about your brother?

17      A     In the back.

18      Q     Where in the back?

19      A     I think he would have had to been sitting behind

20  Kerry on the driver's side.

21      Q     And Kerry was driving; is that correct?

22      A     Yes.

23      Q     Okay.  So you get in the Rally's, and then what?

24      A     Got our food and we left, we ate and we left.

25      Q     And where did you go?

1     A     We went back to take pictures on West

2  Florissant.

3     Q     And why did you go back to take pictures?

4     A     Because Kerry, he's like -- that's what he do,

5  he take pictures, he always looking for that perfect shot.

6     Q     So tell me the route that you took from the

7  Rally's.

8     A     We went -- We went up Chambers, and while we was

9  going up Chambers you saw like that everybody that was

10 from West Florissant was coming up towards Chambers and

11 stuff like that, so we end up riding like down Chambers

12 and taking pictures and stuff.

13    Q     Okay.  And so your intent in going back to that

14 area was for Kerry to take more pictures; is that right?

15    A     Yes.

16    Q     And did you have any thought about how long you

17 were going to stay?

18    A     No.

19    Q     And, I mean, what was the plan exactly?

20    A     It wasn't actually a plan.

21    Q     I mean, had you thought about what you were

22 going to do?

23    A     No.

24    Q     Okay.  So you drive, I guess it would have been

25 west on Chambers, correct?

1     Q    When you were on West Florissant.

2     A    When I was on West Florissant, I'll probably say

3  it was probably like three or four out there.

4     Q    So between the time that you went to the

5  Rally's, and from the time that you were at the Rally's up

6  to the point in time that you got arrested, you didn't see

7  any other military vehicles; is that correct?

8     A    No.

9     Q    Is that correct?

10    A    Yes.

11    Q    Okay.  Did you hear any announcements over the

12  loud speaker when you were on Chambers?

13    A    Yes, telling people to disperse, that it was

14  time for people to leave West Florissant.

15    Q    And you heard that while you were by the liquor

16  store; is that right?

17    A    No, I heard -- When you asked me did I hear the

18  speaker, I heard that when I was on West Florissant.

19    Q    Before you went to the Rally's?

20    A    Yes.

21    Q    How about when you were on Chambers by the

22  liquor store, did you hear any announcements on the loud

23  speaker?

24    A    No, I didn't hear anything.

25    Q    How much time passed between when you heard the

1  announcement it's time to disperse and when you actually

2  went to the Rally's?

3      A    It would have had to been quick, because after

4  they got on the announcement and telling people it was

5  time to disperse, like some people didn't disperse right

6  away, so they instantly start tear-gassing and stuff like

7  that, so we instantly left.

8      Q    So you left when they started tear-gassing is

9  what you're saying?

10     A    Yes.

11     Q    And that's when you went to the Rally's?

12         MR. GREENE:  Object to form, that's not what he

13  said.  He said when they started to disperse we

14  immediately left because they started tear-gassing and

15  that's why they left.  We can read it back.  So I think --

16         MS. GUNN:  Okay, you're testifying.  The record

17  will speak for itself about what his testimony is.

18         MR. GREENE:  Well, then don't rephrase it,

19  because every time he says something you rephrase it.  So

20  if I'm testifying when I rephrase it, are you testifying

21  when you rephrase it?

22         MS. GUNN:  I'm trying to -- I'm asking the

23  question and I'm trying to understand what the testimony

24  is.

25         MR. GREENE:  And after he answers the questions

1    liquor store?  Why did you move from there?

2         A    Whatever street I was on is the same street I

3    got arrested on.

4         Q    Okay.  Well, we're --

5         A    Because the street I got arrested on is the

6    street I'm talking about by the liquor store, because when

7    I got arrested they took us off the street to the top of

8    the street and had us sit on the liquor store lot.

9         Q    Oh, okay.  So let me -- I'm just trying to

10   understand what you're saying.  So what you're saying is

11   that you're driving down Chambers, you get to the street

12   by the liquor store; is that right?

13        A    Uh-huh.

14        Q    And then you stop, right?

15        A    Yes.

16        Q    And then the liquor store is on the corner of

17   the street that you got arrested on?

18        A    Yes.

19        Q    Okay.  So what caused you to go down the street

20   that you got arrested on?

21        A    We was going down the street because we were

22   riding around taking pictures, and we were taking pictures

23   of people leaving, because people were still protesting

24   while they walking towards wherever they was going, like

25   where they was going towards their houses and stuff like

1      A      Military vehicles.

2      Q      So you're saying that a military vehicle was on

3  that street by the liquor store --

4      A      Yes.

5      Q      -- as you were going straight?

6      A      Yes.

7      Q      Were you -- Was the military vehicle on the

8  street before or after you turned onto that street?

9      A      The military vehicle came onto that street.  I

10  didn't actually see when it came on, all I know is we was

11  driving down that street and we couldn't drive no further

12  because the military vehicle came and blocked that street

13  off, and we tried to turn around and leave and go out the

14  way we came in, and one came and blocked the next way off

15  to where we couldn't go nowhere.

16      Q      Did you see any people on that street that you

17  got arrested on?

18      A      Yes, it was a few people walking down the street

19  or whatever, but when that happened, they took off

20  running.

21      Q      So how many people were walking down that

22  street?

23      A      I don't remember.

24      Q      Did you see any police officers on the street --

25  on West Chambers [sic] before you turned onto the street

1      A     No, I don't remember.

2      Q     Did you see any of those people turn onto the

3    street that you were on?

4      A     Yes, there was people on the street that I was

5    on.

6      Q     And can you give any estimate?

7      A     I don't remember.

8      Q     More or less than 20?

9      A     It probably was like around 20, 20, 30 people,

10   something like that.

11     Q     Twenty to 30 people.  How far down the street,

12   down that street that you got arrested on, was that

13   military vehicle when you first saw it?

14     A     It was like -- See, we was driving down the

15   street, and it's like a cross street that come by, and it

16   just came and blocked it off, and when it did, it

17   instantly shot some smoke, and we hurried up and tried to

18   turn around and go towards the other way and another

19   vehicle pulled up and did the same exact thing, so we had

20   to pull over.

21     Q     Okay.  We have sort of an aerial map of this,

22   it's been marked as Exhibit H in another deposition, I'm

23   just going to show it to you, see if this helps a little

24   bit maybe, and I'll just point out some landmarks to you

25   and you can tell me if this looks familiar.  So here's a

1    where you couldn't go down any farther, so you had to make

2    a U-turn to try to get back out of the street, and it was

3    another one came and blocked off the street down towards

4    this way, (indicating).

5        Q    So you're saying a military vehicle was about --

6    on the side street right here, it's called Kappel; do you

7    see that?

8        A    Yes, it would have been like right about here,

9    (indicating).

10       Q    So when you first saw the military vehicle, it

11   was on the corner of Lorna and Kappel?

12       A    Yes.

13       Q    Does that sound right to you?

14       A    Yes.

15       Q    And how far down Lorna were you when you first

16   saw the military vehicle?

17       A    I would have had to been like close like

18   somewhere down like towards here, (indicating,) because

19   like we were actually like -- when we was driving down the

20   street, it actually like it came and was in front of us

21   and shot us with smoke gas, then we turned around and

22   tried to go the other way towards the other street but we

23   couldn't.

24       Q    So you would have been a house or two away from

25   Kappel is what you're saying?

1      Q    He was -- I'm sorry?

2      A    He wasn't driving out of control or anything.

3      Q    Okay.  So he turns around, and, I'm sorry, did

4 you tell me whether you knew whether he had his headlights

5 on or not?

6      A    I told you I didn't remember.

7      Q    Okay.  I'm sorry, I'm not trying to get you to

8 repeat it, I just forgot what you said.  All right.  So

9 you don't remember.  And then he turns around, and then

10 what happened?

11     A    Once he turned around, another military vehicle

12 pulled up and shot gas out and they start walking towards

13 the vehicle.  So we pulled over, he was hanging out the

14 window, showing them his camera, saying that he don't have

15 any weapons, he just taking pictures and stuff like that.

16         And I was sitting in the passenger seat, and the

17 police came from both directions, from behind us and in

18 front of us with their weapons drawn and telling us to get

19 out the car.  So I tried to unlock my door to get out the

20 car, but when I reached to unlock my door, he -- "Put your

21 hands in the air," like telling me to put my hands up and

22 stuff like that.

23     Q    Okay.  Let me stop you here, we'll get to that

24 in a minute.

25     A    Okay.

1      Q     Did you smell anything coming from the second --

2      A     Yeah, smoke.

3      Q     Did it smell like anything else other than

4  smoke?

5      A     I can't recall.  I just remember smelling smoke

6  and seeing smoke.

7      Q     And you had mentioned earlier that you saw maybe

8  20 to 30 people in your best estimate that were on foot

9  coming down that street; is that right?

10     A     Yes.

11     Q     That were not police officers, right?

12     A     No.

13     Q     Were those people in between the military

14  vehicle and your car?

15     A     Around the time when the smoke and stuff got

16  shot off, I don't know what happened to them people.  Them

17  people, like they all scattered different ways and stuff

18  and started running to their houses and stuff.

19     Q     Did you see those people actually turn from

20  Chambers onto that street?

21     A     No.

22     Q     Do you know where they came from?

23     A     No.

24     Q     And do you know how they got on that street?

25     A     I guess like some of the people were walking

1    a heavy assault rifle?

2        A    Yes.

3        Q    And you said six to eight?

4        A    Yes.

5        Q    Is that right?

6        A    Yes.

7        Q    Okay.  So tell me what happened next.

8        A    Well, after that, they came to the car with

9    their weapons drawn and stuff like that, they told us get

10   out the car and stuff like that, but as we was trying to

11   reach, like I was reaching trying to unlock my door, he

12   stopped me in the middle of that, told me to put my hands

13   back up, he'll start shooting and stuff like that, so

14   after that, then I end up unlocking the door, they grabbed

15   me out the car, put me down to the ground, put his knee

16   in --

17       Q    Let me stop you again, all right, we'll get back

18   through there.  Do you remember anybody shouting, "Stop,

19   stop," or, you know, some kind of command from the police

20   to stop the car?

21       A    No.

22       Q    Did you hear any of the police officers say

23   anything to you before any of them actually came up to the

24   car?

25       A    No.

1     A     Yes.

2     Q     Above you?

3     A     Yes.

4     Q     And do you know whether the helicopter shined a

5     spotlight on you?

6     A     Like after I got pulled out the car, I wouldn't

7     have been able to see it because my face was in the

8     ground, so I wouldn't been able to see if the helicopter

9     was shining a light towards my direction.

10    Q     So you don't know one way or another?

11    A     No.

12    Q     So who came over to your side?

13    A     The police.

14    Q     And how many?

15    A     I don't remember.

16    Q     Do you remember what they looked like?

17    A     No.

18    Q     Do you know what their races were?

19    A     It was like -- it wasn't just like one race of

20    police officer, it was African-American, Caucasian, stuff

21    like that.

22    Q     Any other races?

23    A     I didn't see any other races.

24    Q     Were you able to tell that there was at least

25    one African-American and there was at least one Caucasian

1    there?

2         A    Yes.

3         Q    I mean, you were able to tell the races of the

4    police officers; is that right?

5         A    Yes.

6         Q    Okay.  So who came to you first, was it a

7    Caucasian officer?

8         A    Caucasian officer.

9         Q    Do you know what color hair he had?

10        A    No.

11        Q    So what did he do?

12        A    He had his weapon drawn and telling me to put my

13   hands up and stuff like that.

14        Q    And then what happened?

15        A    Once the door got unlocked, they snatched the

16   door open and dragged me out of the car, put me on the

17   ground, put his knee in the back of my head and held me

18   down with force.

19        Q    What was the race of that officer?

20        A    White officer, Caucasian.

21        Q    Did he hurt you?

22        A    I didn't have to go to the hospital -- I didn't

23   actually go to the hospital, but I felt like I was hurt.

24        Q    What do you mean you felt like you were hurt?

25        A    Because like my back and stuff like that hurt

1   and the back of my neck from having a person that weigh a

2   lot with his knee in the back of my neck and shoulder

3   area.

4        Q    Do you know how much that officer weighed?

5        A    No.

6        Q    Do you know how tall he was?

7        A    No.

8        Q    Was it just one officer that was holding you

9   down?

10       A    No, it was several, it was several officers over

11  there had their weapons still pointed at me and stuff like

12  that.

13       Q    Was there just one officer that was holding you

14  down?

15       A    Yes.

16       Q    And that was the officer who pulled you out of

17  the car?

18       A    Yes.

19       Q    So how did you end up on the ground, how did

20  that happen?

21       A    When I got snatched out of the car, I was

22  instantly taken to the ground by force, and that's when he

23  put his knee on the back of my neck.

24       Q    And you said that what hurt you was having his

25  knee on you; is that right?

1        A    Yes.

2        Q    It wasn't him taking you to the ground that

3    hurt, it was him holding you down?

4        A    It was him actually sitting, like basically

5    putting all of his weight on the back of my neck and

6    shoulder area.

7        Q    Do you know what kind of handcuffs were used?

8        A    Zip ties.

9        Q    How do you know that?

10       A    Because I remember.

11       Q    Did you have any conversation with that officer?

12       A    No.

13       Q    He didn't say anything to you?

14       A    No, it was basically -- he didn't actually say

15   anything to me, he just was holding me down with his knee

16   in the back of my neck and my face in the ground.

17       Q    And how long did he hold you down?

18       A    I would say probably for at least three to four

19   minutes anyway.

20       Q    Did you see what happened to Kerry?

21       A    No.

22       Q    How about to your brother?

23       A    No, because I was on the whole other side of the

24   vehicle, I couldn't see what was going on over there.

25       Q    So Kerry was on the side of the car that --

1     A    Like besides hearing them, you know what I'm

2  saying, yelling and stuff like that, saying what they were

3  saying, I didn't actually hear the officers, what the

4  officers were saying to them.

5     Q    So you're saying officers were yelling or your

6  brother and Kerry?

7     A    My brother and Kerry were like yelling like stop

8  and stuff like that, telling them like, you know what I'm

9  saying, we ain't doing nothing, we just out here taking

10  pictures and stuff like that.

11     Q    So what did you hear Kerry yell?

12     A    I just heard Kerry yelling like, you know what

13  I'm saying, he ain't doing nothing but just taking

14  pictures and stuff like that, because they was trying to

15  take his camera, and he thought that they was going to

16  break his camera and stuff like that, so he was like, oh,

17  man, don't break my camera, you know what I'm saying, just

18  put my stuff in my car, you know what I'm saying, we ain't

19  got no warrants, y'all can run our name and all that

20  stuff, that's all I was saying.

21     Q    Is there anything else that you heard Kerry say?

22     A    No.

23     Q    Is there anything that you heard your brother

24  say?

25     A    No.  I just heard my brother yelling about them

1    I don't know like what actually -- like if it broke

2    anything or anything like that, I don't know.

3         Q    You saw an officer drop the camera?

4         A    Yes.

5         Q    What officer was that?

6         A    I don't -- I don't know none of these officers

7    name.

8         Q    Was he white or black?

9         A    Caucasian officer.

10        Q    And how did he drop it?

11        A    I don't know exactly how he dropped it, it's

12   just like the camera fell somehow, and then that's when

13   Kerry was like, "Oh, man, you trying to break my camera,"

14   and then they picked it up, and that's when they started

15   walking -- because they really like -- they walked us to

16   the end of the street, they all put us down, they came

17   back, they end up driving Kerry car, taking it somewhere

18   and all that.

19        Q    So you saw an officer pick the camera up?

20        A    Yes.

21        Q    Did you see what the officer did with the

22   camera?

23        A    He put the camera back in the vehicle and he

24   drove off in the vehicle.

25        Q    Did you see an officer actually break Sandy's

1     Q     -- as you were arrested?

2     A     No.

3     Q     Do you know whether any officers used profanity?

4     A     I don't remember.

5     Q     Did you use any profanity?

6     A     No.

7     Q     How about Sandy?

8     A     I don't remember.

9     Q     How about Kerry?

10    A     I don't remember.

11    Q     You don't know?

12    A     No, I don't think any of them used profanity.

13    Q     So you said you were on the ground three to four

14   minutes; is that what you said?

15    A     Yes.

16    Q     Is that right?

17    A     Yes.

18    Q     And then what happened?

19    A     And then they zip-tied us all and they walked us

20   down, set us all on the curve right here by the -- at this

21   thing right next door to the liquor store, we was all

22   sitting on like this lot, (indicating).

23    Q     Did anybody say to you, "Didn't you hear" -- or

24   something to this effect, "Didn't you hear us tell you to

25   stop the car?"

1      A    No.

2      Q    So you said the paddy wagon came along?

3      A    Yes.

4      Q    And what happened next?

5      A    We were transported to St. Louis County.

6      Q    Who transported you?

7      A    The transporter that was driving the vehicle.

8      Q    How many police officers were -- or law

9   enforcement officers were in the paddy wagon?

10     A    When you ride in a paddy wagon, there's only one

11  officer that transports you.

12     Q    Were you asked any questions, like, you know,

13  for your ID or for pedigree information or anything?

14     A    No, they didn't ask me none of that type of

15  stuff.

16     Q    Did you have any ID on you at the time?

17     A    Whether I had an ID or not, I don't know.

18     Q    So you were taken to Clayton jail; is that

19  right?

20     A    Yes.

21     Q    And what happened when you got to the jail?

22     A    Once I got to Clayton, that's when I was asked

23  for my information and stuff like that and I was booked

24  and released.

25     Q    How long did it take for you to be processed at

| | |
|---|---|
| 1 | CONTINUED CROSS-EXAMINATION |
| 2 | QUESTIONS BY MR. PLUNKERT: |
| 3 | Q It's taking too slow, so I'll just do it with |
| 4 | words. You said it's near -- Ray's Barbecue is near the |
| 5 | McDonald's, correct? |
| 6 | A Yes. |
| 7 | Q Okay. And was the car parked in that parking |
| 8 | lot? |
| 9 | A Yes. |
| 10 | Q Okay. And you were able to get into your car |
| 11 | and leave, correct? |
| 12 | A Yes. |
| 13 | Q Did you try to videotape? |
| 14 | A I don't remember. |
| 15 | Q Do you remember, Kerry had his video, his |
| 16 | camcorder with him? |
| 17 | A Yes, because that was our main reason from |
| 18 | coming out to West Florissant to get footage and stuff |
| 19 | like that, so he had his camera with him. |
| 20 | Q Okay. And he took footage, right? |
| 21 | A Yes. |
| 22 | Q Okay. And did he take photos? |
| 23 | A Yes, he took photos. |
| 24 | Q Okay. Have you provided those videos or those |
| 25 | photos to your attorneys? |