IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRACEY WHITE, et al. | ) |
| Plaintiffs | ) |
| v. | ) Cause No. 14-cv-01490 - HEA |
| THOMAS JACKSON, et al. | ) |
| Defendants. | ) |

### AFFIDAVIT OF MICHAEL McCANN

Comes now Sgt. Michael McCann, on his personal knowledge, on his oath, states as follows:

1. I am employed by the St. Louis County police department. I presently have the rank of sergeant but on August 12th-13th I was a police officer.

2. On August 12th, 2014 I was with the Neighborhood Enforcement team of the St. Louis County police department. On that date, near midnight, we were assigned to assist near West Florissant and Chambers Road.

3. We assisted with a police line. After midnight, the police line reached Chambers Road and Lorna Lane. Some of the crowd moved south on Lorna Lane. The police line also moved onto Lorna Lane.

4. I recall that I was on the left side of Lorna Lane and also Officers Valentine and Hill were also on the left side. Many warnings were given by tactical operations to the crowd to disperse, and tactical operations had also deployed tear gas.

1



EXHIBIT
County
Exhibit U

5. Sounds of gunfire could be heard. In addition, as I recall, there was report of an officer involved shooting, which made my heart sink with worry because earlier on West Florissant, I had heard threats from the crowd to kill police.

6. A radio transmission came from a helicopter that there was a white vehicle heading toward the police line on Lorna Ave. After that I actually observed the car driving on Lorna Ave. toward the skirmish line. I observed that the headlights of the car were not on.

7. I removed my gas mask and yelled out "Stop" towards the car. I repeated this over and over. Finally the car stopped very near to the police line. Before the car stopped, I had removed my department issued weapon.

8. I then yelled out, and other officers yelled out to the occupants to show us your hands. The occupants did. I observed that the driver had a black object in his hand. I yelled out for him to drop it. He did drop it.

9. As I approached the vehicle, there were several other officers nearby including at least two sergeants.

10. We removed the driver from the car, and he was taken to the ground. The way that we removed him from the ground was more of a motion thing, there was very little force used. The same can be said with the way that he was taken to the ground. Once on the ground, a pat down search occurred. I no longer recall who said it, but at the time one of the officers said to me, "Wow, Mike, that was a calm takedown."

11. I asked Kerry White why he was driving on Lorna Lane during a riot, and whether he had heard the commands to stop. He replied that he wanted to see the riot and admitted to hearing the commands to stop. I told him to stop speaking any further

about it and told him that he would be placed under arrest.  I believed in good faith that there was probable cause to have him arrested.

12. I tried to be polite in my encounter with Kerry White.  I believe that I was polite and professional with him.

13. I observed that there were items in his vehicle that could be and likely would be stolen if the car were left on the street unattended.  This was discussed with Sgt. Mundy who made the decision to allow the car to be driven to the command post, because the tow truck would not come to this street for safety concerns.

_____
Michael McCann

Subscribed and sworn to before me this _____11th_____ of May, 2016

_____
Notary Public

My Commission Expires: 4-15-2017

ROBERT E. FOX, JR.
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: April 15, 2017
Commission # 13691757