IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRACEY WHITE, et al. )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>THOMAS JACKSON, et al. )<br>)<br>Defendants. ) | Cause No. 14-cv-01490 - HEA |

## AFFIDAVIT OF TERENCE McCOY

Comes now Terence McCoy on his personal knowledge, on his oath, states as follows:

1. I am a St. Louis County police officer.

2. On August 12th - 13th, 2014 I was a member of the Neighborhood Enforcement team of the St. Louis County police department.

3. On the night of August 12th, continuing past midnight to August 13th, 2014, our unit was deployed to West Florissant to assist. I was assigned to be part of a skirmish line, and I observed objects being thrown at the police, I heard gunshots that seemed to be coming in the area of the corner West Florissant and Chambers Road, and I also heard gunshots that seemed to be coming further east on Chambers Road, and I heard threats from the crowd directed at the police. I also heard several loud warnings on loud speakers instructing the crowd to disperse. I observed smoke. The crowd began to disperse, and the police line moved east.

4. When the police line reached Chambers Road and Lorna Lane, some of the crowd moved south on Lorna Lane. Many officers on the skirmish line, including me, also moved south on Lorna Lane.


EXHIBIT
County Exhibit W

5. As our line was moving on Lorna Lane, there were members of the crowd who were dispersing. I saw people running through yards and running away from the police line, but then I heard a report from a helicopter saying that a car was driving on Lorna Lane toward the police, after which I observed an automobile driving towards the police line without lights on.

6. I heard officers around me yelling for the car to stop, but this car continued to drive towards the police line. I pulled out my weapon because of what seemed to be a danger.

7. The reason that I thought this could be a danger was not only because the car was driving toward us, but I had earlier heard gunshots. So I did not know if this car had been involved in a shooting or not, but it was a concern of mine.

8. The car put on its brakes and stopped close to the police. I along with other officers yelled at the occupants to show their hands. They did show their hands.

9. I approached the vehicle along with other officers. There were at least one or two sergeants nearby. The sergeants would have been watching us and would be the ones who asked for a conveyance van.

10. I approached a passenger, I grabbed his arms but otherwise did not use any force. I did not put him on the ground.

11. I heard Officer Valentine ask a passenger if he heard the orders to disperse and to stop; I overheard the passenger say yes but that the driver had kept driving.

12. I observed what appeared to be expensive equipment inside the car. Several of us were involved in a discussion of whether the car should be left on this street

unattended or not. My permanent beat had once been this area. It was my thought, and others agreed, that it would be dangerous to leave the car there unattended.

_____
Terence McCoy

Subscribed and sworn to before me this ____11th____ of May, 2016

_____
Notary Public

My Commission Expires:

July 26, 2019

> SHARON A. McBAIN
> Notary Public - Notary Seal
> STATE OF MISSOURI
> St. Louis County
> My Commission Expires: July 26, 2019
> Commission # 15218710

3