IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


TRACEY WHITE, et al.,            )
                                 )
            Plaintiffs,          )
                                 )
      vs.                        )       Cause No. 14-cv-01490-HEA
                                 )
THOMAS JACKSON, et al.,          )
                                 )
            Defendants.          )


DEPOSITION OF ANTONIO VALENTINE

Taken on behalf of the Plaintiffs

October 29, 2015


Reported by:  Christine A. LePage, CCR #1000

LePAGE REPORTING SERVICE
1465 Wilkesboro Drive
Dardenne Prairie, Missouri 63368

(314) 616-2113



1                               -oOo-

2                        ANTONIO VALENTINE,

3     of lawful age, having been first duly sworn to testify the

4     truth, the whole truth, and nothing but the truth, deposes

5     and says on behalf of the Plaintiffs as follows:

6                          DIRECT EXAMINATION

7     QUESTIONS BY MR. SHABAZZ:

8          Q     Okay.  Please state your name for the record.

9          A     Antonio Valentine.

10         Q     And how are you employed?

11         A     I'm currently a detective with the St. Louis

12    County police department.

13         Q     Okay.  How long have you been a detective?

14         A     About two months now.

15         Q     Two months.  And prior to that?

16         A     I was a member of the Neighborhood Enforcement

17    Team.

18         Q     Neighborhood Enforcement Team.  What were your

19    duties there?

20         A     Basically we were utilized inside the precinct

21    as a supplemental patrol element to assist with various

22    concerns as far as crime in the -- throughout St. Louis

23    County, all communities.

24         Q     How long did you serve in that position?

25         A     Two and a half years.

1     just my regular duty uniform?

2          Q     Riot gear, riot shield, riot helmet, gas mask.

3          A     No.  No.

4          Q     So that was the 10th.  What about August 11th,

5     that Monday?

6          A     That Monday?

7          Q     Did you come on duty?

8          A     Yes, I did.

9          Q     Do you remember what time roughly?

10         A     We were told to come in about 4 p.m.

11         Q     About 4 p.m.  Okay.  And did you get briefed

12    when you came on duty?

13         A     Yes, I did.

14         Q     Okay.  What did the briefing consist of?

15         A     The briefing consisted of the same as the day

16    before, we had certain intersections that they wanted us

17    to be at and to actually form the skirmish lines, from

18    there basically like an interaction with the crowd, not to

19    engage them as far as some of the banter that we received

20    from them the day prior.

21         Q     Meaning that don't answer them?  When you say

22    banter, what do you mean?

23         A     Like a response, because some of the name

24    calling, the individuals pointing us out, me being an

25    African-American officer, I wasn't taking -- I was

1   basically called out, called various things like Uncle

2   Tom, sellout, why you over there, brother, you need to be

3   with us, so -- and it just wasn't me, because we have

4   female officers that was on the line, and basically to --

5   basically to basically get our bearing so that it would

6   not escalate the crowd or incite them any more than what

7   they were already.

8       Q    Now, was this briefing just towards the

9   African-American officers or all officers?

10      A    All officers.

11      Q    And would you say that this briefing was in

12  response to what had been occurring on the 10th in terms

13  of briefing you about the names that were being called and

14  so forth?

15           MR. HUGHES:  You can answer, but I might just

16  object to the question as just calls for speculation.  But

17  you can answer.

18      Q    (by Mr. Shabazz)  When they were telling you

19  about -- When you said that you were being called an Uncle

20  Tom and a sellout, was this something you heard with your

21  own ears?

22      A    Yes.

23      Q    On the 9th?

24      A    No, not the 9th.  You said the 10th.

25      Q    On the 10th?

1     A     Yes.

2     Q     Once you went out there, you heard all that?

3     A     Yes, I did.

4     Q     And prior to that your superiors had told you

5   basically don't respond to that?

6     A     On the 10th, no, they did not, because they, I

7   guess, were not aware of it.  You were actually speaking

8   about the 11th, and that's when they told us, because a

9   lot of officers, we went back and we voiced our concern.

10     Q     But, now, when those names that you were being

11   called, what kind of affect did that have on you?

12     A     Little to none, sir.

13     Q     It had no affect on you?

14     A     At that time, I'm letting individuals voice

15   their opinion.

16     Q     How many black officers was in those briefings

17   roughly, from what you remember?

18     A     I could just be accountable for me and the

19   fellow officer that was in my unit.  I didn't go around

20   and just, say, embrace hands or anything, sir, so I

21   couldn't give you a number.

22     Q     How many total in your unit?

23     A     Two.

24     Q     And how many total officers in your unit?

25     A     Six.

1      Q     Six, okay.  Okay.  So that was the 11th, that

2    was a Monday.  Did you participate in any crowd dispersal

3    on that 11th?

4      A     I really don't recall us actually dispersing

5    crowds on the 11th.

6      Q     Did you make any arrests on that Monday?

7      A     I don't recall any arrests that Monday.

8      Q     Okay.  What about Tuesday?

9      A     Tuesday.  No arrests that I know of.

10     Q     What about this crowd dispersal on Tuesday?

11     A     Yes, the crowds were dispersed on Tuesday, I

12   remember us actually going further north on West

13   Florissant toward Canfield and toward Northwinds.

14     Q     Okay.  You came -- What time did you come on

15   duty the 12th, Tuesday?

16     A     About 4, 4 p.m.

17     Q     4 p.m.  What kind of -- Okay, again, tell me

18   about your day that day, the 12th.

19     A     The 12th?  I arrived at the Buzz Westfall

20   Center, reported in, let my sergeant know I was there, and

21   then we had another briefing like the day before.

22     Q     Uh-huh.  What was said at that briefing on the

23   12th?

24     A     Roughly the same things about the interaction

25   with the crowds, we need to relay information back to our

1   supervisors so they can relay that back to our higher-ups

2   so they can get a -- to be aware of what actually was

3   going on.

4        Q    Okay.  Did they give you any -- I know you've

5   said that they talked to you about going back and forth

6   verbally with the crowd.  What about dispersal, did they

7   tell you -- did they instruct you when it was -- Did

8   they -- Strike that.  Did you receive any briefing on when

9   and to disperse persons?

10       A    That directive will come from basically my chain

11   of command.

12       Q    So that you would hear it in the field, is that

13   what you're saying, you would get that order in the field?

14       A    Yes.

15       Q    When it was time to disperse?

16       A    Yes.

17       Q    And did you get that order on the 12th?

18       A    Yes.

19       Q    More than one time?  Did you have to disperse

20   crowds on the 12th?

21       A    I'd say we -- As we further moved north on West

22   Florissant, yes.

23       Q    Okay.  And when -- What was the cause of the

24   dispersals?

25       A    Individuals were throwing rocks at us, liquor

1    bottles, like glass bottles, and they were breaking, some

2    of them didn't actually -- because I guess the distance,

3    they were like breaking and hitting the ground, some of

4    them hit the crowd, our crowd, as a police skirmish line,

5    rocks were thrown, batteries, water bottles, they started

6    to like actually turn in some of the businesses, the

7    surrounding businesses along West Florissant.

8         Q    This was in the 12th, on the 12th?

9         A    Yes.

10        Q    In the daytime?

11        A    No, I told you I showed up in that afternoon.

12        Q    You showed up at 4.  About what time did you say

13   that these acts of breaking things and throwing things,

14   about what time would that have occurred?

15        A    Roughly about 6 or 7 p.m.

16        Q    Six or 7 p.m.  And it was still daylight out; is

17   that right?

18        A    No, I'd say it was pretty dusk, it was getting

19   dark.

20        Q    It was in August, it may still be light.  It was

21   August, right?

22        A    Yes, it was August.

23        Q    So it wasn't -- sometime around dusk?

24        A    Uh-huh.

25        Q    And you say that things were being thrown at

1    that time?

2         A    Yes.

3         Q    Now, is it also true that on August the

4    12th that crowds were being dispersed that were not

5    engaging in any form of violence?

6         A    You're asking me is that true?

7         Q    Yeah, is that true that on West Florissant that

8    crowds were being dispersed and they weren't engaging in

9    any violence at all?

10        A    The crowds were mixed.  So you had individuals

11   that were actually protesting, holding signs, at the same

12   time they were confronting officers, coming up to the

13   skirmish line, and mixed in with them were individuals

14   that were actually throwing at us also, throwing various

15   items, confronting us, coming at us, telling us what

16   they're going to do, how they're going to shoot us, attack

17   us, so the crowd was mixed.

18        Q    Every crowd that you engaged was mixed or was

19   always mixed?

20        A    Yes.

21             MR. HUGHES:  Just object to that, I think first

22   you asked him about the 12th and now you're asking every

23   crowd, so I'm not quite sure where you're going --

24        Q    (by Mr. Shabazz)  On August 12th, on August

25   12th, was every crowd that you engaged in and eventually

1      Q    Not on the 12th?

2      A    No, not on the 12th.

3      Q    But only on the date that we're talking about

4    here where -- the incident with the white vehicle --

5      A    That you just brought up, uh-huh.

6      Q    -- and Mr. White and Mr. Bowers?

7      A    Yes, the one you just brought up.

8      Q    But on the 12th you did not?

9      A    We were not at that intersection on the 12th.

10     Q    Okay.  So let's talk about the 13th.  So on the

11   13th you say, again, that there were people that were

12   throwing bottles, batteries, and being violent with the

13   officers, and so what happened?

14         MR. HUGHES:  You can answer.  Just kind of --

15     Q    (by Mr. Shabazz)  Once the violence you say

16   occurred, what happened after that?  Were you given a

17   command?

18     A    No, commands were given to the crowd actually

19   that they were not peacefully protesting anymore and that

20   they needed to basically disperse and leave the area.

21   Like I say, it just wasn't batteries and bottles of water,

22   it was glass, bricks were thrown, we were being

23   confronted, threatened, they were coming at us, I'd say

24   ten or more commands --

25         MR. HUGHES:  Wait, wait, I object.

1      Q     Okay.  What happened next?  Let's go over it

2   together.  We're on the --

3      A     Okay.  What happened next was that --

4      Q     Just point it out to me as you all move up

5   Chambers.

6      A     We were still on skirmish lines here, so we're

7   facing east, we're along West Florissant, I know I told my

8   immediate supervisor that actually individuals were

9   actually running in between the businesses, like the

10  Exquisite Cuts that I pointed out and the Zisser Tire, and

11  were basically flanking us.

12     Q     Uh-huh.

13     A     So as we started to push and go across and to

14  like clear out those businesses and have the individuals

15  move or disperse, like they were being informed, we were

16  told to stop because more rocks and more batteries and

17  more glass was being thrown at us, it like intensified.

18  From there --

19     Q     So you were told to stop what?

20     A     Just inside the business parking lots.

21     Q     To stop pursuing them?

22     A     We were never pursuing.

23     Q     To stop the -- the whole skirmish line stop?

24     A     To stop moving forward.

25     Q     Okay.  Well, how long did that last for?  How

1   long did the line stop for?

2        A    As we were given the first command?

3        Q    Yes.

4        A    Basically we stepped in about five feet, and

5   basically that put us inside -- we went from the curb of

6   the street inside the parking lots, just inside the

7   parking lots of the businesses, we were told to stop

8   because it intensified.

9        Q    Then what happened next?

10       A    More commands were given, and from there that's

11  when smoke was deployed more or less.

12       Q    Okay.  Where were you when the smoke was

13  deployed?

14       A    I was actually in between the businesses right

15  here, between the Zisser Tire and the Exquisite Cuts.

16       Q    Okay.

17       A    And that's where I saw individuals basically

18  flanking us and coming around us, and we started to like

19  receive debris or various items thrown at us from this

20  general area, like the back of these residences.

21       Q    Okay.  Are you aware of any incidents that took

22  place on this corner the night before?

23       A    The night before?

24       Q    August 12th.  Are you aware of any altercations

25  between demonstrators and police that took place on

1    August 12th at this same corner?

2           MR. HUGHES:  My only objection is I think that

3    he's already addressed that, so --

4           MR. SHABAZZ:  He just said he wasn't there.

5           MR. HUGHES:  Oh, so you're asking --

6           MR. SHABAZZ:  I'm just asking him is he aware of

7    any incident that took place between demonstrators and

8    police on the 12th.

9       A    You're talking about the 12th, not the 13th?

10      Q    (by Mr. Shabazz)  Yes, on the 12th, on the same

11   intersection.

12      A    On the 12th, I was not there, so, no, I do not

13   know of any.

14      Q    Okay.  You're not aware of any?

15      A    I'm not aware of any.

16      Q    Okay.  Now, tell me what happened.  You deployed

17   the gas here.  Tell me, walk me through what happened.

18      A    And we're talking about the 13th, correct?

19      Q    Yes, sir.

20      A    From there we actually -- the crowd basically

21   started going back east on Chambers, but then they're

22   still cutting in between businesses, they're going in

23   multiple directions.

24      Q    Did you all pursue them?

25      A    Pursue them, no.

1    A    How far?  The crowd would stop, they would run

2    so far, stop just short of us, like I say --

3    Q    And your line kept -- And did your line keep

4    moving down Chambers?

5    A    We would move roughly about 20 or 30 feet and

6    then stop, and then the crowd would come back and reengage

7    us.

8    Q    Okay.  Now, did you get up here to Dennis,

9    Chambers and Dennis Street, at some point, did you get to

10   this intersection?

11   A    Yes.

12   Q    Did some of the crowd run down Dennis?

13   A    I'd say a few people did, but, like I say, it's

14   dark, I can't give you an exact number, but, yeah, some of

15   the crowd went down there.

16   Q    Some people ran down Dennis, didn't they?

17   A    Uh-huh.

18   Q    Okay.  And eventually you got here to Vickie,

19   right?

20   A    Yes.

21   Q    This next street?

22   A    Yes, because a majority of the crowd actually

23   stayed on Chambers.

24   Q    Okay.  But there was smoke being shot, right?

25   A    Yes.

1      Q     And so they were also running away, right?

2      A     Running away and then coming right back to

3   engage us.

4      Q     Well, some.

5      A     Like I say, a majority of the crowd was, it was

6   still the bulk.

7      Q     And some of them were trying to flank you?

8            MR. HUGHES:  I'm not sure he finished his

9   answer.

10           MR. SHABAZZ:  I'm sorry.

11     A     When I say a majority of the crowd, you're

12  roughly looking at 40 to 50 people, it's vehicles involved

13  with that crowd also, because they're going back and

14  forth, like I said, they're darting in and out of adjacent

15  streets, they're going up and down Chambers, because at

16  that time traffic had came to a standstill, it stopped, so

17  they were engaging us, like they're drawing us further in,

18  and all we -- they were not dispersing.

19     Q     (by Mr. Shabazz)  I understand.  And tactically,

20  your objective was to prevent them -- one of your

21  tactics -- Strike that.  One of your tactical objectives

22  was to prevent them from flanking your line and getting

23  behind you and attacking you; is that right?

24     A     Where you pointed at the map, you just pointed

25   at the general area.

1      Q     Yeah, I'm just saying as a general, as a general

2   tactic, I mean, as a general rule, you all were trying to

3   prevent them from flanking you and getting behind you; is

4   that right?

5      A     But that was here at the church lot and

6   everything, I'm saying that's when they were still

7   engaging us.

8      Q     Okay.

9      A     Once we're getting further down the street,

10  they're actually like going at businesses, because one of

11  the businesses further down, we had got calls that, hey,

12  that that business was actually being looted on.

13     Q     Okay.  But some of the demonstrators ran down

14  Dennis Street, is that right, as your skirmish line moved

15  forward?

16     A     Yes.

17         MR. HUGHES:  It's been answered already.

18     Q     (by Mr. Shabazz)  Okay.  Now, is it true that

19  some of the demonstrators ran down Vickie Street?

20     A     I do not know about Vickie.

21     Q     Okay.  But those demonstrators that ran down

22  Dennis Street, they were pursued by officers that you were

23  aware of?

24     A     No.

25     Q     They were not pursued?

1     A     No.

2     Q     Okay.  But you just told me that it was your

3  tactical objective to prevent the crowd from going down

4  other areas where they could loop back and get behind you;

5  is that right?

6              MR. HUGHES:  Yeah, object to the form as

7  argumentative.

8     Q     (by Mr. Shabazz)  Okay.  You can answer.

9     A     When you say tactical advantage was that we

10 wouldn't have gone down Dennis --

11    Q     Well, you --

12    A     Let me finish, sir.

13    Q     Okay.

14    A     When they're going down -- When they actually

15 went down Dennis, you're roughly looking at like a handful

16 of people, at the same time they were actually cutting in

17 between the yards, going to adjacent streets, like I

18 stated before, no, we're not going to pursue and chase

19 just a handful of people when a majority of them, of the

20 main crowd, is still on Chambers.  So, no, we did not ever

21 pursue anyone.

22    Q     But, now, you had your eye on every officer?

23    A     On every officer, no, I did not.

24    Q     Okay.  How many officers was it?

25    A     You want an approximate number?  I can't give

1    you that.  I can account for me and my unit, because we

2    stayed together and we were attached with the tactical

3    operations unit and a few of the officers, so roughly

4    about 20.

5         Q     About 20, you say?

6         A     Just with me.

7         Q     And how many -- Okay.  And how many total out

8    there approximately?

9         A     Like I said, I can't give you that approximate

10   number.

11        Q     But how many units would you say were out there?

12        A     I really can't say.

13        Q     Okay.  So now you say that here, down here on

14   Chambers and West Florissant, that you all would go behind

15   the businesses and the parking lots to pursue

16   demonstrators that may have been trying to flank you?

17        A     No, we did not pursue anyone.

18        Q     Down here, (indicating)?

19        A     Yes.

20        Q     Well, you said earlier that you all went behind

21   the buildings.

22        A     No, no, we pushed up to the buildings.  We did

23   not go and pursue anybody, like I said, we were making

24   sure that, hey, those businesses were okay, and that, no,

25   there was nobody else left behind it, because you had

1       A    I said the vehicles were actually involved when

2   we were actually here at the church lot, I said there was

3   vehicles when we were on Chambers at Westdell, right there

4   at the church lot where they were engaging us, it was

5   vehicles there intermingling with the crowd, like I said,

6   they would turn around, because you had people on foot,

7   you had vehicles there, they would turn around, actually

8   going back heading east on Chambers.

9       Q    Okay.  So, now, on Lorna, what made you turn --

10  did you turn down Lorna?

11      A    We actually stopped at Lorna.

12      Q    What made you stop on Lorna?

13      A    It was a command that was given by higher-ups.

14      Q    Okay.  And why was that command given?

15           MR. HUGHES:  Objection, calls for speculation.

16      A    I was not given a reason why.

17      Q    (by Mr. Shabazz)  Okay.  What did you understand

18  that command -- When you heard that command, how did you

19  interpret the command?

20           MR. HUGHES:  Object, calls for speculation,

21  conjecture.

22      Q    (by Mr. Shabazz)  How did you interpret it?

23      A    To stop and basically stay where I'm at.

24      Q    And why?  Why did you understand -- Why did you

25  feel that that command was given at that time?

1       A    Like I said, it came from higher-ups, they

2   didn't give a reason why to stop specifically at that

3   intersection.

4       Q    Okay.  And you stopped at the intersection and

5   did what?

6       A    Basically, as far as my unit did, we did

7   accountability, we checked on each other.

8       Q    You all just stopped at the intersection?

9       A    Stopped at the intersection and checked on each

10  other, made sure that we were okay, no injuries or

11  anything like that.

12      Q    And where were the demonstrators at that time?

13      A    Like I said, some had actually turned down

14  Lorna.

15      Q    Okay.  But the majority of the demonstrators

16  were where, still ahead on Chambers?

17      A    No, like I said, it had split, you had vehicles,

18  I stated before, vehicles that had turned down Lorna, you

19  had people that were actually still going on Chambers,

20  like I said, they had turned their vehicles around and

21  went back, you had people basically cutting in between

22  houses like right at that intersection, they was

23  cutting -- they was going down Lorna, cutting in between

24  houses, so it kind of like they split more or less.

25      Q    Okay.  Now, did they split just on Lorna and not

1    the other streets before that?

2         A    Like I said before, I saw people that actually

3    split away from the group and went down Denise [sic].

4         Q    Okay.  Now, on Lorna, so you all stopped on

5    Lorna, and did you eventually turn to go down Lorna?

6         A    Yes, we did.

7         Q    Why Lorna and not the other streets?

8         A    They were actually saying that there was

9    actually a large crowd that was actually gathering on

10   Lorna, like toward the middle of the street, and this was

11   basically being called out like by --

12        Q    Did you see a large crowd on Lorna?

13        A    Did I see a large crowd?

14        Q    Yeah.

15        A    When I walked to the intersection, no, I did

16   not, but it was actually conveyed to us by our unit.

17        Q    Okay.  Did you see any other officers coming

18   down Lorna from the other direction?

19        A    No, I did not.

20        Q    How many people did you see on Lorna?

21        A    I just said, I didn't actually see --

22        Q    You didn't see anyone?

23        A    When I was at that intersection, I was facing

24   Chambers.

25        Q    Okay.  And so you were still seeing --

```
 1        A     East on Chambers.

 2        Q     -- the crowd on Chambers?

 3        A     Yes, and that's where I told you --

 4        Q     Okay.  And did you get a command at some point

 5   to proceed down Lorna?

 6        A     Yes, I did.

 7        Q     Okay.  And what was that command based on, do

 8   you know?

 9        A     Off of that crowd that was gathered.

10        Q     On Lorna?

11        A     Yes.

12        Q     But you just said there was no crowd on Lorna,

13   right?

14        A     You asked me on Lorna.  I did state that it was

15   actually people on Lorna, a crowd was gathered on Lorna.

16        Q     How many?  How many, would you say?

17        A     Ten to 15 or so.

18        Q     Now, you said a moment ago that it was 40

19   people, that it was roughly 40 demonstrators.  Are you

20   telling me that half of the demonstrators had turned on

21   Lorna?

22        A     Yes.  And when you say that, sir, what

23   intersection are you asking me?

24        Q     Chambers and Lorna.

25        A     Chambers --
```

1      Q    At Chambers and Lorna, you said that there was

2    roughly 40 demonstrators.

3      A    No, I did not.  I did not say specifically Lorna

4    and Chambers had 40 demonstrators on it.

5      Q    Okay.  Well, how many demonstrators did Lorna

6    have on it?

7      A    Ten to 15.

8      Q    Okay.  And you stated earlier that it was

9    roughly 40 demonstrators, right?

10          MR. HUGHES:  I'm --

11          MR. SHABAZZ:  He asked and answered it.

12          MR. HUGHES:  No, I think you're misstating his

13   testimony, I really don't remember that statement made, so

14   just object to the form, it's misleading, assumes facts

15   not in evidence.  But I just make my objection, you can

16   still answer, unless he asks you a different question.

17     Q    (by Mr. Shabazz)  Okay.  So you saw 15 people,

18   roughly 10 to 15 people on Lorna?

19     A    Yes.

20     Q    What were they doing?

21     A    Running in between the houses.

22     Q    Okay.  And what did you all do in response to

23   that?

24     A    We turned on Lorna and actually started to go

25   down Lorna.

```
 1      Q    Who was left to -- Were any officers left to
 2  pursue the demonstrators on Chambers?
 3      A    Like I said, we didn't pursue anybody, but it
 4  was officers that was actually left at Chambers and Lorna.
 5      Q    About how many, do you recall?
 6      A    I don't.
 7      Q    Okay.  So you went down Lorna, then what
 8  happened?
 9      A    From there we actually was informed by the air
10  unit that there was a white vehicle, no lights, that was
11  actually heading back toward us, and I would say that
12  would be north on Lorna.
13      Q    Okay.  And did you actually see that white
14  vehicle moving towards you?
15      A    Yes.
16      Q    At what point?
17           MR. HUGHES:  At what point did he see them or --
18  I just object to the form of the question.
19      Q    (by Mr. Shabazz)  Yeah.  At what point -- Where
20  did you see the white vehicle on Lorna when you first
21  spotted it?
22      A    (Indicating.)  I'd say roughly about here,
23  (indicating,) so that would be one, two, three, four,
24  five, six, seven, about eight houses.
25      Q    Okay.  Now, what do you remember about that
```

1   vehicle?

2       A    It had no lights, it was roughly driving at

3   approximately 20, 25 miles an hour, was not swerving or

4   anything, but it was coming at us, coming north on Lorna.

5       Q    Okay.  And what happened?

6       A    From there commands were given out to the

7   vehicle, "Stop, pull over," it still continued to travel,

8   more commands were given out.

9       Q    Who was giving the commands?

10      A    Another member of my squad.

11      Q    How?  How was he giving them out?  How?  How did

12  he give out the commands?

13      A    Like you want the exact verbiage or -- I'm not

14  understanding the question.

15      Q    I mean, what did he use?  Did he just use his

16  mouth to get out the commands?  Did he just verbally give

17  out the commands?  Was he just hollering?

18      A    I would say all of us were actually saying

19  something, but he actually -- like when he identified the

20  vehicle himself, that's when he started giving out verbal

21  commands.

22      Q    What was he saying?

23      A    He was like, "Stop, pull over."

24      Q    Did you all draw your weapons?

25      A    Yes.

1    Q    And from the time that you all gave out the

2    commands, how long did it take for the vehicle to stop?

3    A    Roughly 60 seconds.  I would say about 60

4    seconds roughly.

5    Q    That's about two minutes, right?

6    A    Sixty seconds?

7    Q    Uh-huh.  No, one minute, I'm sorry.

8    A    Yes, it's one minute.

9    Q    And you all drew your guns initially on command;

10   is that right?

11   A    On command?

12        MR. HUGHES:  Well --

13   A    We were not given a command, sir.

14   Q    (by Mr. Shabazz)  Okay.  When the command was

15   given -- Okay, when the command was -- When the verbal

16   warning was given to the vehicle, did you all draw your

17   weapons at that point?

18   A    No.

19   Q    At what point did you draw your weapons?

20   A    After five, six commands.

21   Q    Okay.  And after you drew your weapons, how long

22   did it take for the vehicle to come to a stop?

23   A    I just stated, roughly about 60 seconds, because

24   that's when we heard the brakes, we heard like squealing,

25   and it came to a stop, and that's --

1      Q    Okay.  So you drew your weapon for what reason?

2      A    Because a vehicle with his headlights off, and

3  I'd say it was roughly driving at about 20 to 25 miles an

4  per hour actually coming at us.

5      Q    That vehicle then would be considered a threat;

6  is that right?

7      A    Yes, it was really not complying with our

8  commands and it's still coming at us, yes.

9      Q    And that white vehicle was a threat to you; is

10  that right?

11      A    Yes, I felt threatened.

12      Q    Why did it take so long then?  Why did -- Strike

13  that.  If it was -- If it took 60 seconds from the time

14  you drew your weapon for the vehicle to reach you, why

15  didn't you act on that threat?

16      A    Like I stated, the vehicle actually -- like you

17  could hear the brake, it came to a stop.

18      Q    I mean, it took 60 seconds for it to come -- it

19  took 60 seconds?

20      A    It is a large vehicle, sir, I don't know the

21  condition of the brakes or anything, or, like I said, I

22  remember hearing it, I did see it, and it came to a stop.

23      Q    Okay.  Now, what happened when the vehicle came

24  to a stop?

25      A    More commands were given by, like I say, the

1    other officer, he gave commands like, "Hey, stop, put it

2    in park, show me your hands."  At that time I put my

3    weapon away and I started to approach the passenger side

4    of the vehicle.  Our entire line pushed up as he's giving

5    out those commands, after we got closer to the vehicle,

6    more commands, we're keeping our eyes on the vehicle, I

7    approached the passenger side of the vehicle with another

8    officer.

9        Q     So what happened when you got to the vehicle?

10       A     When I got to the vehicle, I approached the rear

11   passenger door, I saw the individual inside, his hands

12   were up, opened the door, I say, "Come on, get out, get

13   out, step out the car."  I actually took control of his

14   left wrist, okay, I actually placed it behind his back, I

15   took control of his right arm, all right, and then I

16   actually had him go down to a knee and then actually laid

17   him on the ground.

18       Q     Okay.  So you did physically assist him to the

19   ground?

20       A     Yes, I did.

21       Q     Did you throw him to the ground?

22       A     No, I did not.

23       Q     If it came to your attention -- If it came to

24   your attention that the persons in the vehicle say that

25   you were the roughest one and most aggressive in throwing

1    Q    Okay.  Did you see what happened to the driver?

2    A    No, I did not.

3    Q    Did the passenger you had on the ground, was he

4  saying anything to you?

5    A    At that time, no.  I placed him in flex cuffs, I

6  patted him down to make sure he didn't have any weapons on

7  him or anything like that, then I stood him up.

8    Q    And you did all that right by the side of the

9  vehicle?

10   A    Yes, I did.

11   Q    Okay.  And then what happened after that?

12   A    After that, I escorted the gentleman that was in

13  my custody to the curb across directly from the vehicle,

14  sat him down with the other two occupants, because they

15  were basically being placed there also, and we made them

16  sat on the curb.  And I actually asked them, I'm like,

17  "Did you all not hear the commands to disperse any of the

18  area?"  The one I was actually in custody of, the one I

19  had in my custody, he stated to me, "Yeah, we heard it,

20  but he kept driving," like motioning to the driver.

21   Q    What happened after that?

22   A    After that, the other two officers basically

23  maintained control of the individuals, I went back to the

24  vehicle and basically looked it over and gave like an

25  inventory, that's where I saw like various electronics, a

1    PA system that was in the trunk, I know like leaving it

2    there was going to be a problem.  And when I mean problem,

3    like somebody was going to break into it or actually try

4    to steal the vehicle or anything if it's left right there.

5         Q    Now, when you went across the street, you say

6    you went across to the other curb, that was on the

7    driver's side, right?

8         A    Yes.

9         Q    Okay.  Now, at that point where was the driver?

10        A    Like I say, he was being walked over to the same

11   spot, that's why I knew they would be placed together.

12        Q    Do you remember him having a -- Do you remember

13   a camera associated with the driver?

14        A    No, not at that time.

15        Q    When you looked in the vehicle, did you see a

16   camera?

17        A    I saw various equipment, various electronics, it

18   looked like cameras, it looked like computer equipment, I

19   know one was like speakers like for a PA system, so it was

20   various electronics in that vehicle.

21        Q    Okay.  But do you remember any discussion about

22   the driver and his camera?

23        A    Yes.

24        Q    Okay.  What do you remember?

25        A    That was actually brought up after I informed

1   demonstrating, but I just object to that.  But anyway, you

2   can answer.

3       Q    (by Mr. Shabazz)  Yeah, that was --

4            MR. HUGHES:  Do you want to hear the question,

5   again?

6            THE WITNESS:  Yes, please.

7            MR. HUGHES:  Can you just read the question?

8   Unless you want to rephrase it.

9            MR. SHABAZZ:  I'll rephrase the question.

10           MR. HUGHES:  Okay.

11      Q    (by Mr. Shabazz)  These persons who were

12  demonstrating, some of them as you say violently, had you

13  ever encountered that in your career as a police officer?

14      A    No.

15      Q    And is it fair to say that the events on --

16  between August 10th and 13th, you had never encountered

17  before?

18      A    No.

19           MR. PLUNKERT:  That is fair to say or that is

20  not fair to say?

21      Q    (by Mr. Shabazz)  Is that fair to say that you

22  had never encountered that before?

23      A    Yes, I had never encountered that.

24      Q    Did you feel that you were adequately trained

25  and prepared --

1       A     Yes.

2       Q     -- for what happened?

3       A     Yes.

4       Q     Okay.  What kind of training on crowd control

5   and riots did you have?

6       A     St. Louis County had conducted basically riot

7   training or crowd control training that year prior, we had

8   been doing it, it was part of our in-service that we did,

9   that we did that roughly from 2011, and we did it roughly

10  annually, if not biannually.

11      Q     What did that training consist of?

12      A     Formations, commands that would be given to us

13  as far as moving formations, the formations themselves,

14  the chain of command that would be used, and roughly just

15  going over different scenarios.

16      Q     Okay.  So in those trainings, who plays the role

17  of the crowd?

18      A     Other officers or academy staff.

19      Q     Okay.  And did you find that training similar to

20  what you ran into?

21      A     I don't think there's no -- nothing that can

22  simulate that.

23      Q     Never seen anything like that?

24      A     No.

25      Q     When you were being called those names, how did

1   that make you feel in the performance of your duty?

2       A    I have a lot of self-restraint and tact, so

3   taking words verbatim as what they are and leaving it as

4   that, I wasn't physically being assaulted or anything, so

5   I more or less took a blind eye to it.

6       Q    Did it make you angry at some point?

7       A    Angry, no.

8       Q    Did it upset you at some point?

9       A    Yes, it did.

10      Q    Tell me why.

11      A    As being a human being, seeing the degree of

12  negligence, disregard for human life and property, yes,

13  that made me upset.

14      Q    And these people that I've called demonstrators

15  or you all call some of them either looters or rioters,

16  they got away with it.  Do you feel like some of them, do

17  you feel like some of them were blatantly getting away

18  with committing crimes?

19      A    Blatantly getting away with crimes?

20      Q    Yes.

21      A    Sir, they did what they did.  I'm not here to

22  judge them or --

23      Q    I mean, throwing a bottle at a police officer is

24  a crime, right?

25      A    Yes, it is.

Page 68

1      Q    Or throwing rocks at police officers is a crime,

2  right?

3      A    Yes, it is.

4      Q    Did you hear anybody threatening to kill police

5  officers?

6      A    Yes.

7      Q    That's a crime, too, isn't it?

8      A    Verbal?

9      Q    Yes.

10     A    No.

11     Q    To verbally say I'm going to kill a police

12  officer, that is a crime, isn't it?

13          MR. HUGHES:  I don't know, I --

14     A    No, sir.

15     Q    (by Mr. Shabazz)  That is a threat, isn't it?

16     A    It is a threat.

17     Q    And you cannot threaten to kill a police officer

18  without going to jail; am I right?

19     A    Sir, people say a lot of things in the heat of

20  moments.

21     Q    I mean, but on -- okay, on normal occasions you

22  would arrest somebody for threatening to kill you; is that

23  right?

24     A    No, I would not.

25          MR. HUGHES:  Just object.

1      A    No.

2      Q    Huh?

3      A    No.

4      Q    Did you want to get the first person you could

5    get your hands on and lock them up?

6      A    No.

7      Q    Were there any tactical vehicles coming down

8    Lorna?

9      A    Yes.

10      Q    At what point?

11      A    It was actually just rear of the skirmish line,

12    or just behind us.

13      Q    What role did the helicopter play?

14      A    Basically it was a set of eyes from an aerial

15    standpoint, it was able to see over and around buildings

16    or the obstructions, trees, looking into like wooded

17    areas, maybe shot a light, so it basically was our eyes

18    from above.

19      Q    Okay.  So what role did the helicopter play with

20    the white vehicle?

21      A    It basically brought it to our attention,

22    because it had not been called out prior.

23      Q    So you're saying that when -- Are you saying

24    that the helicopter had its lights on the vehicle as it

25    was proceeding toward you?

1       A     In the general area, it was shining between --

2    behind businesses, behind residences, on the streets.

3       Q     But not specifically on that truck?

4       A     On that vehicle?

5       Q     Yeah.

6       A     Yeah, it did shine it on it a few times.

7       Q     When the truck was coming towards you --

8       A     Did you say truck or car, sir?

9       Q     Car, I'm sorry.  When the car -- Strike that,

10   car.  When the car was coming towards you, did you see the

11   persons arrested, did they have the windows down?

12      A     When the vehicle was coming at us?

13      Q     Yeah, when it's coming at you, did you notice

14   whether the windows were down or not?

15      A     No, because it was dark.

16      Q     Did you see any hands out of the window?

17      A     No, I did not.

18      Q     Did you see out of the driver's side, did you

19   see the driver hand out of the window?

20      A     No, I did not.

21      Q     Okay.  All right.  Okay.  Are you aware of any

22   police video that exists from any of this -- from any of

23   the incidents that we've described from August 13th down

24   here on Florissant and Chambers, all the way around to

25   Lorna, are you aware of any video that exists?

1      A     No, not that I know of.

2      Q     Okay.  All right.  I don't have any further

3  questions.

4

5                    CROSS-EXAMINATION

6  QUESTIONS BY MR. HUGHES:

7      Q     I have a few.  Detective Valentine, I'll try not

8  to be long, but I just want to make sure I understand.

9  You said after this white vehicle stopped and you walked

10  up to the passenger side and then the -- after the

11  passenger was out you actually spoke to the passenger, and

12  from what my notes say, you said to him, "I asked him,

13  'Did you not hear the commands?'"  Is that correct, you

14  asked that question?

15      A     Yes, I did.

16      Q     And he answered what, that he did hear the

17  commands?

18      A     That he did hear the commands, but he kept

19  driving, and motioned towards the driver.

20      Q     Okay.  So at that point did you believe there

21  was probable cause to have this man arrested for

22  something?

23      A     Yes.

24            MR. SHABAZZ:  Objection.

25      Q     (by Mr. Hughes)  And that's based upon your

1   training and experience as a police officer?

2        A    Uh-huh.

3        Q    Is that a yes?

4        A    Yes.

5        Q    You had reasonable suspicion that there was some

6   offense committed; is that correct?

7        A    Yes.

8        Q    Okay.  And then you also said you did an

9   inventory and you saw electronics in the car, is that

10  correct, or in the trunk?

11       A    In the car and the trunk, yes.

12       Q    Okay.  And you said you also saw a PA system?

13       A    Yes.

14       Q    Now, again, Mr. Shabazz said you're under oath,

15  so you actually saw a PA system in the car that

16  Mr. Bowers, Mr. Bowers, and Mr. Kerry White were in; is

17  that correct?

18       A    Yes.

19       Q    Okay.  And then just so we understand, you said

20  the words, and I didn't quite understand exactly what it

21  meant, that a tow truck was denied.  Do you remember using

22  those words or something close to it?

23       A    Yes.

24       Q    Am I to understand that to mean that either the

25  tow truck driver or someone on behalf of the tow truck

1    driver decided it wasn't safe for the tow truck to come

2    into that area and tow the car from that street?

3         A    Yes.

4         Q    Okay.  And so that's why it was then driven to

5    the Lucas & Hunt and West Florissant, is that correct, by

6    somebody?

7         A    Yes.  Uh-huh.

8         Q    Is that a yes?

9         A    Yes.

10        Q    Okay.  And do you remember when you made some

11   statement saying that you were I think near the barber

12   shop, and you said you saw some individuals flanking us,

13   and you made another comment that crowds were flanking us;

14   do you remember that?

15        A    Yes.

16        Q    Okay.  And did you -- At or near that location,

17   did you happen to see anyone who may be in the room now?

18        A    Yes.

19        Q    In that area?

20        A    Yes.

21        Q    Who was that?

22        A    Mr. Shabazz.

23        Q    Okay.  As Mr. Shabazz said at the very

24   beginning, you're under oath, so you're under oath; is

25   that correct?

```
 1      A    Yes.

 2      Q    So you actually saw Mr. Shabazz.  Where did you

 3  see him?

 4      A    Actually behind the barber shop where I was

 5  positioned at.

 6      Q    Do you remember what he was wearing by any

 7  chance that night or what shirt or anything?

 8      A    Like a yellow shirt, khaki pants, had a bullhorn

 9  with him.

10      Q    He had a what?

11      A    A bullhorn.

12      Q    He had a bullhorn?

13      A    Yes.

14      Q    Okay.  So number one, he was there, so number

15  one, he would be a witness; is that correct?

16      A    (Witness nods.)

17      Q    Is that right?

18      A    Yes.

19      Q    And he had a bullhorn.  So my question to you is

20  was he an active participate in some way?

21      A    Yes.

22      Q    Tell us what he was doing.

23      A    He was actually directing the crowd, because,

24  like I said, once we came -- we established our skirmish

25  line, like I say, I was positioned in between the barber
```