IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ORIGINAL

TRACEY WHITE, et al.,          )
                               )
          Plaintiffs,          )
                               )
     vs.                       )     Cause No. 14-cv-01490-HEA
                               )
THOMAS JACKSON, et al.,        )
                               )
          Defendants.          )

DEPOSITION OF CHRISTOPHER SHEARER

Taken on behalf of the Defendants
McCOY, McCANN, HILL, BELMAR, and ST. LOUIS COUNTY

March 10, 2016

Reported by:  Christine A. LePage, CCR #1000

LePAGE REPORTING SERVICE
1465 Wilkesboro Drive
Dardenne Prairie, Missouri 63368
(314) 616-2113

EXHIBIT
County
Exhibit BB

1    A    No, ma'am.

2    Q    And how long have you known Nathan Burns?

3    A    Probably almost ten years.

4    Q    And how did you -- How do you know him?

5    A    Through a mutual -- Well, we all went to

6   Riverview Gardens, but I met him through my -- we have a

7   mutual friend, that's how we met, but we became closer

8   than him and that mutual friend.

9    Q    And would you consider him to be a good friend

10  of yours?

11   A    Yeah, I consider him my best friend actually.

12   Q    Okay.  Did you review anything to prepare for

13  the deposition today?

14   A    No.

15   Q    Did you like read any deposition transcripts or

16  anything?

17   A    No.

18   Q    How about police reports, anything like that?

19   A    No.

20   Q    Did you talk to Nathan Burns about his

21  deposition?

22   A    Yes.

23   Q    What did he tell you?

24   A    He told me that there was going to be people,

25  well, asking me questions, he says just make sure you

1    went after I got off work, so I get off at 5:30, so maybe

2    probably around 6.

3         Q    Was it still light out when you went there?

4         A    Yes.

5         Q    Okay.  And where did you meet Nathan?

6         A    At Nathan's home.

7         Q    And where does he live?

8         A    He stays off Chambers.  Chambers, (indicating).

9         Q    So does he live pretty close to the area that

10   you went to?

11        A    Yes, not even -- it's probably walking distance.

12        Q    So you met Nathan, and what street did he live

13   on at the time?

14        A    He still stays there.  I don't know the name of

15   the street.

16        Q    Okay.  But you know where it is?

17        A    Yes.

18        Q    And --

19        A    I could tell you the apartment complex, I

20   don't know --

21        Q    Oh, do you know the name of the apartment

22   complex?

23        A    Yes, The Woodlands.

24        Q    The Willands [sic]?

25        A    Yes.

1       Q       So did you drive to his apartment then?

2       A       Yes.

3       Q       And once you got to his apartment, what did you

4    do?

5       A       We went to West Florissant.

6       Q       And what was your plan?

7       A       Just to -- I mean, it was basically to see what

8    was going on.  We hadn't -- We saw it on TV, you know,

9    this is basically history, so to see what's actually going

10   on.

11      Q       Okay.  Did you drive there or did you walk

12   there?

13      A       We drove.

14      Q       And whose car did you take?

15      A       Nathan's.

16      Q       What kind of car does he have?

17      A       A Dodge Charger.

18      Q       So where exactly did you go in Nathan's car?

19      A       Meaning --

20      Q       Out -- Like where did you drive?

21      A       We drove to West Florissant.

22      Q       Where on West Florissant?

23      A       It was -- We parked a street over from West

24   Florissant, because they -- we couldn't park on the

25   street.

1      Q     So do you remember what street you parked on?

2      A     No.

3      Q     If you look at -- I've given you -- there's a

4   St. Louis County parcel map that's in front of you right

5   now, and maybe we can have the court reporter mark it in a

6   minute, but looking at this parcel map, does this kind of

7   look familiar in terms of what the area --

8      A     Yes.

9      Q     -- looks like?  In looking at this map, can you

10  determine what street or where you parked the car?

11     A     Could I turn it?

12     Q     Sure.

13     A     This is Chambers, this is West Florissant.

14  Gage, (indicating).  I'm thinking Gage.

15     Q     Okay.  And about how far up on Gage did you

16  park?

17     A     It was like around right here, (indicating,)

18  because we end up -- Yeah, like right here, (indicating).

19     Q     Sort of somewhere between -- is that Lang Drive

20  and Highmont?

21     A     Yes, but closer to Lang Drive on Gage.

22     Q     Okay.  And so did you -- you actually parked the

23  car on Gage, correct?

24     A     Yes.

25     Q     And then what did you do?

1    of history, I wanted to be part of that, to be able to

2    tell my daughter, you know, this happened when I was

3    there, just as if I was alive when Martin Luther King was

4    marching I would have did the same thing.

5           Q     Did you consider yourself a protester?

6           A     Yes.

7           Q     Okay.  So how long did you stay in that

8    particular area?

9           A     Particular area, meaning what?

10          Q     By the QuikTrip.

11          A     Not long, they started shooting tear gas.

12          Q     And it was still light at this point in time; is

13   that correct?

14          A     Yes.

15          Q     What do you mean they started shooting tear gas?

16          A     They fired tear gas into the crowd.

17          Q     Who fired tear gas?

18          A     The police, or -- yeah, the police.

19          Q     Do you know which police did this or --

20          A     No.

21          Q     Did you see where the tear gas came from?

22          A     It came from them, I can't actually pinpoint,

23   oh, it was that police officer, I can't do that, but I

24   know it came from the police.

25          Q     Did you personally get subject to tear gas?

1         A    No.

2         Q    So how do you know it was tear gas?

3         A    Because people were coughing and crying,

4    neighbors -- the people in the neighborhood came out

5    putting milk on people eyes.  I've been -- I know what

6    tear gas is, so --

7         Q    How do you know what tear gas is?

8         A    I know what it is, because it makes you -- from

9    watching TV and things like that, I know what it does to

10   you.  I know it's not Mace.

11        Q    Okay.  Did you hear any gunshots before the tear

12   gas was deployed?

13        A    Gunshots, like --

14        Q    Just gun -- Did you hear any gunshots before the

15   tear gas was deployed?

16        A    No.

17        Q    Do you know what prompted the tear gas to be

18   deployed?

19        A    No.

20        Q    Before the tear gas was deployed, did you hear

21   any announcements coming from the police?

22        A    Yes.

23        Q    What did you hear?

24        A    "Go to your homes."

25        Q    "Go to" --

1       A       -- "your homes."

2       Q       "Go to your homes"?

3       A       Yes.

4       Q       Was that announcement made on a loud speaker?

5       A       Yes.

6       Q       How many times was that announcement made that

7    you heard?

8       A       I don't know, I really can't recall.  I remember

9    it being said.

10       Q       And that was before the tear gas was used?

11       A       Yes.

12       Q       Okay.  So you were with Nathan at the time?

13       A       Yes.

14       Q       What was Nathan wearing, do you recall?

15       A       I think a black hoodie.  Other than that, I

16    don't remember what else.

17       Q       A sweatshirt?

18       A       A hoodie.

19       Q       I mean, I consider a hoodie a sweatshirt; is

20    that --

21       A       No, it's not.

22       Q       So do you know what kind of material?

23       A       No.

24       Q       Like sweatshirt material or T-shirt material

25    or --

1   Q   Was there any -- Did you receive any Mace?

2   A   No, they Maced the car.  I was in the car.

3   Q   They Maced the car?

4   A   They Maced Nathan's car.

5   Q   So you were in the car?

6   A   Right.  Well, I ran to -- When they ran into the

7   neighborhood doing whatever they were doing, I ran to the

8   car.

9   Q   Where was Nathan?

10   A   I don't know.

11   Q   So you left Nathan?

12   A   Yes.

13   Q   And you actually got in the car and he was

14   someplace else; is that correct?

15   A   Right.

16   Q   So did you actually see Nathan get Maced?

17   A   No, I didn't.

18   Q   Did you notice anybody throwing anything at the

19   police?

20   A   No.

21   Q   Did you notice anything -- anybody making any

22   kind of throwing motions?

23   A   No.

24   Q   At what point did you go and get into the car?

25   A   When they ran up to shooting tear gas, they like

1     A    Besides what I just told you, no.

2     Q    Correct, okay.  Did you hear any police officer

3 say anything directly to Nathan?

4     A    No, after -- I didn't -- No.  I don't even know

5 where Nathan was at at that point.  When they rushed the

6 crowd or whatever, I don't -- everything just -- I don't

7 know where they were, I don't know where Nathan went.

8     Q    When the police told you to get off the street,

9 where did you do?

10    A    I drove off.

11    Q    Where did you go?

12    A    I drove up -- I turned off and went right onto

13 West Florissant, and I sat there, and then I started

14 calling Nathan's phone.

15    Q    So you turned right.  So you went towards

16 Chambers?

17    A    Right, but I stopped, I didn't even go up -- I

18 stopped because I was in Nathan's car.

19    Q    Did you have keys to the car?

20    A    Yes.

21    Q    How did you have keys?

22    A    That I don't even remember.

23    Q    Do you normally carry keys to Nathan's car?

24    A    No.  I don't remember how I had his keys.  But

25 you don't -- if he's right there, he has a push start, I

1      A    Yes.

2      Q    For --

3      A    Arrested like --

4      Q    By the police.

5      A    Yes.

6      Q    When was this?

7      A    Warrants, it's not -- I mean, when was it?

8      Q    Yeah.

9      A    Years ago.

10     Q    And was it just once?

11     A    It was multiple times.

12     Q    Do you know what departments arrested you?

13     A    No.  I mean, I had warrants, so I don't know --

14     Q    What were the warrants for?

15     A    Traffic tickets.

16     Q    And do you know how many times you got arrested?

17     A    No.

18     Q    Other than being arrested for warrants, have you

19  had any other contact with police?

20     A    No.

21     Q    Have you had any personal negative contact with

22  the police?

23     A    No.

24     Q    Did Nathan tell you that he was injured at all

25  by what happened that night?

1       A       No.

2       Q       Did you ever see a white police officer who was

3   approximately five feet six to five feet nine inches tall,

4   weighed approximately 220 pounds, was like maybe late 30s

5   to mid 40s and short hair, do you remember seeing anybody

6   like that in particular?

7       A       No.

8       Q       Do you remember seeing any rocks or any debris

9   in the area where you were that night?

10      A       No.

11      Q       On the ground or --

12      A       No.

13      Q       Are you saying that there weren't any rocks or

14  debris or you just don't remember?

15      A       You're telling me did I see it?

16      Q       Correct.

17      A       No.

18      Q       Have you been back to this area since?

19      A       Yeah, I have family that stays over there.

20      Q       Where?

21      A       Just in that general -- I mean, just in

22  Ferguson, I have family there.

23      Q       What street?

24      A       I don't know.  I don't really go off streets, I

25  just know where I'm going.  Northwinds Apartments, that's