# List of Exhibits

County A – Use of Force Policy

County B – Charter

County C – Self Insurance Policy Certification

County D – Excess Insurance Policy

County E – Nathan Burns Medical Chart

County F – Tracey White Depo Pages

County G – William Davis Depo Pages

County H – David Ryan Depo Pages

County I – Terrence McCoy Depo Pages

County J – Michael McCann Depo Pages

County K – Dwayne Matthews Depo Pages

County L – Affidavit of Nicholas Payne

County M – Affidavit of Matt Burns

County N – Derik Jackson Depo Pages

County O – Joseph Patterson Depo Pages

County P – William Bates Depo Pages

County Q – Aaron Vinson Depo Pages

County R – Kerry White Depo Pages

County S – Sandy Bowers Depo Pages

County T – Kai Bowers Depo Pages

County U – Affidavit of Michael McCann

County V – Daniel Hill Depo Pages

County W – Affidavit of Terrence McCoy

County X – Antonio Valentine Depo Pages

County Y – Nicholas Payne Depo Pages

County Z – Antwan Harris Depo Pages

County AA – Nathan Burns Depo Pages

County BB – Christopher Shearer Depo Pages

County CC – Affidavit of Jon Belmar

County DD – Affidavit of Bruce Kozozenski