IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TRACEY WHITE, et al.,           )
                                )
        Plaintiffs,             )
                                )
   vs.                          )   Cause No. 14-cv-01490-HEA
                                )
THOMAS JACKSON, et al.,         )
                                )
        Defendants.             )

DEPOSITION OF EDWIN MENZENWERTH

Taken on behalf of the Plaintiffs

November 30, 2015

Reported by: Christine A. LePage, CCR #1000

LePAGE REPORTING SERVICE
1465 Wilkesboro Drive
Dardenne Prairie, Missouri 63368
(314) 616-2113



PLAINTIFF'S EXHIBIT 15

```
 1   14-08 came out on the 16th, and then we were under the
 2   command of Colonel Replogle of the Missouri State Highway
 3   Patrol.
 4        Q    But from the 9th to the 13th, that was all
 5   St. Louis County?
 6        A    Yes, sir.
 7        Q    And so of all the arrests that took place from
 8   August 9th to the 13th, all of them were -- complied with
 9   St. Louis County policy, correct?
10        A    Yes, sir.
11        Q    You didn't find a single one that did not,
12   right?
13        A    I did not.
14        Q    And you didn't find a single one that was not
15   supported by probable cause; is that right?
16        A    That's correct, sir.
17        Q    Okay.  Now, you're familiar with Antawn Harris,
18   that's the guy who was shot between the eyes?
19        A    Yeah.
20        Q    You investigated that, right?
21        A    Yes, sir, I did.
22        Q    I'm sorry?
23        A    Yes, sir, I did.
24        Q    Did you find that him being shot between the
25   eyes was consistent with policy?
```

```
 1        A     I'm on Page 10 of that report.
 2        Q     Uh-huh.
 3        A     Detective Wolff is interviewing Officer Alim
 4   Poindexter.  Poindexter was not in a position to make an
 5   arrest.  It had been reported to the officers that
 6   Mr. Harris had been throwing rocks, but Mr. -- Officer
 7   Poindexter did not actually see Mr. Harris actually throw
 8   a rock, and he was not in any kind of position to make an
 9   arrest.
10              The St. Louis Metropolitan police department
11   squad unit passed Mr. Harris in their tactical vehicle and
12   Officer Poindexter's view was momentarily obscured by this
13   vehicle.  Once the vehicle passed Mr. Harris, Officer
14   Poindexter noticed that Harris was on the ground as if
15   unconscious.  Seconds later Harris had been assisted to
16   his feet by two unknown black female subjects who escorted
17   him out of Officer Poindexter's view.
18              Officer Poindexter is the closest person we have
19   to someone who can account for Mr. Harris's injuries, but
20   he didn't actually see the injuries take place.
21        Q     So a tactical unit, St. Louis County tactical
22   unit, passes him by?
23        A     St. Louis City.
24        Q     I'm sorry, City.
25        A     Yes, sir.
```

```
 1      Q    And then he's on the ground?
 2      A    Yes, sir.
 3      Q    And then I think he's bleeding, right, two
 4 females pick him up?
 5      A    There's no mention of him bleeding in Officer
 6 Poindexter's statement.
 7      Q    Okay.  But he's on the ground like he's
 8 unconscious?
 9      A    Yes, sir.
10      Q    And did anybody follow up to see what, if
11 anything, happened when that vehicle passed by?
12      A    Seconds later Harris had been assisted to his
13 feet by two unknown black females who escorted him out of
14 Officer Poindexter's view.  So Officer Poindexter lost
15 sight of him.
16      Q    Okay.  So that's it?
17      A    Yes, sir.
18      Q    On him?
19      A    Yes, sir.
20      Q    Didn't he go on Facebook and look at some stuff?
21 And what was the date of this, by the way?
22      A    April 1st.
23      Q    Okay.  And the incident happened on what date?
24      A    August 11th.
25      Q    That was when St. Louis County was in charge?
```