**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **TRACEY WHITE et. al.,** | * |
| **Plaintiffs,** | * |
| **vs.** | * **Case No. 4:14-cv-01490 (HEA)** |
| | * |
| **THOMAS JACKSON, et. al.,** | * |
| **Defendants.** | * |
| | * |

**PLAINTIFFS' EXHIBIT LIST**

Come now the plaintiffs, by and through counsel, and hereby submit to the Clerk their exhibit list pursuant to the Court's Order of November 24, 2015.

The plaintiffs may introduce the following exhibits:

1. Nathan Burns' Leave Statement 2014

2. Nathan Burns's Photographs

3. Antawn Harris Medical Records

4. Antawn Harris Medical Invoices

5. Antawn Harris' Photographs

6. Dwayne Matthews' Medical Records

7. Dwayne Matthews' Photographs

8. Theophilus Green's Photographs

9. Theophilus Green's Videos

10. Photograph of Kerry Whites' camera

11. Photograph of  Flash bang device

12.  William Davis' Mug Shot

13.  Robert Pursins' CV

14.  Statement of Charges against plaintiffs

15.  Department of Justice's Report After-Action Assessment (Excerpts)

16.  Photograph of Kerry White's camera

17.  Photograph of flash bang devise

All exhibits listed by defendants not objected to by plaintiff.

Respectfully submitted,

By  /s/ Gregory L. Lattimer
Gregory L. Lattimer [371926DC]
1200 G Street, N.W., Suite 800
Washington, D.C.  20005
Tel. (202) 434-4513
Fax: (866) 764-6442
Lattlaw@aol.com

Malik Z. Shabazz [458434DC]
Black Lawyers for Justice
1200 G Street, N.W., Suite 800
Washington, D.C.  20005
Tel: (202) 434-4528
Fax: (202) 248-4478
attorneyshabazz@yahoo.com

Reginald A. Greene[308674GA]
Greene Legal Group, LLC
One Georgia Center, Suite 605
600 West Peachtree Street, N.W.
Atlanta, Georgia 30308
Tel. (404) 574-4308
Fax: (404) 574-4308
rgreene@greenelegalgroup.com

Counsel for the Plaintiffs

-2-