IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TRACEY WHITE, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Cause No. 14-cv-01490 - HEA |
| | ) | |
| THOMAS JACKSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ST. LOUIS COUNTY DEFENDANTS' FIRST AMENDED EXHIBIT LIST

COME NOW St. Louis County Defendants, and submit their First Amended Exhibit List in connection with their Pre-Trial Submission.

| | |
|---|---|
| Def. County A | County police report 14-4417, Tracey White and William Davis |
| Def. County B | GIS map of area involving White and Davis |
| Def. County C-1 | Video Tracey White (As marked Ex. C in Tracey White deposition) |
| Def. County C-2 | Video Tracey White |
| Def. County C-3 | Video Tracey White |
| Def. County C-4 | Video Tracey White |
| Def. County C-5 | Video Tracey White |
| Def. County D | County Police Report 15-9973, Dwayne Matthews |
| Def. County E | Video Dwayne Matthews |
| Def. County F | Affidavit of Matt Burns from Motion for Summary Judgment |
| Def. County G | Affidavit of Nicholas Payne from Motion for Summary Judgment |
| Def. County H | Use of Force Report involving Dwayne Matthews |
| Def. County I | GIS Map of area involving Dwayne Matthews. |

| | |
|---|---|
| Def. County J | County Report 14-44579, K. White, K. Bowers, S. Bowers. |
| Def. County K | GIS Map of area of K. White, K. Bowers, S. Bowers. |
| Def. County L | Affidavit of Michael McMann from Summary Judgment |
| Def. County M | Affidavit of Terence McCoy from Summary Judgment |
| Def. County N | County Police Report 14-44389, Nathan Burns |
| Def. County O | GIS Map of Nathan Burns area |
| Def. County P | Nathan Burns Medical Chart from Justice Center |
| Def. County Q | Video Christopher Shearer had at deposition |
| Def. County R | County Police Report 15-18619, Antawn Harris |
| Def. County S | Selfie photo of Antawn Harris face |
| Def. County T | Cell phone video of Antawn Harris |
| Def. County U | Medical Records of Antawn Harris from Christian Hospital |
| Def. County V | GIS map of Antawn Harris area |
| Def. County W | County Police Report 14-44393, T. Green and D. Coleman |
| Def. County X | GIS Map of area involving T. Green and D. Coleman |
| Def. County Y | Damon Coleman video |
| Def. County Z | After Action Report prepared by Sgt. Mundy |
| Def. County AA | Notes of Edwin Menzenwerth |
| | AA- 1  Notes relating to Nathan Burns |
| | AA-2   Notes relating to Kai Bowers |
| | AA-3   Notes relating to Sandy Bowers |

|  |  |
|---|---|
|  | AA-4   Notes relating to Damon Coleman |
|  | AA-5   Notes relating to William Davis |
|  | AA-6   Notes relating to Theophilus Green |
|  | AA-7   Notes relating to Antwan Harris |
|  | AA-8   Notes relating to DeWayne Matthews |
|  | AA-9   Notes relating to Kerry White |
|  | AA-10 Notes relating to Tracey White |
| Def. County BB | Affidavit of Jon Belmar from Summary Judgment Motion |
| Def.   County CC | Use of Force Policy |
| Def. County DD | St. Louis County Emergency Operations Plans |
| Def. County EE | Power Point Presentation Slides, "Civil Disturbance Response Training" |
| Def. County FF | Copies of Training Certificates for Jeremy F. Romo, including from Homeland Security re Managing Civil Actions dated September 17, 2004, National Tactical officers Association re Instructor Certification Course on diversionary devices conducted October 31-November 4, 2005, 2005; from Combined Tactical systems re Instructor's chemical munitions etc., dated April 3rd, 2008 & SABRE re chemical aerosol projectors dated February 15th, 2005 |
| Def. County GG | Aerial Photo of area titled Lorna Lane |
| Def. County HH | Continuing Education Training Records for Officer William Bates |
| Def. County II | Continuing Education Training Records for Officer Daniel Hill |
| Def. County JJ | Continuing Education Training Records for Derik Jackson |
| Def. County KK | Continuing Education Training Records for Officer Michael McCann |
| Def. County  LL | Continuing Education Training Records for Officer Terence McCoy |

| | |
|---|---|
| Def. County MM. | Continuing Education Training Records for Officer Joseph Patterson |
| Def. County NN. | Continuing Education Training Records for Officer Nicholas Payne |
| Def. County OO | Continuing Education Training Records for Sgt. David Ryan |
| Def. County PP | Continuing Education Training Records for Officer Antonio Valentine |
| Def. County QQ | Continuing Education Training Records for Officer Aaron Vinson |
| Def. County RR | Audiotape of Police Transmission, August 11, 2014 |
| Def. County SS | Transcript of Police Transmission, August 11, 2014 |
| Def. County TT | Audiotape of Police Transmission, titled Riot A, August 13, 2014 |
| Def. County UU | Transcript of Police Transmission, August 13, 2014. |
| Def. County WW | Aerial photo of Chambers and West Florissant |
| Def.  County XX | Self-Insurance policy (outside presence of jury) |
| Def. County  YY | Affidavit of Bruce Kozozenski (from Summary Judgment Motion) |
| Def. County ZZ | Medical Records of Dwayne Matthews from Christian Hospital |
| Def. County AAA | St. Louis County Ordinance 4866 |
| Def. County BBB | St. Louis County Ordinance 16,196 |
| Def. County CCC | City of Ferguson Ordinance 2013-3526 |
| Def. County DDD | Section 574.040 R.S.Mo. Unlawful Assembly |
| Def. County EEE | Section 574.050 R.S.Mo. Rioting |
| Def. County FFF | Section 574.060 R.S.Mo. Refusal to Disperse |
| Def. County GGG | Section 565.070 Assault Third Degree |

                PETER J. KRANE
                COUNTY COUNSELOR


                /s/ Priscilla F. Gunn
                Michael E. Hughes #23360MO
                Associate County Counselor
                Mhughes2@stlouisco.com
                Priscilla F. Gunn #29729MO
                Assistant County Counselor
                Pgunn@stlouisco.com
                41 S. Central, Ninth Floor
                Clayton, MO 63105
                (314) 615-7042
                (314) 615-3732 (fax)
                Attorneys for the St. Louis County
                Defendants


## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served by the Court's Electronic filing system this 13th day of September, 2016 to all counsel of record.

                /s/ Priscilla F. Gunn