UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TRACEY WHITE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:14CV1490 HEA |
| | ) | |
| THOMAS JACKSON, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the Opinion, Memorandum and Order entered this same

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that

judgment is entered in favor of Defendants and against Plaintiffs.

Dated this 30th day of September, 2016.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE