# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### COURTROOM MINUTE SHEET
### CIVIL PROCEEDINGS

**Date** 8/9/17   **Judge** AUTREY   **Case No.** 4:14CV01490 HEA

WHITE ET AL   v.   JACKSON ET AL

**Court Reporter** G. Madden   **Deputy Clerk** K. Shirley

**Attorneys for Plaintiff(s)** Malik Shabazz/Gregory Lattimer/Reginald Greene

**Attorneys for Defendant(s)** Pricilla Gunn/Robert Plunkert

**Parties present for** telephone status conference.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that

Pltf. Witness _____   Deft. Witness _____

Pltf. Witness _____   Deft. Witness _____

Pltf. Exhibits: _____

Pltf. Exhibits: _____

Deft. Exhibits: _____

Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced   11:50 a.m.
Proceedings concluded   12:07 p.m.