# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-3897

Tracey White, et al.

Appellants

v.

Thomas Jackson, et al.

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:14-cv-01490-HEA)
_____

**ORDER**

Appellants shall recover from the appellees the sum of $300.00 (Three hundred dollars and zero cents.) as taxable costs on appeal.

September 06, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans