IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TRACEY WHITE, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Cause No. 14-cv-01490 - HEA |
| | ) | |
| THOMAS JACKSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR NEW TRIAL DATE**

COME NOW Defendants St. Louis County, Jon Belmar, Joseph Patterson, Aaron Vinson, William Bates, and Nicolas Payne, and ask this Court for a new trial date due to unavailability of counsel on October 29, 2018.  As grounds for the Motion, defendants state as follows:

1. On August 9, 2018, this Court set the case for trial on October 29, 2018.

2. The undersigned is scheduled for a lengthy trial beginning on November 5, 2018 before the Honorable Patricia Cohen in Zorich v. St. Louis County, et al., Cause No. 4:17-cv-1522.  There are nineteen counts with five defendants, and twenty depositions have been taken in the case.

3. If for any reason the Zorich case is not tried on November 5, the undersigned has a trip to San Diego scheduled between October 26 and October 31.

4. Defendants respectfully ask the Court to move the trial date back until after January 1, 2019.

5. Plaintiff's counsel does not oppose the Motion.

WHEREFORE, for the above stated reasons, defendants ask this Court to reschedule the trial in this case to a date after January 1, 2019.

PETER J. KRANE
COUNTY COUNSELOR


  /s/ Priscilla F. Gunn
Michael E. Hughes #23360MO
Associate County Counselor
Mhughes2@stlouisco.com
Priscilla F. Gunn #29729MO
Associate County Counselor
Pgunn@stlouisco.com
41 S. Central, Ninth Floor
Clayton, MO 63105
(314) 615-7042
(314) 615-3732 (fax)
Attorneys for the St. Louis County
Defendants

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served by the Court's Electronic filing system this 16th day of August, 2018 to all counsel of record.

     /s/ Priscilla F. Gunn