EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DWAYNE ANTON MATTHEWS, JR )
    Plaintiffs )
)
v. ) Cause No. 14-cv-01490 - HEA
)
JON BELMAR, et al. )
)
    Defendants. )

## LIST OF EXHIBITS  OF DEFENDANTS JON BELMAR, DET. JOE PATTERSON, DET. AARON VINSON, DET. WILLIAM BATES, DET. NICHOLAS PAYNE AND ST. LOUIS COUNTY. MISSOURI

Def. County A      GIS Maps of area involving Dwayne Matthews.

Def. Exh.  B      Video Dwayne Matthews

Def. Exh.  C      Medical Records of Dwayne Matthews from Christian Hospital Emergency Room and EMS, including the affidavit that these are business records.  In addition the parties are stipulating that these are business records.

Def. Exh.D      Use of Force Report involving Dwayne Matthews

Def. Exh. E      County Police Report 15-9973, Dwayne Matthews

Def. Exh. F      Use of Force Policy

Def. Exh.  G.      Continuing Education Training Records for Officer William Bates

Def. Exh. H.      Continuing Education Training Records for Officer Joseph Patterson

Def. Exh. I      Continuing Education Training Records for Officer Nicholas Payne

Def. Exh. J.      Continuing Education Training Records for Officer Aaron Vinson

Def. County J      Power Point Presentation Slides, "Civil Disturbance Response Training"

Def. County K      Copies of Training Certificates for Jeremy F. Romo, including from Homeland Security re Managing Civil Actions dated September 17, 2004,

National Tactical officers Association re Instructor Certification Course on diversionary devices conducted October 31-November 4, 2005, 2005; from Combined Tactical systems re Instructor's chemical munitions etc., dated April 3rd, 2008 & SABRE re chemical aerosol projectors dated February 15th, 2005.

        Respectfully Submitted

        PETER J. KRANE
        COUNTY COUNSELOR

         /s/ Michael E. Hughes_____
        Michael E. Hughes #23360MO
        Associate County Counselor
        Mhughes2@stlouisco.com
        Priscilla F. Gunn #29729MO
        Assistant County Counselor
        Pgunn@stlouisco.com
        41 S. Central, Ninth Floor
        Clayton, MO 63105
        (314) 615-7042
        (314) 615-3732 (fax)

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served electronically via this Court's Electronic Filing System to all counsel of record this 21st day of January, 2019.

         _s/s Michael E. Hughes_____