# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **DEWAYNE MATTHEWS** | * |
| **Plaintiff,** | * |
| vs. | * Case No. 4:14-cv-01490 (HEA) |
| | * |
| **JON BELMAR, et al.,** | * |
| **Defendants.** | * |
| | * |

## PLAINTIFF'S LIST OF EXHIBITS

Come now the plaintiff, DeWayne Matthews by and through counsel, and hereby submits his list of exhibits.

**Exhibits**

1. DeWayne Matthews' Medical Records (Excerpts).  The parties have stipulated that the medical records are business records.

2. DeWayne Matthews' Injury Photographs

3. Robert Pusins' CV

4. Video Recording of Plaintiff's Seizure

4. All exhibits listed by defendants not objected to by plaintiff.

Respectfully submitted,

By /s/ Gregory L. Lattimer
Gregory L. Lattimer [371926DC]
1200 G Street, N.W., Suite 800
Washington, D.C.  20005
Tel. (202) 434-4513
Fax: (866) 764-6442
GLattimer@LattimerLaw.com

        Malik Z. Shabazz [458434DC]
        Black Lawyers for Justice
        1200 G Street, N.W., Suite 800
        Washington, D.C.  20005
        Tel: (202) 434-4528
        Fax: (202) 248-4478
        attorneyshabazz@yahoo.com

        Reginald A. Greene[308674GA]
        Greene Legal Group, LLC
        One Georgia Center, Suite 605
        600 West Peachtree Street, N.W.
        Atlanta, Georgia 30308
        Tel. (404) 574-4308
        Fax: (404) 574-4308
        rgreene@greenelegalgroup.com

        Counsel for the Plaintiff

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing filed electronically with the Clerk of the  Court was served electronically via the Court's electronic filing system on this 21st day of January, 2019 upon:

Michael E. Hughes, Esq.
Associate County Counselor
Priscilla F. Gunn, Esq.
Assistant County Counselor
41 S. Central
Ninth Floor
Clayton, MO 63105

        /s/ Gregory L. Lattimer