UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Dwayne Anton Matthews, Jr.,         )
                                    )
    Plaintiff,                      )
                                    )
  v.                                )   No. 4:14-CV-01490-HEA
                                    )
Jon Belmar, et al.,                 )
                                    )
    Defendants.                     )
                                    )

## JUDGMENT IN A CIVIL CASE

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case.

☐ **Decision by Verdict.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Jury finds in favor of Defendants Jon Belmar, Joe Patterson, Aaron Vinson, William Bates, Nicholas Payne, and St. Louis County, Missouri and against Plaintiff Dwayne Anton Matthews, Jr.

February 8, 2019                      *Gregory J. Linhares*        /
Date                                      Clerk of Court

                                  By:  /s/ Kelley Shirley        /
                                        KELLEY SHIRLEY
                                        Deputy Clerk