# EXHIBIT LIST

Style: Matthews v Belmar et at        Case Number: 4:14CV01490 HEA

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
|  | B | 2/6/19 | Δ1 |  |  | Video Dwayne Mathews | 2/6/19 |
| 2A |  | 2/6/19 | π3 |  |  | Matthews Injury Photo | 2/6/19 |
| 2B |  | 2/6/19 | π3 |  |  | Matthews Injury Photo | 2/6/19 |
| 2C |  | 2/6/19 | π3 |  |  | Matthews Injury Photo | 2/6/19 |
| 2D |  | 2/6/19 | π3 |  |  | Matthews Injury Photo | 2/6/19 |
| 1 |  | 2/6/19 | π3 |  |  | Matthews Medical Record | 2/6/19 |
|  | F | 2/6/19 | Δ2 | X | overruled | Use of Force Policy | 2/6/19 |
|  | D | 2/6/19 | Δ2 | X | overruled | Use of Force Report - Matthews | 2/6/19 |
|  | A | 2/7/19 | Δ6 | X | overruled | GIS map of area | 2/7/19 |

☐ EXHIBITS RETURNED TO COUNSEL     EXHIBITS RETAINED BY COURT

π = plaintiff    Δ = defendant    ID = first date exhibit is used    W# = first witness to ID exhibit

OBJ = Objection  write " Obj" in red    ADMITTED = use ✔ and  date

PAGE _____ OF _____