UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRACEY WHITE, et al. | ) |
|     Plaintiffs, | ) |
| v. | ) No. 4:14CV1490 HEA |
| THOMAS JACKSON, et al., | ) |
|     Defendant. | ) |

### ORDER

**IT IS HEREBY ORDERED** that jury in this cause was kept together during deliberation and that the jury meal provided shall be furnished at the expense of the United States.

Dated this 12th day of February, 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE